Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, New Jersey 07102
Telephone:  973-520-2300
*Counsel for Plaintiff Zurich American Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>　　　　　　　Defendant. | Civil Action No.: 1:22-cv-01535 |

## **CORPORATE DISCLOSURE STATEMENT**

Plaintiff Zurich American Insurance Company ("Zurich") submits this disclosure statement and notification of affiliates pursuant to Federal Rule of Civil Procedure 7.1.  The undersigned, counsel of record for Zurich, states that:

1. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation.

2. Zurich Holding Company of America, Inc. is wholly owned by Zurich Insurance Company Ltd, a Swiss corporation.

3. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation.

4. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the SIX Swiss Exchange under the ticker ZURN, and a further trading of American Depositary Receipts.

| | |
|---|---|
| Dated: March 18, 2022 | By: /s/ *Christopher B. Fontenelli* |

Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, NJ 07102
T: 973.520.2300
cfontenelli@lockelord.com

Steven T. Whitmer (*pro hac vice* to be filed)
Julie L. Young (*pro hac vice* to be filed)
Hannah M. Oswald (*pro hac vice* to be filed)
111 South Wacker Drive
Chicago, Illinois 60606
T: 312-443-0254
swhitmer@lockelord.com
jyoung@lockelord.com
hannah.oswald@lockelord.com

*Attorneys for Plaintiff Zurich American Insurance Company*