AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Zurich American Insurance Company | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| Asphalt Paving Systems, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Zurich American Insurance Company                    .

Date:   03/21/2022

*/s/ Christopher B. Fontenelli*
*Attorney's signature*

Christopher B. Fontenelli (082532014)
*Printed name and bar number*

LOCKE LORD LLP
One Gateway Center
Newark, New Jersey 07102
*Address*

christopher.fontenelli@lockelord.com
*E-mail address*

(973) 520-2300
*Telephone number*

(888) 325-9702
*FAX number*