Case 1:22-cv-01535-CPO-MJS   Document 5   Filed 04/05/22   Page 1 of 1 PageID: 1048

| UNITED STATES DISTRICT COURT | DISTRICT OF NEW JERSEY |
|---|---|
| Zurich American Insurance Company<br>                     Plaintiff,<br><br>v.<br><br>Asphalt Paving Systems, Inc.<br>                     Defendant, | Court File Number<br>1:22-cv-01535-CPO-MJS<br><br>AFFIDAVIT OF SERVICE |

State of New Jersey } SS
County of Burlington }

I, **Gerard C. Menichini**, (Name of Server), state that on **3/25/2022** at **10:50 AM** (Date of Service) (Time of Service), I served the:

    Summons, Complaint, & Exhibits

upon: Asphalt Paving Systems Inc.

therein named, personally at:     505 North Egg Harbor Road
                                     Hammonton, NJ 08037

by handing to and leaving with:

[ ] the Registered Agent of Asphalt Paving Systems Inc.
[ ] an Officer of Asphalt Paving Systems Inc.
[✓] a Managing Agent, someone within Asphalt Paving Systems Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

    **Joseph Meolla**                                         **Risk Manager**
(Name of the Person with whom the documents were left)     (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                              Dated: **3/25/2022**     _____
                                                                              (Signature of Server)

                                                                              **Gerard C. Menichini**
                                                                              (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # LOCLOB 266858 5003

Re: Asphalt Paving Systems



**METRO LEGAL**
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-