AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Zurich American Insurance Company | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-01535 |
| Asphalt Paving Systems, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Asphalt Paving Systems, Inc.

Date: 04/05/2022

s/ John F. Palladino
*Attorney's signature*

John F. Palladino (042771989)
*Printed name and bar number*

Hankin Sandman Palladino Weintrob & Bell
30 S. New York Avenue
Atlantic City, NJ  08401
*Address*

john@hankinsandman.com
*E-mail address*

(609) 344-5161
*Telephone number*

(609) 344-7913
*FAX number*