**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)]<br><br>Civil Action No. _____ |

Application is hereby made for a Clerk's Order extending time within which defendant(s)

_____

may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on_____; and
3. Time to Answer, Move or otherwise Reply expires on _____.

_____
Attorney for Defendant(s)

_____
Mailing Address

_____
City, State, Zip Code

ORDER

    The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
       Deputy Clerk