Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: 973-520-2300

*Counsel for Plaintiff Zurich American Insurance Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company<br><br>Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>Defendant. | Civil Action No.: 1:22-cv-01535 |

### MOTION REQUESTING ADMISSION FOR PRO HAC VICE OF
### JULIE L. YOUNG

To: Counsel of Record

**PLEASE TAKE NOTICE** that on _____ at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiff Zurich American Insurance Company, shall apply before the United States District Court for an Order pursuant to Local Rule 101.1(c) granting Julie L. Young pro hac vice admission in the above captioned matter.

**PLEASE TAKE FURTHER NOTICE** the movant shall rely upon the annexed certifications of Julie L. Young and Chris Fontenelli in support of this motion.

1

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

| | |
|---|---|
| Dated: April 8, 2022 | By: /s/ *Christopher B. Fontenelli* |
| | Christopher B. Fontenelli (082532014)<br>LOCKE LORD LLP<br>One Gateway Center<br>Newark, NJ 07102<br>T: 973.520.2300<br>cfontenelli@lockelord.com<br>*Attorney for Plaintiff Zurich American Insurance Company* |