Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: 973-520-2300

*Counsel for Plaintiff Zurich American Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Zurich American Insurance Company<br><br>Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>Defendant. | Civil Action No.: 1:22-cv-01535 |

**MOTION REQUESTING**
***PRO HAC VICE* ADMISSION OF STEVEN T. WHITMER**

To:   Counsel of Record

**PLEASE TAKE NOTICE** that on _____, 2022, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiff Zurich American Insurance Company shall apply before the United States District Court for an Order pursuant to Local Rule 101.1(c) granting Steven T. Whitmer *pro hac vice* admission in the above captioned matter.

**PLEASE TAKE FURTHER NOTICE** the movant shall rely upon the annexed certifications of Steven T. Whitmer and Christopher B. Fontenelli in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: April 8, 2022

By: /s/ *Christopher B. Fontenelli*

Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: 973.520.2300
cfontenelli@lockelord.com
*Attorney for Plaintiff Zurich American Insurance Company*