Christopher B. Fontenelli
LOCKE LORD LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: 973-520-2300

*Counsel for Plaintiff Zurich American Insurance Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>　　　　　　　　Defendant. | Civil Action No.: 1:22-cv-01535 |

### CERTIFICATION OF CHRISTOPHER FONTENELLI
### IN SUPPORT OF *PRO HAC VICE* APPLICATION OF STEVEN T. WHITMER

I, Christopher Fontenelli, hereby certify as follows:

　　1.　　I am an attorney-at-law of the State of New Jersey, in good standing, and am a partner with the law firm of Locke Lord LLP, counsel for the Plaintiff, Zurich American Insurance Company. As such, I am personally familiar with the facts set forth herein and am authorized to make this Certification on behalf of Plaintiff.

　　2.　　This Certification is submitted in support of Plaintiff's Motion for admission of Steven T. Whitmer, Esq. *pro hac vice* pursuant to Local Rule 101.1.

　　3.　　I am duly qualified to practice law in the State of New Jersey pursuant to New Jersey Court Rule 1:21-1 and am admitted to practice before this Court pursuant to Local Rule 101.1.

4. I hereby agree to accept service on behalf of Plaintiff in this matter and together with Steven T. Whitmer, Esq. to review and sign all pleadings or other papers to be filed with this Court.

5. I hereby agree to be responsible for the conduct of Steven T. Whitmer, Esq. upon his admission *pro hac vice* and to ensure that *pro hac vice* counsel comply with the Local Civil Rules of the Court, including but not limited to Local Rule 101.1(c).

6. I hereby agree to make all appearances in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2022  By: /s/ *Christopher B. Fontenelli*

Christopher B. Fontenelli, Esq.
LOCKE LORD LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: 973-520-2300
cfontenelli@lockelord.com