Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, New Jersey 07102
Telephone:  973-520-2300

*Counsel for Plaintiff Zurich American
Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Zurich American Insurance Company | Civil Action No.: 1:22-cv-01535 |
| Plaintiff, | |
| vs. | |
| Asphalt Paving Systems, Inc. | |
| Defendant. | |

**ORDER GRANTING**
***PRO HAC VICE* ADMISSION OF STEVEN T. WHITMER**

THIS MATTER having been brought before the Court by Locke Lord LLP for an Order admitting Steven T. Whitmer, Esq. *pro hac vice* in the above-captioned matter as counsel for Plaintiff Zurich American Insurance Company and the Court having reviewed and considered the supporting papers, opposition papers and reply papers, if any, and argument, if any; and the Court having determined that, based upon the same, and for good cause shown;

IT IS on this _____ day of _____, 2022,

**ORDERED**, that Steven T. Whitmer is hereby admitted *pro hac vice* for all purposes of representing Plaintiff in the above-entitled action,

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c), Steven T. Whitmer shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if they have not already made contributions,

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c) (3), Steven T. Whitmer shall make a payment of $150.00, payable to the Clerk, United States District Court,

**FURTHER ORDERED** that Steven T. Whitmer shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and the Local Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c), Steven T. Whitmer shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

**SO ORDERED**:

_____