Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, New Jersey 07102
Telephone:  973-520-2300

*Counsel for Plaintiff Zurich American
Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company | Civil Action No.: 1:22-cv-01535 |
| Plaintiff, | |
| vs. | |
| Asphalt Paving Systems, Inc. | |
| Defendant. | |

**CERTIFICATION OF HANNAH OSWALD IN SUPPORT OF
PRO HAC VICE APPLICATION**

I, Hannah Oswald hereby certify as follows:

    1.    I am an associate with the law firm of Locke Lord LLP, attorneys for Plaintiff Zurich American Insurance Company ("Plaintiff"). I submit this certification in support of Plaintiff's application to admit me *pro hac vice* in connection with the instant action.

    2.    My office address and telephone number are as follows:

    Locke Lord LLP
    111 South Wacker Drive
    Chicago, Illinois 60606
    (312) 443-0611

1

3. I am and have been admitted to practice law in the State of Illinois since 2019. I am also a member of the bars of the following courts:

    a. United States District Court for the Northern District of Illinois (2019);

    b. United States District Court for the Northern District of Indiana (2021);

    c. United States Court of Appeals for the Tenth Circuit (2021);

4. The State and Federal Bars I have been admitted to may be contacted at the following addresses:

    a. Clerk of the Illinois Supreme Court, Supreme Court Building, 200 East Capitol, Springfield, IL 62701;

    b. U.S. District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604;

    c. U.S. District Court for the Northern District of Indiana, 1300 S. Harrison St., Fort Wayne, IN 46802; and

    d. U.S. Court of Appeals for the Tenth Circuit, 1823 Stout Street, Denver, CO 80257.

5. I am in good standing and eligible to practice in each of the above-jurisdictions.

6. I am not currently disbarred or suspended in any jurisdiction.

7. There are no pending disciplinary matters against me, and no discipline has previously been imposed on me in any jurisdiction.

8. I am conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those Rules.

9. Upon entry of the requested order, payment in the appropriate amount will be forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

10. In accordance with Local Civil Rule 101.1 (c)(3), upon entry of the requested order, payment in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

11. I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with the requirements of Local Civil Rule 101.1 (c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

12. I respectfully request that this Court grant Plaintiff's application to have me admitted *pro hac vice* for all purposes in this matter, including trial.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 12, 2022

By: /s/ Hannah Oswald
Hannah Oswald, Esq.
111 South Wacker Drive
Chicago, Illinois 60606
T: 312-443-0611
Hannah.oswald@lockelord.com