Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, New Jersey 07102
Telephone:  973-520-2300

*Counsel for Plaintiff Zurich American
Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company<br><br>              Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>              Defendant. | Civil Action No.:  1:22-cv-01535-CPO-MJS<br><br>Hon. Christine P. O'Hearn |

### PLAINTIFF'S LOCAL RULE 7.1.1 THIRD PARTY LITIGATION FUNDING DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1.1. Plaintiff Zurich American Insurance Company ("Zurich") states that it is unaware of any person or entity that is not a party providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: May 20, 2022

By: /s/ *Christopher B. Fontenelli*

Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, NJ 07102
T: (973) 520-2300
cfontenelli@lockelord.com

-2-

        Steven T. Whitmer (*pro hac vice*)
        Julie L. Young (*pro hac vice*)
        Hannah M. Oswald (*pro hac vice*)
        LOCKE LORD LLP
        111 South Wacker Drive
        Chicago, IL 60606
        T: (312) 443-0254
        swhitmer@lockelord.com
        jyoung@lockelord.com
        hannah.oswald@lockelord.com

        *Attorneys for Plaintiff Zurich American Insurance Company*