# EXHIBIT F



ZURICH



# Construction Insurance

Binder for

ASPHALT PAVING SYSTEM, INC.

500 N EGG HARBOR ROAD

HAMMONTON, NEW JERSEY 08037-3201

**Policy Term**
4/1/2016 - 4/1/2017

**Submitted to**
MCKEE RISK MANAGEMENT

**Binder Release Date**
4/1/2016

**Underwriter**
KAREN ECKERT
PHILADELPHIA, PA
215-861-6745

### Why Zurich for Construction?

As one of the leading insurance carriers in the construction industry, Zurich's mission is to provide insurance solutions for the risks you face today and the ones you will face in the future. With a broad array of differentiated products and services, we are ready to work with you to help save lives and reduce your total cost of risk.

Here are some ways that set us apart:

- Ninety-five (95) of the 2012 *Engineering News-Record* (ENR) Top 100 Contractors are Zurich customers.

- With a consistent market presence of nearly 20 years, Zurich's North American Construction group has more than 1,000 professionals who work collaboratively with our customers to deliver risk management solutions.

- Zurich's extensive collection of **risk management tools and services** helps you mitigate even your most challenging risks.
  - Proprietary web tools, such as **Virtual Consulting** and **eZ Transition,** help identify the top causes of loss in your operations and implement best practices to help resolve them. They also assist in supporting absence management and other loss control efforts.
  - Cost-effective training options, including the **Zurich Seminar Series** and **ClickSafety,** provide industry-specific courses on subjects from risk awareness and operational skills development to strategic risk management training.

- Zurich's **Claim Services** team has the construction industry knowledge and claims experience to be there for you when it matters most. In a recent Zurich Claims Satisfaction Study, we received high ratings in both professionalism of the adjustor (95%) and how quickly we acted when the claim was first reported (95%).

- Zurich's **dedicated catastrophe response** includes a large property team with the expertise and background to respond immediately to any major event such as hurricane, flood or earthquake.

- Our **financial strength•** ratings are among the strongest in the insurance industry: A.M. Best A+/stable/XV ($2 billion or greater)**; Standard & Poor's AA-/stable.

Visit our website at **www.zurichna.com/construction** for more reasons why Zurich is the best choice to help meet the insurance needs of your organization.

\*   Insurance product obligations are the sole responsibility of each issuing insurance company.
\*\*  Ratings as of November 27, 2012. For more information, access www.ambest.com.

This is intended as a general description of certain types of insurance and services available to qualified customers through the companies of Zurich in North America, provided solely for informational purposes. Nothing herein should be construed as a solicitation, offer, advice, recommendation, or any other service with regard to any type of insurance product underwritten by individual member companies of Zurich in North America, including Zurich American Insurance Company. Your policy is the contract that specifically and fully describes your coverage, terms and conditions. The description of the policy provisions gives a broad overview of coverages and does not revise or amend the policy. Coverages and rates are subject to individual insured meeting

our underwriting qualifications and product availability in applicable states. Some coverages may be written on a nonadmitted basis through licensed surplus lines brokers.



## TERMS AND CONDITIONS

### QUOTE IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS (APPLIES IF CHECKED)

| | |
|---|---|
| ☒ | **If you want to learn more about the compensation Zurich pays agents and brokers visit:** <u>http://www.zurichnaproducercompensation.com</u> **or call the following toll-free number: (866) 903-1192.  This Notice is provided on behalf of Zurich American Insurance Company and its underwriting subsidiaries.** |
| ☒ | The Coverage Exhibit lists the policy coverages and forms to be provided the Company.  These may deviate from the requested coverage and wording contained in the Producer Specifications.  The Exhibit supersedes all other requests, proposals or discussions.  Except as otherwise stated herein, the coverage forms are countrywide and do not reflect state specific required forms.  The state forms, where applicable, will be endorsed on to the final policy.  Unless otherwise stated elsewhere within this Proposal/Final Confirmation, the coverage forms referenced on the coverage Exhibit will be the most current version used by the Company.  Any deviations from the coverages, forms and limits provided herein will require our review and must be authorized by the Company, in writing. |
| ☐ | Copy of current audited financial statement and favorable review of the statements |
| ☐ | Verification of insurance to value |
| ☐ | Copy of satisfactory written fall protection program |
| ☐ | Copy of satisfactory written substance abuse program |
| ☐ | Employee Benefits Application |
| ☐ | Complete driver information on all individuals permitted to operate company owned vehicles, including all family members allowed to drive company vehicles. |
| ☒ | UM/UIM Selection/Rejection Forms – Please refer to the Selection/Rejection forms packet as it contains information regarding the insured's obligation to Zurich if the insured fails to return the required signed Selection/Rejection forms.  ***All UM/UIM selection/rejection forms must be received by binding or effective date of policy.*** |
| ☒ | Satisfactory compliance with risk engineering recommendations |
| ☒ | Signed Large Risk Rating Option (LRRO) Agreement |
| ☐ | Supplemental Applications |
| ☒ | Satisfactory explanation of operations and ownership relationship of Named insureds. |
| ☒ | Verification of satisfactory MVRs for DOC and Broad Form PIP drivers. |
| ☐ | Signed Deductible Specification/Agreement must be received within 30 days of binding. |
| ☒ | This proposal is presented to you with the understanding that neither Zurich nor any of its subsidiaries, affiliates, or employees, offer, or purport to offer, advice to you concerning the proper financial, accounting, or tax treatment for the policy(ies) of insurance referenced herein and nothing herein should be considered to constitute such advice.  If accounting advice, tax advice, or other expert professional assistance is required, you should consult with your own accountant, adviser, counsel, or other similar competent professional with expertise in the required area. |
| ☐ | Only non-stacked Uninsured and Underinsured Motorist coverage is being quoted in those states that allow stacking to be rejected. |
| ☐ | In those states where stacked Uninsured and Underinsured Motorist coverage is mandatory, we are only offering the following limits $        . |
| ☐ | A condition of this insurance is the receipt of signed Specification and Non Policy Agreements within 30 days of receipt of the documents.  The Specifications and Non Policy Agreement will be sent to you within 5 days after coverage is bound.  If this information is not received in the specified time frame your coverage will be cancelled subject to the rules and laws in the states. |
| ☐ | You should be aware that court decisions in some states have ruled that damage to an insured's completed operations, that is caused by faulty work of its subcontractors, may not be covered under standard I.S.O.-based CGL policies.  Zurich has developed an endorsement to provide coverage that is |

**ZURICH**

| | |
|---|---|
| | not currently available (the "Resulting Damage To Your Work" endorsement).  If you desire a quote for this additional coverage, we will need the actual receipts from construction work from the past 6 years and the percentage of residential construction for each year.  When you obtain this information, contact us for a quotation and a copy of the endorsement. |
| ☐ | Insurance offered through Steadfast Insurance Company (Steadfast) or, for insureds domiciled in Delaware, Zurich American Insurance Company of Illinois (ZAI) must be placed by a surplus lines producer licensed in the jurisdiction where the policy is issued.  The surplus lines producer shall be responsible for complying with all applicable regulatory requirements including the remittance of the premium tax. |
| ☐ | Provide number of total employees by location when binding Workers Compensation Coverage. |

***The above items are required upon binding unless otherwise stated.***

**Zurich has prepared this proposal in response to your submission requesting insurance coverage for specific lines of business.  This proposal is based on all of the lines of insurance in your submission. In the event you subsequently request a proposal for lines of business that differs from a prior submission, Zurich reserves the right to review and revise the terms and pricing of this proposal.**



## COMMERCIAL GENERAL LIABILITY COVERAGE PROPOSAL

**Issuing Company:** Zurich American Insurance Company

| COVERAGE | DEDUCTIBLES | LIMITS |
|---|---|---|
| General Aggregate Limit (Other than Products – Completed Operations) | | $2,000,000 |
| Product-completed Operations Aggregate Limit | | $2,000,000 |
| Personal and Advertising Injury Limit (Any One Person or Organization) | | $1,000,000 |
| Each Occurrence Limit | | $1,000,000 |
| Damage to Premises Rented to You | | $100,000 |
| Medical Expense Limit (Any One Person) | | $5,000 |

| ADDITIONAL GENERAL LIABILITY COVERAGE | DEDUCTIBLES | LIMITS |
|---|---|---|
| Employee Benefits Liability Per Occurrence | | $1M / $2M |
| | | |
| | | |
| | | |
| | | |

| ADDITIONAL FORMS AND ENDORSEMENTS |
|---|
| SEE ATTACHED FILE FOR ADDITIONAL FORMS AND ENDORSEMENTS |
| |

**ZURICH**

| | | |
|---|---|---|
| UGU1191 A CW | Sanctions Exclusions Endorsement | |
| IL0003 | Calculation of Premium | |
| IL0017 | Common Policy Conditions | |
| IL0021 | Nuclear Energy Liability Exclusion | |
| **N/A** | **Various State Mandatory Forms will be included as Required** | |
| UGU315A | Installment Premium Schedule | |
| UGU319 F | In Witness Clause | |
| UGU618 A | Schedule of Locations | |
| UGU619 A CW | Schedule of Forms and Endorsements | |
| UGUD310 A | Common Policy Declarations | |
| CG0001 | Comm'l General Liability Coverage Form | |
| UGL1113 A CW | General Liability Schedule | |
| UGLD1115 | General Liability Supplemental Declarations | |
| CG0224 | Earlier Notice of Cancellation provided by us | 90 Days Notice |
| CG2010 | Add'l Insured- Owners, Lessees or Contractors – Scheduled Person or Organization | State of New Jersey it's officers and employees |
| CG2106 | Data Breach Exclusion | |
| CG2147 | Employment Related Practices Exclusions | |
| CG2149 | Total Pollution Exclusion | |
| CG2186 | Exclusion - Exterior Insulation and Finish Systems | |
| CG2279 | Exclusion Contractors Professional Liability | |
| UGL1060 | Contractors Liability Endorsement | |
| UGL1175 | Add'l Insured - Automatic - Owners, Lessees or Contractors | |
| UGL1178 A | Asbestos Exclusion Endorsement | |
| UGL1294 | Limited Operations Coverage - Work Excluded under a Consolidated (Wrap-Up) Insurance Program | |
| UGL1517 | Collection or Distribution of Material or Information in Violation of Law Exclusion | |
| UGL851 B CW | Employee Benefits Liability Coverage - Occurrence Form | |
| UGL923B | Silica or Silica Mixed Dust Exclusion | |
| UGL925 | Waiver of Subrogation Blanket | |
| UGLD851 | Employee Benefits Liability Dec Page - Occurrence | |
| UGU767 B 01/15 | Cap on Losses for Certified Acts of Terrorism | |
| UGU630 D | Disclosure of Important Information Relating to Terrorism Risk Insurance Act | |
| UGU632D | Disclosure of Important Information Relating to Terrorism Risk Insurance Act | |
| **All state mandatory forms as required** | | |



## Schedule of Named Insureds

| |
|---|
| Asphalt Paving Systems, Inc. |
| Shore Slurry Seal, Inc. |
| Shore Microsurfacing Systems, Inc. |
| Shore Transport, Inc. |
| PMP Construction, Inc. |
| Shore Building Contractors, Inc. |
| Thomas H. Gannon & Sons, Inc. |
| Shore Road Maintenance, Inc. |
| Aspen Construction Management |
| 11 Chew Development, LLC |
| Code Orange, LLC |



## COMMERCIAL GENERAL LIABILITY - COMPOSITE RATING

☐ **General Liability composite rating is not applicable to this account proposal.**

---

☐ **General Liability Payroll**

☐ **Workers Compensation Payroll as developed under policy number**

☒ **Receipts**
Receipts means the gross amount of money charged by the Named Insured or others during the policy period other than receipts from telecasting, broadcasting, or motion pictures, and includes taxes, other than taxes which the Named Insured collects as a separate item and remits directly to a governmental division.

☐ **Sales**
Sales means the gross amount of money charged by the Named Insured or by others trading under insureds name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the Named Insured and such others collect as a separate item and remit directly to a governmental division.

☐ **If any basis other than above applies, specifically define:**

| EXPOSURE  BASIS | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|
| Total Receipts | | | |
| TRIA | Redacted | | |
| Total Estimated Premium | | | |
| Estimated Tax | | | |
| **Total Estimated Cost** | | | |
| Minimum Premium: | | | |



**ZURICH**

# COMMERCIAL AUTOMOBILE COVERAGE PROPOSAL

Issuing Company: **Zurich American Insurance Company**

| LIABILITY COVERAGE | SYMBOL | DEDUCTIBLES | LIMITS |
|---|---|---|---|
| Liability (Per vehicle schedule) | 1 | | 1,000,000 |
| Hired and Non-Owned Liability | | | Included |
| Medical Payments | 2 | | 5,000 |
| Personal Injury Protection | 5 | | Included |
| Additional Personal Injury Protection | | | Included |
| Uninsured Motorist | 2 | | 1,000,000 |
| Underinsured Motorist | 2 | | 1,000,000 |
| | | | |

| PHYSICAL DAMAGE COVERAGE | SYMBOL | DEDUCTIBLES | LIMITS |
|---|---|---|---|
| Comprehensive | 2,8 | $1,000 | ACV |
| Collision | 2,8 | $1,000 | ACV |
| Rental Reimbursement | PPT Only | | $40 / 30 Days |
| Hired Auto Physical Damage | 8 | 1,000/1,000 | ACV |
| | | | |
| | | | |

| COMMENTS |
|---|
| DOC and Broadened PIP provided subject to acceptable MVRs |



## Schedule of Named Insureds

| |
|---|
| Asphalt Paving Systems, Inc. |
| Shore Slurry Seal, Inc. |
| Shore Microsurfacing Systems, Inc. |
| Shore Transport, Inc. |
| PMP Construction, Inc. |
| Shore Building Contractors, Inc. |
| Thomas H. Gannon & Sons, Inc. |
| Shore Road Maintenance, Inc. |
| Aspen Construction Management |
| 11 Chew Development, LLC |
| Code Orange, LLC |



## ADDITIONAL FORMS AND ENDORSEMENTS

SEE ATTACHED FILE FOR ADDITIONAL FORMS AND ENDORSEMENTS.

| | | | |
|---|---|---|---|
| CA0001 | Business Auto Coverage Form | | |
| UCA411 | Premium and Reports Agreement Composite Rated Policies | | |
| UCA548 A | Schedule of Auto Physical Damages Deductibles | | |
| UCAD600 | Business Auto Declarations | | |
| CA2201 | Named Individual Broadened PIP Coverage | subject to acceptable MVR review and confirmation of no personal auto policy. | |
| CA9910 | Drive Other Car Coverage | subject to acceptable MVR review and confirmation of no personal auto policy. | |
| CA9916 | Hired Autos Specified as Covered Autos You Own | Autos leased by the insured for 180 days or more | |
| CA9923 | Rental Reimbursement Coverage | | |
| CA9933 | Employees as Insureds | | |
| CA9948 | Pollution Coverage - Broadened Coverage for Covered Autos | | |
| MCS90 | Motor Carrier Endorsement | MC#961456 | |
| UCA424 | Coverage Extension Endorsement | | |
| UCA825 | Who is Insured - Broad Form | | |
| UGU1191 A CW | Sanctions Exclusions Endorsement | | |
| UCA531 | Notice Regarding Terrorism Premium (For Commercial Automobile Insurance | 1% of Comm'l Auto Premium | |
| IL0003 | Calculation of Premium | | |
| IL0017 | Common Policy Conditions | | |
| IL0021 | Nuclear Energy Liability Exclusion | | |
| **N/A** | **Various State Mandatory Forms will be included as Required** | | |
| UGU319 F | In Witness Clause | | |
| UGU619 A CW | Schedule of Forms and Endorsements | | |
| UGU621 A CW | Named Insured Schedule | | |
| UGUD310 A | Common Policy Declarations | | |
| | | | |
| **All state mandatory forms as required** | | | |



## COMMERCIAL AUTOMOBILE - COMPOSITE RATING PROPOSAL

**Total units are defined as follows. The final <u>audit</u> billing will be based on this definition. It is agreed that the premium basis on the policy schedule will be determined as follows:**

**Licensed "auto"** means the final average of the number of "autos" at policy inception and the number of "autos" at policy termination.

**a.** We will compute all premiums for this Coverage Part according to our rules and the composite rates shown in the Schedule below.

**b.** For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period.  The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

**c.** Within 180 days after this Coverage Part expires we will conduct an audit, which may not be waived.  We will compute the earned premium for the policy period by multiplying the composite rate against the total developed exposure.  If the earned premium is greater than the sum of the deposit premiums, the first Named Insured will pay us the excess; if less, we will return the unearned portion to the first Named Insured.  However, the earned premium will not be less than the greater of 80% of the estimated annual premium, or the Minimum Premium shown in the Schedule.

ISO Simplified Auto Policy will be used for auto coverage in all states except those headquartered in the following states/jurisdictions:
Puerto Rico

## COMMERCIAL AUTOMOBILE - COMPOSITE RATING PROPOSAL

The premium basis for this policy is per owned "Auto".

| Vehicle Type | Estimated Number Owned "Autos" | Rate Per Owned "Autos" | Estimated Premium |
|---|---|---|---|
| **Liability** | | | |
| Power Units | 63 | $ 4,715.41 | $ 297,074 |
| Trailers | 6 | Included | Included |
| **Comprehensive & Collision** | | | |
| Power Units | 63 | $1,100 | $69,296 |
| Trailers | 6 | Included | Included |
| | | Estimated Sub Total Premium | $ 366,370 |
| | | Estimated Terrorism Premium | $ 3,663 |
| | | Estimated Taxes and Assessments | $ 2,465 |
| | | **Estimated Total Premium** | **$ 372,498** |
| | | Minimum Premium | $ 298,000 |



*Condition* 6, *Premium Audit***, of Part** B, *General Conditions***, of Section** IV, *Business Auto Conditions***, is replaced by the following:**

**6.** **Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. Within 180 days after this Coverage Part expires, we will conduct an audit, which may not be waived. We will compute the final premium due when we determine your actual exposures. The Named Insured will be billed for any additional premium due or any premium over payment will be returned to the Named Insured. The final premium will be determined as follows:

1. The number of owned "autos" at policy inception will be added to the number of owned autos at policy expiration and multiplied by 50%.

2. The number of autos developed in 1. above will be multiplied by the composite rates shown on this endorsement.

3. The estimated sub total premium at policy inception will be credited against the premium determined in 2. above.

4. The premium determined in 3, above is the additional or return premium due and in combination with the policy inception, estimated premium will become the final premium for the annual term.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**c.** For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period. The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

**d.** The final premium will not be less than the greater of 80% of the estimated annual premium, or the Minimum Premium shown in the Schedule above.

**e.** The first Named Insured must maintain records of the information we need for premium computation and send us copies at such times as we may request.

# WORKERS COMPENSATION PROPOSAL

**Issuing Company: Zurich American Insurance Company**

## PART ONE – WORKERS' COMPENSATION
### (AS PRESCRIBED BY THE STATE COMPENSATION LAWS)

States: FL, NJ, NY, PA

## PART TWO –  EMPLOYERS' LIABILITY

| | LIMITS |
|---|---|
| Bodily Injury by Accident – Each Accident | $500,000 |
| | |
| Bodily Injury by Disease – Policy Limit | $500,000 |
| | |
| Bodily Injury by Disease – Each Employee | $500,000 |
| | |

## PART THREE –  OTHER STATES  INSURANCE

All States except ND, OH, WY, WA and those states listed in Part One above

## Schedule of Named Insureds

| |
|---|
| Asphalt Paving Systems, Inc. |
| Shore Road Maintenance, Inc. |
| Shore Transport, Inc. |
| Thomas H. Gannon & Sons, Inc. |

## ENDORSEMENTS, EXCLUSIONS, AND CONDITIONS

SEE ATTACHED FILE FOR ADDITIONAL FORMS AND ENDORSEMENTS

**All state mandatory forms as required**

| N/A | Various State Mandatory Forms will be included as Required | |
|---|---|---|
| UWC315 A | Classification Schedule | |
| UWC320 A | Schedule of Forms & Endt. | |
| UWC321 A | Named Insured Schedule | |
| UWCD314 A | WC & Employers Liability Ins. Policy Info Page | |
| UWCD322 A | Supplemental Information Page | |
| WC000000 B | WC  and Employers Liability Insurance Policy | |
| WC990001 A | WC and Employers Liab. Ins. In Witness Clause | |
| WC990002 | Schedule of Insureds and Locations | |
| WC000106 A | Longshore & Harbor Workers Coverage Endt. | |

Copyright © 2015 Zurich American Insurance Company
**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

| WC000311 A | Voluntary Compensation & Employers Endt. | Schedule - Employees:  All officers and employees not subject to the Workers Compensation Law.  State of Employment: FL, NJ, NY, PA. Designated Workers Compensation Law:  State where the injury takes place. |
|---|---|---|
| WC000313 | Waiver of Rights to Recovery from Others | |
| WC000404 | Pending Rate Change Endorsement | |
| WC000421 D | Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement | |

## WORKERS COMPENSATION PROPOSAL - continued



| CLASSIFICATIONS | PAYROLL | RATE | EAP |
|---|---|---|---|
| See work sheets | Redacted | | |

Coverages

Class Premium

Employer's Liab Premium
Experience Mod Premium
Schedule Mod Premium

Standard Premium

Premium Discount
Expense Constant
Terrorism
Catastrophe

Estimated Premium

Taxes and Assessments

Estimated Total

Redacted

**TOTAL WORKERS COMPENSATION PREMIUM** — Redacted

Copyright © 2015 Zurich American Insurance Company
**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**



**THIS DISCLOSURE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER ANY POLICY.**

# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

**SCHEDULE***

---

Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA:

**GL 1% PREMIUM**

**BAP 1% PREMIUM**

**WC $2,640**

---

*Any information required to complete this Schedule, if not shown above, will be shown in the quote or proposal.

**A.   Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B.   Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:

January1, 2015 – December 31, 2015 federal share: 85%

January1, 2016 – December 31, 2016 federal share: 84%

January1, 2017 – December 31, 2017 federal share: 83%

January1, 2018 – December 31, 2018 federal share: 82%

January1, 2019 – December 31, 2019 federal share: 81%

January1, 2020 – December 31, 2020 federal share: 80%

**C.   Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D.   Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E.   Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

1. To be an act of terrorism;

2. To be a violent act or an act that is dangerous to human life, property or infrastructure;

3. To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4. To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an "act of terrorism" if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

# Continuation of Services

Certain services will change to a standard arrangement if your insurance program should move to another carrier (non-renewal/termination).

Upon the non-renewal/termination of your program with Zurich, the coordination of these "ongoing" services as well as the underwriting responsibilities for your account will be transferred to our Legacy Services Unit ("LSU"), a centralized unit in our Schaumburg, IL office which specializes in managing and servicing our "inactive" customers.  LSU is equipped to handle all of your underwriting and servicing needs and/or issues.  Shortly after your non-renewal/termination, you will be contacted directly by LSU in order to establish ongoing service levels for your account.  Some of these service levels may be subject to annual fees.  For example:

- RMIS service fees, should you wish to continue these services, will need to be established.

- Upon request and for no additional fee, you are entitled to a single telephonic file review of no more than 50 open claims for claims that carry a net incurred value of $50,000 or higher anytime during the first year after the non-renewal/termination date.  Any claim reviews in addition to, or after the first year after non-renewal/termination will be subject to additional fees.

- Financial Claim Consultation amounts for both claim reserves and claim settlements will be set at $50,000 or $75,000, or per the current Claim Handling Protocols, whichever is higher.

Additional information is available upon request.

Copyright © 2015 Zurich American Insurance Company

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

## PREMIUM AND COMMENTS SUMMARY PROPOSAL

### PAYMENT OPTIONS

| Agency Bill | Payment Term: 35% down and 8 monthly payments | |
|---|---|---|

| COVERAGE | | PREMIUM |
|---|---|---|
| General Liability | | Redacted |
| Automobile | | 372,498 |
| Workers Compensation | | |
| | TOTAL | Redacted |

**Surcharges, Taxes and Assessments are subject to change per State Requirements.**

### COMMENTS / RESTRICTIONS / QUOTE SUBJECT TO:

*Applicable taxes will apply to qualifying services*

Copyright © 2015 Zurich American Insurance Company
**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

## COMMISSION SUMMARY

| COVERAGE | COMMISSION % |
|---|---|
| General Liability | Redacted |
| Automobile | **20%** |
| Workers Compensation | Redacted |

## COMMENTS

|  |
|---|
|  |
|  |

Copyright © 2015 Zurich American Insurance Company
**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**