# EXHIBIT G

**ZURICH** ®



# Construction Insurance

Binder for

**ASPHALT PAVING SYSTEM, INC.**

**500 N EGG HARBOR ROAD**

**P. O. BOX 530**

**HAMMONTON, NEW JERSEY 08037−3201**

**Policy Term**
4/1/2017 − 4/1/2018

**Submitted to**
MCKEE RISK MANAGEMENT

**Original Binder Release Date**
2/15/2017

**Underwriter**
KAREN ECKERT
PHILADELPHIA, PA
215−861−6745



**Market leadership**

*Market leadership*

Zurich has been providing comprehensive solutions for more than 140 years around the globe

**Financial strength**

We demonstrate strength and stability: AA- S&P and A+ A.M. Best ratings

**Industry experience**

Zurich insures 90% of Fortune 500 companies, and provides cutting-edge insights for 25 industries

**Exceptional people**

We are a values-based organization and live the Zurich Commitment in all we do, which includes acting responsibly and following our core values

**Delivering when it matters**

Customers who experience Zurich Claims service in the U.S. are twice as likely to recommend Zurich



U-GU-1220-A CW 08/16



\

| | **TERMS AND CONDITIONS** |
|---|---|
| | **QUOTE IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS (APPLIES IF CHECKED)** |
| ☒ | **If you want to learn more about the compensation Zurich pays agents and brokers visit: http://www.zurichnaproducercompensation.com or call the following toll-free number: (866) 903-1192. This Notice is provided on behalf of Zurich American Insurance Company and its underwriting subsidiaries.** |
| ☒ | The Coverage Exhibit lists the policy coverages and forms to be provided the Company.  These may deviate from the requested coverage and wording contained in the Producer Specifications.  The Exhibit supersedes all other requests, Binders or discussions.  Except as otherwise noted herein, the coverage forms are countrywide and do not reflect state specific required forms.  The state forms, where applicable, will be endorsed on to the final policy.  Unless otherwise stated elsewhere within this Binder/Final Confirmation, the coverage forms referenced on the coverage Exhibit will be the most current version used by the Company.  Any deviations from the coverages, forms and limits provided herein will require our review and must be authorized by the Company, in writing. |
| ☐ | Copy of current audited financial statement and favorable review of the statements |
| ☐ | Verification of insurance to value |
| ☐ | Copy of satisfactory written fall protection program |
| ☐ | Copy of satisfactory written substance abuse program |
| ☐ | Employee Benefits Application |
| ☐ | Complete driver information on all individuals permitted to operate company owned vehicles, including all family members allowed to drive company vehicles. |
| ☒ | UM/UIM Selection/Rejection Forms – Please refer to the Selection/Rejection forms packet as it contains information regarding the insured's obligation to Zurich if the insured fails to return the required signed Selection/Rejection forms.  ***All UM/UIM selection/rejection forms must be received by binding or effective date of policy.*** |
| ☒ | **Subject to acceptable driving responsibilities for Robert A Ciancaglione Jr.** |
| ☒ | Satisfactory compliance with risk engineering recommendations |
| ☐ | Supplemental Applications |
| ☐ | Signed Policyholder Confidentiality Agreement |
| ☒ | Signed LRRO Agreements |
| ☒ | Satisfactory explanation of operations and ownership relationship of Named insureds |
| ☒ | Verification of satisfactory MVRs for DOC and Broad Form PIP drivers. |
| ☐ | Signed Deductible Specification/Agreement must be received within 30 days of binding. |
| ☒ | This Binder is presented to you with the understanding that neither Zurich nor any of its subsidiaries, affiliates, or employees, offer, or purport to offer, advice to you concerning the proper financial, accounting, or tax treatment for the policy(ies) of insurance referenced herein and nothing herein should be considered to constitute such advice.  If accounting advice, tax advice, or other expert professional assistance is required, you should consult with your own accountant, adviser, counsel, or other similar competent professional with expertise in the required area. |
| ☒ | Descriptions of operations of all named insureds PRIOR TO BIND |
| ☐ | Only non-stacked Uninsured and Underinsured Motorist coverage is being quoted in those states that allow stacking to be rejected. |
| ☐ | In those states where stacked Uninsured and Underinsured Motorist coverage is mandatory, we are only offering the following limits $          . |
| ☐ | A condition of this insurance is the receipt of signed Specification and Non Policy Agreements within 30 days of receipt of the documents.  The Specifications and Non Policy Agreement will be sent to you within 5 days after coverage is bound.  If this information is not received in the specified time frame your |

**ZURICH**

| | |
|---|---|
| | coverage will be cancelled subject to the rules and laws in the states. |
| ☐ | You should be aware that court decisions in some states have ruled that damage to an insured's completed operations, that is caused by faulty work of its subcontractors, may not be covered under standard I.S.O.-based CGL policies.  Zurich has developed an endorsement to provide coverage that is not currently available (the "Resulting Damage To Your Work" endorsement).  If you desire a quote for this additional coverage, we will need the actual receipts from construction work from the past 6 years and the percentage of residential construction for each year.  When you obtain this information, contact us for a quotation and a copy of the endorsement. |
| ☐ | Insurance offered through Steadfast Insurance Company (Steadfast) or, for insureds domiciled in Delaware, Zurich American Insurance Company of Illinois (ZAI) must be placed by a surplus lines producer licensed in the jurisdiction where the policy is issued.  The surplus lines producer shall be responsible for complying with all applicable regulatory requirements including the remittance of the premium tax. |
| ☐ | Provide number of total employees by location when binding Workers Compensation Coverage. |

*The above items are required upon binding unless otherwise stated.*

**Zurich has prepared this Binder in response to your submission requesting insurance coverage for specific lines of business.  This Binder is based on all of the lines of insurance in your submission.  In the event you subsequently request a Binder for lines of business that differs from a prior submission, Zurich reserves the right to review and revise the terms and pricing of this Binder.**

**ZURICH**

# COMMERCIAL GENERAL LIABILITY COVERAGE BINDER

**Issuing Company:** Zurich American Insurance Company

| COVERAGE | DEDUCTIBLES | LIMITS |
|---|---|---|
| General Aggregate Limit (Other than Products – Completed Operations) | | $2,000,000 |
| Product-completed Operations Aggregate Limit | | $2,000,000 |
| Personal and Advertising Injury Limit (Any One Person or Organization) | | $1,000,000 |
| Each Occurrence Limit | | $1,000,000 |
| Damage to Premises Rented to You | | $100,000 |
| Medical Expense Limit (Any One Person) | | $5,000 |

| ADDITIONAL GENERAL LIABILITY COVERAGE | DEDUCTIBLES | LIMITS |
|---|---|---|
| Employee Benefits Liability Per Occurrence | | $1M / $2M |
| | | |
| | | |
| | | |
| | | |

## ADDITIONAL FORMS AND ENDORSEMENTS

| |
|---|
| |
| |
| SEE ATTACHED FILE FOR ADDITIONAL FORMS AND ENDORSEMENTS |

**ZURICH**

| | | |
|---|---|---|
| UGU1191 A CW | Sanctions Exclusions Endorsement | |
| IL0003 | Calculation of Premium | |
| IL0017 | Common Policy Conditions | |
| IL0021 | Nuclear Energy Liability Exclusion | |
| **N/A** | **Various State Mandatory Forms will be included as Required** | |
| UGU315A | Installment Premium Schedule | |
| UGU319 F | In Witness Clause | |
| UGU618 A | Schedule of Locations | |
| UGU619 A CW | Schedule of Forms and Endorsements | |
| UGUD310 A | Common Policy Declarations | |
| CG0001 | Comm'l General Liability Coverage Form | |
| UGL1113 A CW | General Liability Schedule | |
| UGLD1115 | General Liability Supplemental Declarations | |
| CG0224 | Earlier Notice of Cancellation provided by us | 90 Days Notice |
| CG2010 | Add'l Insured- Owners, Lessees or Contractors – Scheduled Person or Organization | State of New Jersey it's officers and employees |
| CG2108 | Data Breach exclusion – Coverage B Only | |
| CG2147 | Employment Related Practices Exclusions | |
| CG2149 | Total Pollution Exclusion | |
| CG2186 | Exclusion - Exterior Insulation and Finish Systems | |
| CG2279 | Exclusion Contractors Professional Liability | |
| UGL1060 | Contractors Liability Endorsement | |
| UGL1175 | Add'l Insured - Automatic - Owners, Lessees or Contractors | |
| UGL1177 | Add'l Insured – Scheduled – Owners, Lessees or Contractors Scheduled Person or Organization | NJ DOT |
| UGL1178 A | Asbestos Exclusion Endorsement | |
| UGL1294 | Limited Operations Coverage - Work Excluded under a Consolidated (Wrap-Up) Insurance Program | |
| UGL1517 | Collection or Distribution of Material or Information in Violation of Law Exclusion | |
| UGL1518 | Broadened Named Insured | |
| UGL851 B CW | Employee Benefits Liability Coverage - Occurrence Form | |
| UGL923B | Silica or Silica Mixed Dust Exclusion | |
| UGL925 | Waiver of Subrogation Blanket | |
| UGLD851 | Employee Benefits Liability Dec Page - Occurrence | |
| UGU767 B 01/15 | Cap on Losses for Certified Acts of Terrorism | |
| UGU630 D | Disclosure of Important Information Relating to Terrorism Risk Insurance Act | |
| UGU632D | Disclosure of Important Information Relating to Terrorism Risk Insurance Act | |

**All state mandatory forms as required**

## COMMENTS

| |
|---|
| |

**ZURICH**

| Schedule of Named Insureds |
| --- |
| Asphalt Paving Systems, Inc. |
| Shore Slurry Seal, Inc. |
| Shore Microsurfacing Systems, Inc. |
| Shore Transport, Inc. |
| PMP Construction, Inc. |
| Shore Building Contractors, Inc. |
| Thomas H. Gannon & Sons, Inc. |
| Shore Road Maintenance, Inc. |
| Aspen Construction Management |
| 11 Chew Development, LLC |
| Code Orange, LLC |
| R. Cap LLC |



# COMMERCIAL GENERAL LIABILITY - COMPOSITE RATING

☐     **General Liability composite rating is not applicable to this account Binder.**

---

☒     **Receipts**
Receipts means the gross amount of money charged by the Named Insured or others during the policy period other than receipts from telecasting, broadcasting, or motion pictures, and includes taxes, other than taxes which the Named Insured collects as a separate item and remits directly to a governmental division.

| EXPOSURE  BASIS | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|
| Total Receipts | Redacted | | |
| TRIA | | | |
| Total Estimated Premium | | | |
| Estimated Tax | | | |
| Total Estimated Cost | | | |
| Minimum Premium: | | | |



# COMMERCIAL AUTOMOBILE COVERAGE BINDER

Issuing Company: **Zurich American Insurance Company**

| LIABILITY COVERAGE | SYMBOL | DEDUCTIBLES | LIMITS |
|---|---|---|---|
| Liability (Per vehicle schedule) | 1 | | 1,000,000 |
| Hired and Non-Owned Liability | | | Included |
| Medical Payments | 2 | | 5,000 |
| Personal Injury Protection | 5 | | Included |
| Additional Personal Injury Protection | 5 | | Included |
| Uninsured Motorist | 2 | | 1,000,000 |
| Underinsured Motorist | 2 | | 1,000,000 |
| | | | |

| PHYSICAL DAMAGE COVERAGE | SYMBOL | DEDUCTIBLES | LIMITS |
|---|---|---|---|
| Comprehensive | 2,8 | **$1,000** | ACV |
| Collision | 2,8 | **$1,000** | ACV |
| Rental reimbursement | PPT Only | | $40 / 30 Days |
| Hired Auto Physical Damage | 8 | $1,000 / $1,000 | ACV |
| | | | |
| | | | |

| COMMENTS |
|---|
| |

| Schedule of Named Insureds |
|---|
| Asphalt Paving Systems, Inc. |
| Shore Slurry Seal, Inc. |
| Shore Microsurfacing Systems, Inc. |
| Shore Transport, Inc. |
| PMP Construction, Inc. |
| Shore Building Contractors, Inc. |
| Thomas H. Gannon & Sons, Inc. |
| Shore Road Maintenance, Inc. |
| Aspen Construction Management |
| 11 Chew Development, LLC |
| Code Orange, LLC |
| R. Cap LLC |


ZURICH

## ADDITIONAL FORMS AND ENDORSEMENTS

| | | | |
|---|---|---|---|
| CA0001 | Business Auto Coverage Form | | |
| UCA411 | Premium and Reports Agreement Composite Rated Policies | | |
| UCA548 A | Schedule of Auto Physical Damages Deductibles | | |
| UCAD600 | Business Auto Declarations | | |
| CA2201 | Named Individual Broadened PIP Coverage | | |
| CA9910 | Drive Other Car Coverage | | |
| CA9916 | Hired Autos Specified as Covered Autos You Own | Autos leased by the insured for 180 days or more | |
| CA9923 | Rental Reimbursement Coverage | | |
| CA9933 | Employees as Insureds | | |
| CA9948 | Pollution Coverage - Broadened Coverage for Covered Autos | | |
| MCS90 | Motor Carrier Endorsement | MC#961456 | |
| UCA424 | Coverage Extension Endorsement | | |
| UCA825 | Who is Insured - Broad Form | | |
| UGU1191 A CW | Sanctions Exclusions Endorsement | | |
| UCA531 | Notice Regarding Terrorism Premium (For Commercial Automobile Insurance | 1% of Comm'l Auto Premium | |
| IL0003 | Calculation of Premium | | |
| IL0017 | Common Policy Conditions | | |
| IL0021 | Nuclear Energy Liability Exclusion | | |
| **N/A** | **Various State Mandatory Forms will be included as Required** | | |
| UGU319 F | In Witness Clause | | |
| UGU619 A CW | Schedule of Forms and Endorsements | | |
| UGU621 A CW | Named Insured Schedule | | |
| UGUD310 A | Common Policy Declarations | | |

| |
|---|
| |
| SEE ATTACHED FILE FOR ADDITIONAL FORMS AND ENDORSEMENTS. |
| |
| **All state mandatory forms as required** |



## COMMERCIAL AUTOMOBILE - COMPOSITE RATING BINDER

The premium basis for this policy is per owned "Auto".

| Auto Liability | Estimated Number Owned "Autos" | Rate Per Owned "Autos" | Estimated Premium |
|---|---|---|---|
| Power Units | 67 | $4,724.89 | $316,568 |
| Trailers | 9 | $ included | |

| Auto Physical Damage | | | |
|---|---|---|---|
| Power Units | 67 | $1,097.27 | $73,517 |
| Trailers | 9 | $ included | |

| | Estimated Sub Total Premium | $ 390,085 |
|---|---|---|
| | Estimated Terrorism Premium | $3,901 |
| | Estimated Taxes and Assessments | $ 2,235 |

| Estimated Total Premium | $ 396,221 |
|---|---|
| Minimum Premium | $ 316,977 |

*Condition 6, Premium Audit, of Part B, General Conditions, of Section IV, Business Auto Conditions, is replaced by the following:*

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began.  Within 180 days after this Coverage Part expires, we will conduct an audit, which may not be waived.  We will compute the final premium due when we determine your actual exposures.  The Named Insured will be billed for any additional premium due or any premium over payment will be returned to the Named Insured.  The final premium will be determined as follows:

    1. The number of owned "autos" at policy inception will be added to the number of owned autos at policy expiration and multiplied by 50%.

    2. The number of autos developed in 1.  above will be multiplied by the composite rates shown on this endorsement.

    3. The estimated sub total premium at policy inception will be credited against the premium determined in 2.  above.

    4. The premium determined in 3, above is the additional or return premium due and in combination with the policy inception, estimated premium will become the final premium for the annual term.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**c.** For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period.  The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

**d.** The final premium will not be less than the greater of 80% of the estimated annual premium, or the Minimum Premium shown in the Schedule above.

**e.** The first Named Insured must maintain records of the information we need for premium computation and send us copies at such times as we may request.



## WORKERS COMPENSATION BINDER

**Issuing Company: Zurich American Insurance Company**

## PART ONE – WORKERS' COMPENSATION
### (AS PRESCRIBED BY THE STATE COMPENSATION LAWS)

States: FL, NJ NY, **PA**

| PART TWO –  EMPLOYERS' LIABILITY | LIMITS |
|---|---|
| Bodily Injury by Accident – Each Accident | $500,000 |
| | |
| Bodily Injury by Disease – Policy Limit | $500,000 |
| | |
| Bodily Injury by Disease – Each Employee | $500,000 |
| | |

| PART THREE –  OTHER STATES  INSURANCE | |
|---|---|
| All States except | |
| States listed above and ND,OH,WA,WY | |

## Schedule of Named Insureds

| |
|---|
| Asphalt Paving Systems, Inc. |
| Shore Road Maintenance, Inc. |
| Shore Transport, Inc. |
| Thomas H. Gannon & Sons, Inc. |

**ZURICH**

## ENDORSEMENTS, EXCLUSIONS, AND CONDITIONS

SEE ATTACHED FILE FOR ADDITIONAL FORMS AND ENDORSEMENTS

| | | | |
|---|---|---|---|
| **N/A** | **Various State Mandatory Forms will be included as Required** | | |
| UWC315 A | Classification Schedule | | |
| UWC320 A | Schedule of Forms & Endt. | | |
| UWC321 A | Named Insured Schedule | | |
| UWCD314 A | WC & Employers Liability Ins. Policy Info Page | | |
| UWCD322 A | Supplemental Information Page | | |
| WC000000 B | WC  and Employers Liability Insurance Policy | | |
| WC990001 A | WC and Employers Liab. Ins. In Witness Clause | | |
| WC990002 | Schedule of Insureds and Locations | | |
| WC000106 A | Longshore & Harbor Workers Coverage Endt. | | |
| WC000311 A | Voluntary Compensation & Employers Endt. | Schedule - Employees:  All officers and employees not subject to the Workers Compensation Law.  State of Employment  FL, NJ, NY, PA. Designated Workers Compensation Law:  State where the injury takes place. | |
| WC000313 | Waiver of Rights to Recovery from Others | | |
| WC000404 | Pending Rate Change Endorsement | | |
| WC000421 D | Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement | | |
| | | | |
| **All state mandatory forms as required** | | | |

## COMMENTS

| |
|---|
| |

## WORKERS COMPENSATION BINDER - continued

| CLASSIFICATIONS | PAYROLL | RATE | EAP |
|---|---|---|---|
| See worksheets | Redacted | | |

**POLICY PREMIUM TOTALS**

Coverages

Class Premium

Waiver Premium
Employer's Liab Premium
Experience Mod Premium
Schedule Mod Premium
Contractors/Construction Credit

Standard Premium

Premium Discount
Expense Constant
Terrorism
Catastrophe

Estimated Premium

Taxes and Assessments

Estimated Total

Redacted

**TOTAL WORKERS COMPENSATION PREMIUM** — Redacted

Copyright © 2015 Zurich American Insurance Company
**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**



**THIS DISCLOSURE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER ANY POLICY.**

# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

**SCHEDULE\***

Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA:

1% OF GL PREMIUM

1% OF AUTO PREMIUM

$   4,300   WC PREMIUM

*Any information required to complete this Schedule, if not shown above, will be shown in the quote or Binder.

**A.   Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B.   Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:

January1, 2015 – December 31, 2015 federal share: 85%

January1, 2016 – December 31, 2016 federal share: 84%

January1, 2017 – December 31, 2017 federal share: 83%

January1, 2018 – December 31, 2018 federal share: 82%

January1, 2019 – December 31, 2019 federal share: 81%

January1, 2020 – December 31, 2020 federal share: 80%

**C.   Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D.   Availability**

Copyright © 2015 Zurich American Insurance Company
**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E.   Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.**  To be an act of terrorism;

**2.**  To be a violent act or an act that is dangerous to human life, property or infrastructure;

**3.**  To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

**4.**  To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an "act of terrorism" if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2015 Zurich American Insurance Company
**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

# Continuation of Services

Certain services will change to a standard arrangement if your insurance program should move to another carrier (non-renewal/termination).

Upon the non-renewal/termination of your program with Zurich, the coordination of these "ongoing" services as well as the underwriting responsibilities for your account will be transferred to our Legacy Services Unit ("LSU"), a centralized unit in our Schaumburg, IL office which specializes in managing and servicing our "inactive" customers.  LSU is equipped to handle all of your underwriting and servicing needs and/or issues.  Shortly after your non-renewal/termination, you will be contacted directly by LSU in order to establish ongoing service levels for your account.  Some of these service levels may be subject to annual fees.  For example:

- RMIS service fees, should you wish to continue these services, will need to be established.
- Upon request and for no additional fee, you are entitled to a single telephonic file review of no more than 50 open claims for claims that carry a net incurred value of $50,000 or higher anytime during the first year after the non-renewal/termination date.  Any claim reviews in addition to, or after the first year after non-renewal/termination will be subject to additional fees.
- Financial Claim Consultation amounts for both claim reserves and claim settlements will be set at $50,000 or $75,000, or per the current Claim Handling Protocols, whichever is higher.

Additional information is available upon request.

Copyright © 2015 Zurich American Insurance Company

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

## PREMIUM AND COMMENTS SUMMARY BINDER

### PAYMENT OPTIONS

| Agency Bill | Payment Options:  35% down and 8 monthly payments |
| --- | --- |

| COVERAGE | PREMIUM |
| --- | --- |
| General Liability | Redacted |
| Automobile | 396,221 |
| Workers Compensation | |
| TOTAL |  |

**Surcharges, Taxes and Assessments are subject to change per State Requirements.**

### COMMENTS / RESTRICTIONS / QUOTE SUBJECT TO:

| |
| --- |

*Applicable taxes will apply to qualifying services*

Copyright © 2015 Zurich American Insurance Company
**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

## COMMISSION SUMMARY

| COVERAGE | COMMISSION % |
|---|---|
| **General Liability** | Redacted |
|  |  |
| **Automobile** | **20%** |
|  |  |
| **Workers Compensation** | Redacted |
|  |  |
|  |  |
|  |  |
|  |  |

## COMMENTS

|  |
|---|
|  |
|  |