# EXHIBIT H





Binder for

ASPHALT PAVING SYSTEMS, INC.
500 N. EGG HARBOR ROAD
P. O. BOX 530
HAMMONTON, NJ 08037

Policy Term
4/01/2018 – 4/01/2019

Submitted to
MCKEE RISK MANAGEMENT INC

Release Date
3/27/2018

Underwriter
KAREN ECKERT
PHILADELPHIA, PA
(215) 861-6745

**POLICY NUMBERS:
GLO 0191406-02
BAP 0191409-02
WC 0191407-02**



**Market leadership**
Zurich has been providing comprehensive solutions for more than 140 years around the globe

**Financial strength**
We demonstrate strength and stability: AA- S&P and A+ A.M. Best ratings

**Industry experience**
Zurich insures 90% of Fortune 500 companies, and provides cutting-edge insights for 25 industries

**Exceptional people**
We are a values-based organization and live the Zurich Commitment in all we do, which includes acting responsibly and following our core values

**Delivering when it matters**
Customers who experience Zurich Claims service in the U.S. are twice as likely to recommend Zurich