

## TERMS AND CONDITIONS

**QUOTE IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS (APPLIES IF CHECKED)**

| | |
|---|---|
| ☒ | If you want to learn more about the compensation Zurich pays agents and brokers visit: http://www.zurichnaproducercompensation.com or call the following toll-free number: **(866) 903-1192. This Notice is provided on behalf of Zurich American Insurance Company and its underwriting subsidiaries.** |
| ☒ | The Coverage Exhibit lists the policy coverages and forms to be provided the Company.  These may deviate from the requested coverage and wording contained in the Producer Specifications.  The Exhibit supersedes all other requests, proposals or discussions.  Except as otherwise noted herein, the coverage forms are countrywide and do not reflect state specific required forms.  The state forms, where applicable, will be endorsed on to the final policy.  Unless otherwise stated elsewhere within this Proposal/Final Confirmation, the coverage forms referenced on the coverage Exhibit will be the most current version used by the Company.  Any deviations from the coverages, forms and limits provided herein will require our review and must be authorized by the Company, in writing. |
| ☒ | UM/UIM Selection/Rejection Forms – Please refer to the Selection/Rejection forms packet as it contains information regarding the insured's obligation to Zurich if the insured fails to return the required signed Selection/Rejection forms.  *All UM/UIM selection/rejection forms must be received by binding or effective date of policy.* |
| ☒ | Driver license information and acceptable MVR reports required **PRIOR TO BIND** for:  Robert Capoferri, Kathleen and Frank Capoferri, Ken Messina and Spouse, Steven and Suzanne Plummer, Barbara Labb, Noel Labb |
| ☒ | Acceptable driving duties for Steven DeStefano, Daniel Bollinger, Kevin Arias, **PRIOR TO BIND** |
| ☒ | Missing VIN numbers for 3, 4, 6, 20, 24, 26, 28, 36, 37, 39, 43, 45, 49, 53, 54, 55, 56, 57 ,58, 59, 60, 62, 65, 66, 67, 70, 71, 72, 73, 74, 75 **PRIOR TO BIND** |
| ☒ | This proposal is presented to you with the understanding that neither Zurich nor any of its subsidiaries, affiliates, or employees, offer, or purport to offer, advice to you concerning the proper financial, accounting, or tax treatment for the policy(ies) of insurance referenced herein and nothing herein should be considered to constitute such advice.  If accounting advice, tax advice, or other expert professional assistance is required, you should consult with your own accountant, adviser, counsel, or other similar competent professional with expertise in the required area. |
| ☐ | Only non-stacked Uninsured and Underinsured Motorist coverage is being quoted in those states that allow stacking to be rejected. |
| ☐ | In those states where stacked Uninsured and Underinsured Motorist coverage is mandatory, we are only offering the following limits $            . |
| ☒ | Current project list and confirmation of no anticipated work in New York. |
| ☒ | A condition of this insurance is the receipt of signed GL and Auto LRRO forms within 30 days of receipt of the documents. |
| ☐ | You should be aware that court decisions in some states have ruled that damage to an insured's completed operations, that is caused by faulty work of its subcontractors, may not be covered under standard I.S.O.-based CGL policies.  Zurich has developed an endorsement to provide coverage that is not currently available (the "Resulting Damage To Your Work" endorsement).  If you desire a quote for this additional coverage, we will need the actual receipts from construction work from the past 6 years and the percentage of residential construction for each year.  When you obtain this information, contact us for a quotation and a copy of the endorsement. |
| ☒ | Provide number of total employees by location when binding Workers Compensation Coverage. |

*The above items are required upon binding unless otherwise stated.*

Zurich has prepared this proposal in response to your submission requesting insurance coverage for specific lines of business.  This proposal is based on all of the lines of insurance in your submission.  In the event you subsequently request a proposal for lines of business that differs from a prior submission, Zurich reserves the right to review and revise the terms and pricing of this proposal.



# COMMERCIAL GENERAL LIABILITY COVERAGE PROPOSAL

**Issuing Company:** Zurich American Insurance Company

| COVERAGE | DEDUCTIBLES | LIMITS |
|---|---|---|
| General Aggregate Limit (Other than Products – Completed Operations) | | $2,000,000 |
| Product-completed Operations Aggregate Limit | | $2,000,000 |
| Personal and Advertising Injury Limit (Any One Person or Organization) | | $1,000,000 |
| Each Occurrence Limit | | $1,000,000 |
| Damage to Premises Rented to You | | $100,000 |
| Medical Expense Limit (Any One Person) | | $5,000 |

| ADDITIONAL GENERAL LIABILITY COVERAGE | DEDUCTIBLES | LIMITS |
|---|---|---|
| Employee Benefits Liability Per Occurrence | $1,000 | $1M/1M |
| | | |
| | | |
| | | |
| | | |

## ADDITIONAL FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| UGU1147 B CW | Fraud Warnings Disclosure Property and Casualty Application Addendum | |
| UGU1191 A CW | Sanctions Exclusions Endorsement | |
| IL0003 | Calculation of Premium | |
| IL0017 | Common Policy Conditions | |
| IL0021 | Nuclear Energy Liability Exclusion | |
| UGU315A | Installment Premium Schedule | |
| UGU319 F | In Witness Clause | |
| UGU618 A | Schedule of Locations | |
| UGU619 A CW | Schedule of Forms and Endorsements | |
| UGUD310 A | Common Policy Declarations | |
| CG0001 | Comm'l General Liability Coverage Form | |
| UGLD1115 | General Liability Supplemental Declarations | |
| CG2010 | Add'l Insured - Owners, Lessees or Contractors - Scheduled Person or Organization | State of New Jersey Its officers and employees |
| CG2108 | Data Breach Exclusion - Coverage B Only | |
| CG2147 | Employment Related Practices Exclusions | |
| CG2149 | Total Pollution Exclusion | |
| CG2186 | Exclusion - Exterior Insulation and Finish Systems | |
| CG2279 | Exclusion Contractors Professional Liability | |
| UGL1060 | Contractors Liability Endorsement | |
| UGL1175 | Add'l Insured - Automatic - Owners, Lessees or Contractors | |

| | | |
|---|---|---|
| UGL1177 | Add'l Insured - Scheduled - Owners, Lessees or Contractors Scheduled Person or Organization | New Jersey Department of Transportation |
| UGL1178 A | Asbestos Exclusion Endorsement | |
| UGL1294 | Limited Operations Coverage - Work Excluded under a Consolidated (Wrap-Up) Insurance Program | |
| UGL1517 | Collection or Distribution of Material or Information in Violation of Law Exclusion | |
| UGL1518 | Broadened Named Insured | |
| UGL851 B CW | Employee Benefits Liability Coverage - Occurrence Form | |
| UGL872 | Premium and Reports Agreement - Composite Rated Policies | |
| UGL923 B | Silica or Silica Mixed Dust Exclusion | |
| UGL925 | Waiver of Subrogation Blanket | |
| UGLD851 | Employee Benefits Liability Dec Page - Occurrence | |
| UGU767 B 01/15 | Cap on Losses for Certified Acts of Terrorism | |
| UGU630 D | Disclosure of Important Information Relating to Terrorism Risk Insurance Act | |
| UGU632D | Disclosure of Important Information Relating to Terrorism Risk Insurance Act | |
| **All state mandatory forms as required** | | |

## COMMENTS

## Schedule of Named Insureds

| |
|---|
| Asphalt Paving Systems, Inc. |
| Shore Slurry Seal, Inc. |
| Shore Microsurfacing Systems, Inc. |
| Shore Transport, Inc. |
| PMP Construction, Inc. |
| Shore Road Maintenance, Inc. |
| Shore Building Contractors, Inc. |
| Thomas H. Gannon & Sons, Inc. |
| Aspen Construction Management |
| 11 Chew Development, LLC |
| Code Orange, LLC |
| R. Cap LLC |
| Shore Resurfacing, LLC |



## COMMERCIAL GENERAL LIABILITY - COMPOSITE RATING

☐ General Liability composite rating is not applicable to this account proposal.

☐ **General Liability Payroll**

☐ **Workers Compensation Payroll as developed under policy number**

☐ **Receipts**
Receipts means the gross amount of money charged by the Named Insured or others during the policy period other than receipts from telecasting, broadcasting, or motion pictures, and includes taxes, other than taxes which the Named Insured collects as a separate item and remits directly to a governmental division.

☒ **Sales**
Sales means the gross amount of money charged by the Named Insured or by others trading under insureds name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the Named Insured and such others collect as a separate item and remit directly to a governmental division.

☐ **If any basis other than above applies, specifically define:**

| EXPOSURE BASIS | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|
| Total Sales All Other States | Redacted | | |
| Total Sales NY | | | |
| TRIA | | | |
| Total Estimated Premium | | | |
| Estimated Tax | | | |
| **Total Estimated Cost** | | | |
| Minimum Premium: | | | |