

# COMMERCIAL AUTOMOBILE COVERAGE PROPOSAL

Issuing Company: **Zurich American Insurance Company**

| LIABILITY COVERAGE | SYMBOL | DEDUCTIBLES | LIMITS |
|---|---|---|---|
| Liability (Per vehicle schedule) | 1 | | 1,000,000 |
| Hired and Non-Owned Liability | | | Included |
| Medical Payments | 2 | | 5,000 |
| Personal Injury Protection | 5 | | Included |
| Additional Personal Injury Protection | 5 | | Included |
| Uninsured Motorist | 2 | | 1,000,000 |
| Underinsured Motorist | 2 | | 1,000,000 |
| | | | |

| PHYSICAL DAMAGE COVERAGE | SYMBOL | DEDUCTIBLES | LIMITS |
|---|---|---|---|
| Comprehensive | 2,8 | $2,500 | ACV |
| Collision | 2,8 | $2,500 | ACV |
| Rental Reimbursement | PPT Only | | $40 / 30 Days |
| Hired Auto Physical Damage | 8 | $1,000/$1,000 | ACV |
| | | | |
| | | | |

| COMMENTS |
|---|
| |

| Schedule of Named Insureds |
|---|
| Asphalt Paving Systems, Inc. |
| Shore Slurry Seal, Inc. |
| Shore Microsurfacing Systems, Inc. |
| Shore Transport, Inc. |
| PMP Construction, Inc. |
| Shore Road Maintenance, Inc. |
| Shore Building Contractors, Inc. |
| Thomas H. Gannon & Sons, Inc. |
| Aspen Construction Management |
| 11 Chew Development, LLC |
| Code Orange, LLC |
| R. Cap LLC |
| Shore Resurfacing, LLC |



## ADDITIONAL FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| CA0001 | Business Auto Coverage Form | |
| CA2001 | Additional Insured (Lessor) and Loss Payee | "ALL LESSORS"  "ALL LEASED AUTOS" |
| UCA411 | Premium and Reports Agreement Composite Rated Policies | |
| UCA548 A | Schedule of Auto Physical Damages Deductibles | |
| UCAD600 | Business Auto Declarations | |
| CA2048 | Designated Insured | The People of the State of New York, the New York Office of General Services, any entity authorized by law or regulation to use any Contract resulting from this Solicitation as an Authorized User and their officers, agents and employees. |
| CA2201 | Named Individual Broadened PIP Coverage | Robert Capoferri, Kathleen and Frank Capoferri, Ken Messina and Spouse, Steven and Suzanne Plummer, Barbara Labb, Nick and Noel Labb |
| CA2245 | Public Or Livery Passenger Conveyance And On-Demand Delivery Services Exclusion | |
| CA9910 | Drive Other Car Coverage | Robert Capoferri, Kathleen and Frank Capoferri, Ken Messina and Spouse, Steven and Suzanne Plummer, Barbara Labb, Nick and Noel Labb |
| CA9916 | Hired Autos Specified as Covered Autos You Own | Standard Wording - Autos leased by the insured for 180 days or more |
| CA9923 | Rental Reimbursement Coverage | |
| CA9933 | Employees as Insureds | |
| CA9948 | Pollution Coverage - Broadened Coverage for Covered Autos | |
| MCS90 | Motor Carrier Endorsement | |
| UCA424 | Coverage Extension Endorsement | |
| UCA825 | Who is Insured - Broad Form | |
| UGU1147 B CW | Fraud Warnings Disclosure Property and Casualty Application Addendum | |
| UGU1191 A CW | Sanctions Exclusions Endorsement | |
| UCA531 | Notice Regarding Terrorism Premium (For Commercial Automobile Insurance | 1% of Comm'l Auto Premium |
| IL0003 | Calculation of Premium | |
| IL0017 | Common Policy Conditions | |
| IL0021 | Nuclear Energy Liability Exclusion | |
| UGU319 F | In Witness Clause | |
| UGU619 A CW | Schedule of Forms and Endorsements | |
| UGUD310 A | Common Policy Declarations | |

**All state mandatory forms as required**



## COMMERCIAL AUTOMOBILE - COMPOSITE RATING PROPOSAL

The premium basis for this policy is per owned "Auto".

| Auto Liability | Estimated Number Owned "Autos" | Rate Per Owned "Autos" | Estimated Premium |
|---|---|---|---|
| Power Units | 67 | $ 5,354.22 | $ 358,733 |
| Trailers | 10 | $ Included | $ |
| | | Estimated Sub Total Premium | $ 358,733 |
| | | Estimated Terrorism Premium | $ 4,341 |
| | | Estimated Taxes and Assessments | $ 2,519 |
| | | **Estimated Total Premium** | **$ 365,593** |

| Physical Damage | Estimated Number Owned "Autos" | Rate Per Owned "Autos" | Estimated Premium |
|---|---|---|---|
| Power Units | 67 | $ 1,126.40 | $ 75,469 |
| Trailers | 10 | $ Included | $ |
| | | Estimated Sub Total Premium | $ 75,469 |
| | **Estimated Total Premium** | **$441,062** | |
| | Minimum Premium | $ 352,800 | |

***Condition** 6, Premium Audit, **of Part** B, General Conditions, **of Section** IV, Business Auto Conditions, **is replaced by the following:***
6. Premium Audit

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began.  Within 180 days after this Coverage Part expires, we will conduct an audit, which may not be waived.  We will compute the final premium due when we determine your actual exposures.  The Named Insured will be billed for any additional premium due or any premium over payment will be returned to the Named Insured.  The final premium will be determined as follows:

   1. The number of owned "autos" at policy inception will be added to the number of owned autos at policy expiration and multiplied by 50%.
   2. The number of autos developed in 1.  above will be multiplied by the composite rates shown on this endorsement.
   3. The estimated sub total premium at policy inception will be credited against the premium determined in 2.  above.



    4. The premium determined in 3, above is the additional or return premium due and in combination with the policy inception, estimated premium will become the final premium for the annual term.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**c.** For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period.  The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

**d.** The final premium will not be less than the greater of 80% of the estimated annual premium, or the Minimum Premium shown in the Schedule above.

**e.** The first Named Insured must maintain records of the information we need for premium computation and send us copies at such times as we may request.



# WORKERS COMPENSATION PROPOSAL

**Issuing Company:** Zurich American Insurance Company

## PART ONE – WORKERS' COMPENSATION
(AS PRESCRIBED BY THE STATE COMPENSATION LAWS)

States: FL, NJ, NY, PA

## PART TWO – EMPLOYERS' LIABILITY

| | LIMITS |
|---|---|
| Bodily Injury by Accident – Each Accident | $1,000,000 |
| Bodily Injury by Disease – Policy Limit | $1,000,000 |
| Bodily Injury by Disease – Each Employee | $1,000,000 |

## PART THREE – OTHER STATES INSURANCE

All States except: ND, OH, WA, WY

## ENDORSEMENTS, EXCLUSIONS, AND CONDITIONS

| | | |
|---|---|---|
| UGU1141 B | Sanctions Advisory Notice to Policyholders | |
| UWC315 A | Classification Schedule | |
| UWC320 A | Schedule of Forms & Endt. | |
| UWC321 A | Named Insured Schedule | |
| UWCD314 A | WC & Employers Liability Ins. Policy Info Page | |
| UWCD322 A | Supplemental Information Page | |
| WC000000 C | WC and Employers Liability Insurance Policy | |
| WC990001 A | WC and Employers Liab. Ins. In Witness Clause | |
| WC990002 | Schedule of Insureds and Locations | |
| WC000106 A | Longshore & Harbor Workers Coverage Endt. | |
| WC000313 | Waiver of Rights to Recovery from Others | ALL PERSONS AND/OR ORGANIZATIONS THAT ARE REQUIRED BY WRITTEN CONTRACT OR AGREEMENT WITH THE INSURED, EXECUTED PRIOR TO THE ACCIDENT OR LOSS, THAT WAIVER OF SUBROGATION BE PROVIDED UNDER THIS POLICY FOR WORK PERFORMED BY YOU FOR THAT PERSON AND/OR ORGANIZATION |
| WC000404 | Pending Rate Change Endorsement | |
| WC000421 D | Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement | |

**All state mandatory forms as required**



## COMMENTS

## Schedule of Named Insureds

| |
|---|
| Asphalt Paving Systems, Inc. |
| Shore Transport, Inc. |
| Shore Road Maintenance, Inc. |
| Thomas H. Gannon & Sons, Inc. |
| Shore Resurfacing, LLC |

## WORKERS COMPENSATION PROPOSAL - continued

Coverages

Class Premium

Waiver Premium
Employer's Liab Premium
Experience Mod Premium
Schedule Mod Premium
Contractors/Construction Credit

Standard Premium

Premium Discount
Expense Constant
Terrorism
Catastrophe

Estimated Premium

Taxes and Assessments

Estimated Total

### TERM STATE TOTALS

State
FL
NJ
NY
PA

Estimated Totals




**TOTAL WORKERS COMPENSATION PREMIUM**     Redacted