

THIS DISCLOSURE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER ANY POLICY.

# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

### SCHEDULE*

| |
|---|
| Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA:<br> GL = 1%<br>BAP = 1%<br>WC = $4,095 |

*Any information required to complete this Schedule, if not shown above, will be shown in the quote or proposal.

A. **Disclosure of Premium**

   In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

B. **Disclosure of Federal Participation in Payment of Terrorism Losses**

   The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:

   January1, 2015 – December 31, 2015 federal share: 85%

   January1, 2016 – December 31, 2016 federal share: 84%

   January1, 2017 – December 31, 2017 federal share: 83%

   January1, 2018 – December 31, 2018 federal share: 82%

   January1, 2019 – December 31, 2019 federal share: 81%

   January1, 2020 – December 31, 2020 federal share: 80%

C. **Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

   If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

D. **Availability**

   As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

E. **Definition of Act of Terrorism under TRIA**

   TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

   1. To be an act of terrorism;

2. To be a violent act or an act that is dangerous to human life, property or infrastructure;

3. To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4. To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an "act of terrorism" if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

# Continuation of Services

Certain services will change to a standard arrangement if your insurance program should move to another carrier (non-renewal/termination).
Upon the non-renewal/termination of your program with Zurich, the coordination of these "ongoing" services as well as the underwriting responsibilities for your account will be transferred to our Legacy Services Unit ("LSU"), a centralized unit in our Schaumburg, IL office which specializes in managing and servicing our "inactive" customers.  LSU is equipped to handle all of your underwriting and servicing needs and/or issues.  Shortly after your non-renewal/termination, you will be contacted directly by LSU in order to establish ongoing service levels for your account.  Some of these service levels may be subject to annual fees.  For example:

- RMIS service fees, should you wish to continue these services, will need to be established.
- Upon request and for no additional fee, you are entitled to a single telephonic file review of no more than 50 open claims for claims that carry a net incurred value of $50,000 or higher anytime during the first year after the non-renewal/termination date.  Any claim reviews in addition to, or after the first year after non-renewal/termination will be subject to additional fees.
- Financial Claim Consultation amounts for both claim reserves and claim settlements will be set at $50,000 or $75,000, or per the current Claim Handling Protocols, whichever is higher.

Additional information is available upon request.

## PREMIUM AND COMMENTS SUMMARY PROPOSAL

### PAYMENT OPTIONS

| Agency Bill | Payment Options: 35% Down and 8 monthly payments |
|---|---|

| COVERAGE | PREMIUM |
|---|---|
| General Liability | Redacted |
| Automobile | $441,062 |
| Workers Compensation | |
| TOTAL | Redacted |

Surcharges, Taxes and Assessments are subject to change per State Requirements.

### COMMENTS / RESTRICTIONS / QUOTE SUBJECT TO:

*Applicable taxes will apply to qualifying services*

## COMMISSION SUMMARY

| COVERAGE | COMMISSION % |
|---|---|
| General Liability | Redacted |
| Automobile | 20 % |
| Workers Compensation | Redacted |

## COMMENTS

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.