# EXHIBIT J



A Casualty Binder for

# Asphalt Paving Systems, Inc.

500 N Egg Harbor Rd
Hammonton, NJ 08037-3201

**Policy Term**

April 1, 2020 – April 1, 2021

**Submitted to**

MCKEE RISK MANAGEMENT INC

**Binder Date**

March 3, 2020

**Underwriter**

Karen Eckert
215-861-6745
karen.eckert@zurichna.com

**Underwriting Associate**

Nathan ByDeLey
nathan.bydeley@zurichna.com



# Construction





Let Zurich help you manage and mitigate risk to your business.

**1.3K** Design-build transportation projects completed between 2002 and 2016[1]

**1/3** Portion of construction workers displaced by the industry between 2006 and 2009 who found jobs in other industries[2]

**52%** Percentage of total construction activity that takes place in emerging markets[3]

## Coverages, services and tools to serve your needs

### COVERAGES

**Traditional coverages:** Property, General Liability, Automotive Liability, Workers' Compensation, Umbrella

**Environmental and Professional Liability:** Protections for contractors working with hazardous materials at contaminated sites and when plans require changes during construction

**Property, Builders Risk, Inland Marine floaters:** Property includes equipment, installation business interruption and time element; easily added to standard coverages

**International:** Local specialists in over 210 countries and territories[4] and global program management tools (My Zurich, MIA - Multinational Insurance Application)

### SERVICES AND TOOLS

- Dedicated Risk Engineering point-of-contact
- *Risk Insights* monthly e-newsletter
- Seminars and webinars
- Safety Calendar
- Risk Engineering Claims Analysis Template

### RISK ENGINEERING SERVICES FOR A FEE

**QAQC Program Review:** Program assessment and recommended improvements

**Weather and Water Intrusion:** Identifies potential exposures and recommends prevention and loss-mitigation measures

## Claims experience, service and outcomes: Why you buy insurance



More than 740K claims managed with top-tier NPS® (Net Promoter Score) results.[5,6]

92% renewal rate for close to 2K customers that have a dedicated Claims Services Executive.[7]



3,700 professionals on staff[8], including claims professionals, medical, legal, recovery and fraud specialists.

24/7 award-winning, Zurich-owned Customer Care Center[9].



When utilized, integrated medical management yields a 61% reduction in medical bill costs, on average.[10]

Staff Legal litigated claims are 37% less costly versus outside counsel, and close up to 9% faster, on average.[11]

Sources:
1. Design-Build Institute of America. "Design-Build Today: A Survey of State DOTs." 2016.
2. Janicki, Hubert and Erika McEntarfer. "Where Did All the Construction Workers Go?" United States Census Bureau blog. 16 October 2015.
3. "Global Construction 2030." Global Construction Perspectives and Oxford Economics. 10 November 2015.
4. February 2018. Based on International Organization for Standardization country definition
5. Zurich North America managed over 700K claims in 2016 (including RCIS claims)
6. Zurich North America TNPS for First Notice of Loss and Closed Claims 2016
7. Claims Service Management Database, Commercial Insurance, 2017
8. Number of Zurich U.S. and Canada Claims employees as of 12/31/2016 (including RCIS Claims employees)
9. Top Mid-size Contact Center as recognized by Contact Center World in 2016
10. Zurich North America Claims Finance. 2017.
11. Zurich North America 2017 Counsel Performance Report for Claims Closed in 2017.



FOCUS ON CUSTOMERS

SIMPLIFY

INNOVATE

The information in this publication was compiled from sources believed to be reliable for informational purposes only. This is intended as a general description of certain types of insurance and services available to qualified customers through the companies of Zurich in North America, provided solely for informational purposes. Nothing herein should be construed as a solicitation, offer, advice, recommendation, or any other service with regard to any type of insurance product underwritten by individual member companies of Zurich in North America, including Zurich American Insurance Company, 1299 Zurich Way, Schaumburg, IL 60196. Your policy is the contract that specifically and fully describes your coverage, terms and conditions. The description of the policy provisions gives a broad overview of coverages and does not revise or amend the policy. Coverages and rates are subject to individual insured meeting our underwriting qualifications and product availability in applicable states. Some coverages may be written on a nonadmitted basis through licensed surplus lines brokers. This is intended as a general description of certain types of risk engineering services available to qualified customers through The Zurich Services Corporation. The Zurich Services Corporation does not guarantee any particular outcome and there may be conditions on your premises or within your organization, which may not be apparent to us. You are in the best position to understand your business and your organization and to take steps to minimize risk, and we wish to assist you by providing the information and tools to help you assess your changing risk environment. ©2018 Zurich American Insurance Company. All rights reserved.

A1-112010367-B (05/18) 112010975

Asphalt Paving Systems, Inc.

# EXECUTIVE SUMMARY



| Asphalt Paving Systems, Inc. | | | | | | |
|---|---|---|---|---|---|---|
| *Line of Business:* | **Workers' Comp** | **Auto** | | | | **Total** |
| Policy Number | WC 0191407 - 04 | BAP 0191409 - 05 | | | | |
| **Program Structure and Limits** | | | | | | |
| Limits | Redacted | AL: $2,000,000 CSL<br>PD: ACV | | | | |
| Structure | | Guaranteed Cost | | | | |
| Deductible | | AL: N/A<br>Comp: Various<br>Collision: Various | | | | |
| **Exposure** | | | | | | |
| Total Exposure | | See Auto Premium Overview section | | | | |
| **Premium** (including estimated taxes, surcharges and assessments) | | | | | | |
| Composite Rated | Redacted | Yes | | | | Redacted |
| Est. Premium | | $619,840.00 | | | | |
| Est. Terrorism | | $6,199.00 | | | | |
| Est. CAT | | N/A | | | | |
| Exp. Constant | | N/A | | | | |
| Est. Taxes, Surcharges & Assessments | | $3,184.00 | | | | |
| **Estimated Total** | | **$629,223.00** | | | | |

If you want to learn more about the compensation Zurich pays agents and brokers visit: http://www.zurichnaproducercompensation.com or call the following toll-free number: (866) 903-1192. This Notice is provided on behalf of Zurich American Insurance Company and its underwriting subsidiaries.

# EXECUTIVE SUMMARY



| Services | | |
|---|---|---|
| Risk Engineering – Fee | • Risk Engineering Due diligence and resource<br>• Safety Goal implementation tied to employee performance. Customer meetings and in the field Targeted Risk Review-2<br>• Fleet program review and driver development (driver coaching/incident intervention, training) | $6,500.00 |
| **Estimated Total** (applicable tax will be added when invoiced) | | **$6,500.00** |

| | | |
|---|---|---|
| | **Estimated Total Program Costs** | **$1,207,649.00** |

| Commission | | | | | |
|---|---|---|---|---|---|
| *Line of Business* | **Workers' Comp** | **Auto** | | | |
| Commission | Redacted | 20% | | | |

*Note: Commission is not paid on most taxes, surcharges, assessments, and fees.*

| Payment Terms | | |
|---|---|---|
| | **Billing Type** | **Frequency** |
| Premium (Casualty) | Agency Bill | 25% down and 9 equal installments |
| Services | Special Bill | Prepaid |

| Required Agreements | Due Date |
|---|---|
| UM/UIM Selection/Rejection Forms | Prior to policy effective date |
| Large Risk Rating Option (LRRO) Agreement(s):<br>   1.  Auto | 30 days from policy effective date |
| Non-Policy Agreements: Deductible Terms and Conditions and Specifications | 30 days from date of receipt |
| Large Deductible Notice of Election Agreement(s) – Workers' Compensation and Employers Liability:<br>   1.  Notice of WC Large Deductible Election - Countrywide<br>   2.  Notice of WC Large Deductible Election - New Jersey | 30 days from policy effective date |

# EXECUTIVE SUMMARY



| Required Underwriting Information / Subjectivities | Due Date |
|---|---|
| Driving duties for "High Risk" drivers: To Be Advised | Prior to binding coverage |
| Current financials | 3/1/20 |
| In the event the contractor's credit is approved for 2020 the deductible credits will be revised to compensate. | |

Asphalt Paving Systems, Inc.

# NAMED INSUREDS



| Company | Workers' Comp | Auto | | | |
|---|---|---|---|---|---|
| ASPHALT PAVING SYSTEMS, INC. | Redacted | X | | | |
| SHORE TRANSPORT, INC. | | X | | | |
| SHORE ROAD MAINTENANCE, INC.    INACTIVE | | | | | |
| THOMAS H. GANNON AND SONS, INC. | | | | | |
| SHORE RESURFACING, LLC | | | | | |
| SHORE BUILDING CONTRACTORS INC | | | | | |
| ASPEN CONSTRUCTION MANAGEMENT INC INACTIVE | | | | | |
| SHORE MICROSURFACING INC    INACTIVE | | | | | |
| PMP CONSTRUCTION INC    INACTIVE | | | | | |
| SHORE SLURRY SEAL, INC. | | X | | | |
| SHORE MICROSURFACING SYSTEMS, INC. | | X | | | |
| PMP CONSTRUCTION, INC. | | X | | | |
| SHORE BUILDING CONTRACTORS, INC. | | X | | | |
| THOMAS H. GANNON & SONS, INC. | | X | | | |
| SHORE ROAD MAINTENANCE, INC. | | X | | | |
| ASPEN CONSTRUCTION MANAGEMENT | | X | | | |
| 11 CHEW DEVELOPMENT, LLC | | X | | | |
| CODE ORANGE, LLC | | X | | | |
| R. CAP LLC | | X | | | |
| SHORE RESURFACING LLC | | X | | | |

Asphalt Paving Systems, Inc.

# WORKERS' COMPENSATION

**Program Structure, Coverage and Premium Overview**



**Issuing Company:**   ZURICH AMERICAN INSURANCE COMPANY
**Policy Period:**      4/1/2020-4/1/2021
**Policy Number:**     WC 0191407 - 04

| Program Structure | |
|---|---|
| Program Type: | |
| Deductible | |
| Deductible | **Redacted** |
| Deductible | |
| Deductible | |
| Deductible | |

| Coverage | |
|---|---|
| **Part One – Workers' Compensation** | |
| States (listed in 3A of information page): FL,GA,NJ,NY,PA | |
| **Part Two – Employers' Liability** | **Limits** |
| Bodily Injury by Accident – Each Accident | $1,000,000 |
| Bodily Injury by Disease – Policy Limit | $1,000,000 |
| Bodily Injury by Disease – Each Employee | $1,000,000 |
| **Part Three – Other States Insurance** | |
| All States except ND,OH,WA,WY and those States listed in 3A. | |

| Schedule of Forms and Endorsements | | |
|---|---|---|
| **Form Number** | **Form Title** | **Fill-in Wording/Comments** |
| UGU1107CCW | PRIVACY NOTICE | |
| UWC315A | CLASSIFICATION SCHEDULE | |
| UWC316A | NJ CLASSIFICATION SCHEDULE | |
| UWCD314A | WORKERS COMPENSATION INFORMATION PAGE | |
| WC000000C | INSURANCE POLICY | |
| WC000106A. | LONGSHORE/HARBOR WORKERS' COMP COVG ENDT | **Redacted** |
| WC000313 | WAIVER OF RIGHTS TO RECOVER FROM OTHERS | Schedule: ALL PERSONS AND/OR ORGANIZATIONS THAT ARE REQUIRED BY WRITTEN CONTRACT OR AGREEMENT WITH THE INSURED, EXECUTED PRIOR TO THE ACCIDENT OR LOSS, THAT WAIVER OF SUBROGATION BE PROVIDED UNDER THIS POLICY FOR WORK PERFORMED BY YOU FOR THAT PERSON AND/OR ORGANIZATION |

# WORKERS' COMPENSATION
**Program Structure, Coverage and Premium Overview**



| Schedule of Forms and Endorsements | | |
|---|---|---|
| **Form Number** | **Form Title** | **Fill-in Wording/Comments** |
| WC000406 | PREMIUM DISCOUNT ENDORSEMENT | |
| WC000406A | PREMIUM DISCOUNT ENDT | |
| WC000414 | NOTIFICATION OF CHANGE IN OWNERSHIP ENDT | |
| WC000414A | 90DAY REPORT-NOTIF CHANGE IN OWNERSHIP | |
| WC000419 | PREMIUM DUE DATE ENDORSEMENT | |
| WC000421D | CATASTROPHE (OTHER THAN CERT ACTS) ENDT | |
| WC000422B | TERRORISM RISK PGM REAUTH ACT DISCL ENDT | |
| WC000424 | AUDIT NONCOMPLIANCE CHARGE ENDT | |
| WC000425 | EXPERIENCE RATING MODIFICATION FCTR REV | |
| WC090303 | FL EMPLOYERS LIAB COV. ENDT | |
| WC090403B | FL TERRORISM RISK INS PROGRAM REAUTH ACT | |
| WC090407 | FL NON-COOPERATION W/ PREMIUM AUDIT ENDT | |
| WC090606 | FL EMPLOYMENT AND WAGE INFO. REL. ENDT. | |
| WC100601C | GA CANCELLATION NONRENEWAL & CHANGE ENDT | |
| WC290306B | NJ PART TWO EMPLOYERS LIABILITY ENDT | |
| WC310308 | NY LIMIT OF LIABILITY | |
| WC310319I | NY CONST CLASS PREM ADJ ENDT | |
| WC310405 | NY SAFE PATIENT HANDLING ACT PRGM ENDT | |
| WC310618 | NY POLICY NOTICE OF RIGHT TO APPEAL | |
| WC370401 | PA AUDIT NONCOMPLIANCE CHARGE ENDT | |
| WC370601 | SPECIAL PA ENDT-INSPECTION OF MANUALS | |
| WC370602 | PA NOTICE | |
| WC370603A | PA ACT 86-1986 ENDT | |
| WC370604 | PA EMPLOYER ASSESSMENT ENDORSEMENT | |
| WC990001A | WC AND EMPLOYERS LIABILITY IN WITNESS | |

# WORKERS' COMPENSATION
**Program Structure, Coverage and Premium Overview**



| Schedule of Forms and Endorsements | | |
|---|---|---|
| **Form Number** | **Form Title** | **Fill-in Wording/Comments** |
| WC990002 | SCHEDULE OF INSUREDS AND LOCATIONS | |

*Note: The most recently approved edition date will be used, unless otherwise noted.*
*Various state mandatory forms will be included as required.*

| Premium Details | | | |
|---|---|---|---|
| **Exposure Base** | **Total Exposure** | **Rate(s)** | **Premium** |
| Workers' Compensation Payroll | Redacted | Refer to schedule of locations, classifications, and rating details | Redacted |
| | | **Estimated Premium** | |
| | | Est. Terrorism Premium | |
| | | Est. Catastrophe Premium | |
| | | Expense Constant | |
| | | Est. Taxes, Surcharges & Assessments | |
| | | **Estimated Total** | |

| Experience Modification(s) | | | |
|---|---|---|---|
| **State** | **Mod** | **Eff. Date** | **Type** |
| CW | Redacted | | |
| NJ | | | |
| NY | | | |

| Contracting Classification Premium Adjustment Program (CCPAP) Credit(s) | | | |
|---|---|---|---|
| **State** | **Credit** | **Eff. Date** | **Type** |
| NJ | Redacted | | |

Zurich may be required to verify the applicable CCPAP credit at the time of audit.

*Note: Please refer to Terms and Conditions for additional information*

| Premium Audit |
|---|
| Auditable: The exposures and premiums are estimates and, in accordance with applicable policy terms and conditions, may be subject to audit, adjustment, or both. |

# AUTO

**Program Structure, Coverage and Premium Overview**



**Issuing Company:**  ZURICH AMERICAN INSURANCE COMPANY
**Policy Period:**  4/1/2020-4/1/2021
**Policy Number:**  BAP 0191409 - 05

| Program Structure | |
|---|---|
| Program Type: | Guaranteed Cost |
| Liability Deductible: | N/A |

| Liability Coverage | | |
|---|---|---|
| **Coverage** | **Symbol** | **Limits** |
| Liability - Combined Single Limit (CSL) | 1 | $2,000,000 |
| Medical Payments | 2 | $10,000 |
| Personal Injury Protection | 5 | Statutory |
| Additional Personal Injury Protection | 5 | Statutory |
| Uninsured Motorist | 2 | Refer to UM/UIM Selection/Rejection Summary Form (UCA309) |
| Underinsured Motorist (when not included in Uninsured Motorists Coverage) | 2 | Refer to UM/UIM Selection/Rejection Summary Form (UCA309) |

| Physical Damage Coverage | | | |
|---|---|---|---|
| **Coverage** | **Symbol** | **Deductible** | **Limits** |
| Comprehensive | 2,8 | See below | Actual Cash Value or Cost to Repair, whichever Is less, minus deductible, for each covered auto, but no deductible applies to loss caused by fire or lightning. |
| Collision | 2,8 | See below | Actual Cash Value or Cost to Repair, whichever is less, minus deductible, for each covered auto. |

| Schedule of Auto Physical Damage Deductibles | | |
|---|---|---|
| **Coverages** | **Vehicle Description** | **Deductible** |
| COMPREHENSIVE | PPV,LT, MD, TRL | $2,500 |
| COLLISION | PPV,LT, MD, TRL | $2,500 |
| COMPREHENSIVE | HT, EHT | $5,000 |
| COLLISION | HT, EHT | $5,000 |

# AUTO
**Program Structure, Coverage and Premium Overview**



| Form Number | Form Title | Fill-in Wording/Comments |
|---|---|---|
| **Schedule of Forms and Endorsements** | | |
| IL 00 03 | CALCULATION OF PREMIUM | |
| IL 00 17 | COMMON POLICY CONDITIONS | |
| IL 00 21 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT | |
| IL 02 08 | NJ CHANGES-CANC & NONRENL | |
| UGU1191ACW | SANCTIONS EXCLUSION ENDORSEMENT | |
| UGU319F | IMPORTANT NOTICE - IN WITNESS CLAUSE | |
| UGUD310A | COMMON POLICY DECLARATIONS | |
| CA 00 01 | BUSINESS AUTO COVERAGE FORM | |
| CA 01 12 | NY CHNGS BUSINESS AUTO AND MOTOR CARRIER | |
| CA 01 84 | NJ CHANGES - PHYSICAL DAMAGE INSPECTION | |
| CA 01 88 | NEW JERSEY CHANGES | |
| CA 02 25 | NEW YORK CHANGES - CANCELLATION | |
| CA 02 67 | FL CHANGES - CANCELLATION AND NONRENEWAL | |
| CA 05 10 | NJ PUBLC LIVERY PASS TRANS ON-DEMND EXCL | |
| CA 20 01 | ADDL INSD-LESSOR | |
| CA 20 48. | DESIGNATED INSURED | THE PEOPLE OF THE STATE OF NEW YORK, THE NEW YORK STATE OFFICE GENERAL SERVICES, ANY ENTITY AUTHORIZED BY LAW OR REGULATION TO USE ANY CONTRACT RESULTING FROM THIS SOLICITATION AS AN AUTHORIZED USER AND THEIR OFFICERS, AGENTS, AND EMPLOYEES. |
| CA 21 11 | GA UM COV REDUCED BY AT-FAULT LIA LIMIT | |
| CA 21 14 | NJ UNINSURED AND UNDERINSURED COVERAGE | |
| CA 21 72 | FL UNINSURED MOTORISTS COV - NON STACKED | |
| CA 22 01 | NAMED IND-BROADENED PIP COV | Name of Individual: ROBERT CAPOFERRI (KATHLEEN & FRANK CAPOFERRI) / State: NJ<br>Name of Individual: KEN MESSINA (PLUS SPOUSE) / State: NJ<br>Name of Individual: BARBARA LABB (CHILDREN - NICK AND NOEL LABB) / State: NJ |
| CA 22 10 | FL PERSONAL INJURY PROTECTION | |

# AUTO

**Program Structure, Coverage and Premium Overview**



| Schedule of Forms and Endorsements | | |
|---|---|---|
| **Form Number** | **Form Title** | **Fill-in Wording/Comments** |
| CA 22 11 | FL ADDED PERSONAL INJURY PROTECTION | |
| CA 22 30 | NJ PERSONAL INJURY PROTECTION | |
| CA 22 31 | NJ ADDED PERSONAL INJURY PROTECTION COV. | |
| CA 22 50 | FL EXTENDED PERSONAL INJURY PROTECTION | |
| CA 23 45 | PUBLIC LIVERY & ON-DEMAND DELIVRY EXCL | |
| CA 99 03 | AUTO MEDICAL PAYMENTS COVERAGE | |
| CA 99 10 | DRIVE OTHER CAR COV-BROAD COV NAMED IND | Named Insured: ROBERT, KATHLEEN AND FRANK CAPOFERRI; KEN MESSINA (AND SPOUSE); <br><br> Liability Limit: $1,000,000 INCLUDED <br><br> Auto Medical Payments Limit: $5,000 INCLUDED <br><br> Comprehensive Deductible: $1,000 INCLUDED <br><br> Collision Deductible: $1,000 INCLUDED <br><br> Uninsured Motorist Limit: $1,000,000 INCLUDED <br><br> Underinsured Motorists Limit: $1,000,000 INCLUDED |
| CA 99 16 | HIRED AUTO SPECIFIED AS COV AUTO YOU OWN | Description of Auto: Autos leased by the insured for 180 days or more |
| CA 99 23. | RENTAL REIMBURSEMENT COVERAGE | Comprehensive Description of Covered Autos: PPT ONLY \|Any One Day: 40 \|No. of Days: 30 \|Any One Period: <br><br> Collision Description of Covered Autos: PPT ONLY \|Any One Day: 40 \|No. of Days: 30 \|Any One Period: <br><br> Specified Cause of Loss Description of Covered Autos: \|Any One Day: \|No. of Days: \|Any One Period: |
| CA 99 48 | POLLUTION LIAB BROAD COV FOR COV AUTO | |
| CA P 009 | 2016 COM AU MISC ADV NOTICE POLICYHLDRS | |
| UCA411ECW. | PREMIUM AND REPORTS AGREEMENT-COMPOSITE | |

# AUTO
**Program Structure, Coverage and Premium Overview**



| Schedule of Forms and Endorsements | | |
|---|---|---|
| **Form Number** | **Form Title** | **Fill-in Wording/Comments** |
| UCA424FCW. | COVERAGE EXTENSION ENDORSEMENT | |
| UCA548A | SCHEDULE OF AUTO PHYSICAL DAMAGE DEDUCTI | Refer to Schedule of Auto Physical Damage Deductibles section |
| UCA825BCW | WHO IS AN INSURED AMENDMENT - BROAD FORM | |
| UCAD600C | BUSINESS AUTO DECLARATIONS | |

*Note: The most recently approved edition date will be used, unless otherwise noted.*
*Various state mandatory forms will be included as required.*

| Premium Details | | |
|---|---|---|
| **Estimated Unit(s) of Exposure** | **Composite Rate(s)** | **Premium** |
| LIABILITY | | |
| 70 POWER UNITS | $7,554.91 | $528,844 |
| 8 TRAILERS | | INCLUDED |
| PHYSICAL DAMAGE | | |
| 70 POWER UNITS | $1,299.94 | $90,996 |
| 8 TRAILERS | | INCLUDED |
| TERRORISM | | $6,199 |
| NJ PLIGA | | $3,184 |
| TOTAL ESTIMATED PREMIUM | | $629,223 |
| | **Deposit Premium** | $629,223 |
| | *Minimum Premium* | $503,378 |

# AUTO
**Program Structure, Coverage and Premium Overview**



| Auto Composite Rated |
|---|

*Condition 6, Premium Audit, of **Part B**, General Conditions, of **Section IV**, Business Auto Conditions of form CA0001 **is replaced by the following:***

**6.  Premium Audit**

    **a.**  The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. Within 180 days after this Coverage Part expires, we will conduct an audit, which may not be waived. We will compute the final premium due when we determine your actual exposures. The Named Insured will be billed for any additional premium due or any premium over payment will be returned to the Named Insured. The final premium will be determined as follows:

        1.  The number of owned "autos" at policy inception will be added to the number of owned autos at policy expiration and multiplied by 50%.

        2.  The number of autos developed in 1. above will be multiplied by the composite rates shown on this endorsement.

        3.  The estimated sub total premium at policy inception will be credited against the premium determined in 2. above.

        4.  The premium determined in 3. above is the additional or return premium due and in combination with the policy inception, estimated premium will become the final premium for the annual term.

    **b.**  If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

    **c.**  For policies other than Annual Reporting, the deposit premium shown in the Schedule is due and payable on the first day of the policy period. The first Named Insured will pay, within 20 days following the mailing or delivery of the statement of audited premium for each audit period, the earned premium due.

    **d.**  The final premium will not be less than the greater of 80% of the estimated annual premium, or the Minimum Premium shown in the Schedule above.

    **e.**  The first Named Insured must maintain records of the information we need for premium computation and send us copies at such times as we may request.

| Premium Audit |
|---|

Auditable: The exposures and premiums are estimates and, in accordance with applicable policy terms and conditions, may be subject to audit, adjustment, or both.

# TERMS AND CONDITIONS



| General Conditions |
|---|
| Throughout this document the terms "the Insured", "the Producer" and "the Company" are used. These terms refer to the following entities: |

|  |  |
|---|---|
| The Insured: | Asphalt Paving Systems, Inc. |
| The Producer: | MCKEE RISK MANAGEMENT INC |
| The Company: | Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Zurich American Insurance Company of Illinois, and/or The Zurich Services Corporation. |

No changes to the terms, conditions, or pricing reflected in this document may be made without written authorization from the Company.

This Binder is presented to the Insured with the understanding that neither Zurich nor any of its subsidiaries, affiliates, or employees, offer, or purport to offer, advice to the Insured concerning the proper financial, accounting, or tax treatment for the policy(ies) of insurance referenced herein and nothing herein should be considered to constitute such advice. If accounting advice, tax advice, or other expert professional assistance is required, the Insured should consult with their own accountant, adviser, counsel, or other similar competent professional with expertise in the required area.

This is a Binder for insurance coverage and is not an insurance policy. Any coverage description shown in this Binder may be an abbreviated title and does not indicate insurance policy language. Only the insurance policy itself provides coverage. This Binder is not part of and is not incorporated into the insurance policy. Policy forms attached to this Binder, if any, are sample policy forms and are not the insurance policy itself and do not represent the final terms and conditions of the insurance policy. If there is any conflict between the coverage descriptions shown in this Binder, the sample policy forms, and the actual insurance policy, the insurance policy will prevail and supersede this Binder. This Binder describes the coverages, terms, and conditions offered by the Company. Please review them carefully as they may differ from the expiring program or from the specifications requested in the submission.

Any person who knowingly and with the intent to defraud an insurance company, or a person who files an application or who submits through its producer exposure and associated information for an insurance policy, or files an insurance claim or statement containing any materially false information, or conceals information for the purpose of misleading an insurance company, commits a fraudulent insurance act which may be subject to both criminal and civil penalties.

Under the policy(ies) offered, coverage will not be provided and payments cannot be made hereunder to the extent that such coverage or payment would violate any applicable trade or economic sanctions law or regulation.

| Binder Preparation |
|---|
| Zurich has prepared this Binder in response to your submission requesting insurance coverage for specific lines of business. This Binder is based only on the lines of business included in this Binder. In the event you seek a proposal for lines of business that differs from those included in this Binder, Zurich reserves the right to review and revise the terms and pricing of this Binder. |

The program structure and pricing components were designed using data provided by the Producer. Any errors, omissions, or alterations to the Producer specifications may result in a change or withdrawal of this Binder.

This Binder is strictly conditional upon no material change in the risk and no known new losses occurring between the date of this Binder and the inception date of the proposed policy.  In the event of such change in risk or loss, Zurich may in its sole discretion, whether or not this Binder has been already accepted by the insured, modify or withdraw this Binder.

# TERMS AND CONDITIONS



## Binder Preparation

This Binder identifies the policy forms and the associated form number that will be provided by Zurich. The policy forms may deviate from the requested coverage and wording contained in the submission. The policy forms noted herein include countrywide and some state-specific forms. Additional state-specific forms not noted herein will be endorsed on to the policy, where applicable. There may be instances where the policy form actually issued by Zurich differs from that which is in this Binder. This may be due to an insured-specific request, recent amendments to the policy form filed and approved for use but not yet updated in the Zurich Binder, or other reasons. Zurich may also include policy forms that are in addition to those requested by the Insured or Producer in the submission. These additional policy forms are issued by Zurich in accordance with internal and/or state specific requirements. Any premium associated with these additional policy forms is included in the quoted premium in this Binder.

## Premium-Specific Conditions

The premium elements, which include, but are not limited to, premium, factors, or formulas, included within this Binder are estimates. These estimates are based upon the information contained in the application and submission made available to Zurich at the time this Binder was prepared. Any subsequent changes in the information provided may result in modifications to this Binder. Changes in the information that may result in modifications to the premium elements include, but are not limited to, rates, classifications, new or different exposures, changes in operations, prior exposures, prior loss information, experience modifications, managed care modifications, drug free modifications, tax multipliers, insured's request for removal of any products contained in the Binder, or the insured's financial condition.

The total amount for all premium, taxes, surcharges and assessments shown in this Binder is payable in installments. An initial payment as determined by the Company is due upon the inception of the policy. Subsequent premium, tax, surcharge and assessment payments, unless otherwise indicated, will be made in accordance with the terms outlined in the Executive Summary of this Binder.

Additional premium, tax, surcharge and assessment payments resulting from changes to the policy may, in the Company's sole discretion, be spread over the remaining installments, if any. If there are no remaining installments, additional premium, tax, surcharge and assessment payments resulting from changes to the policy shall be billed as a separate transaction.

An invoice indicating the amount of each payment and the due date will be sent by the Company and an endorsement evidencing the installment schedule will be included with the policy.  In the event the insured fails to pay any amount when due, the policy may be cancelled.

## Risk Engineering Services

Risk Engineering Services are provided by The Zurich Services Corporation (ZSC) and/or strategic vendors of ZSC. The outline of Risk Engineering services is intended as a general descripiton of the services available and is provided solely for informational purposes. Nothing herein should be construed as advice or recommendations, and ZSC, its affiliates and strategic vendors do not gurantee any particular outcome or reduction in losses, claims or costs.

Asphalt Paving Systems, Inc.

16

# TERMS AND CONDITIONS



## Claim Services Disclosures

Legal Bill Review utilizes a rules-based software program provided by an outside vendor and a dedicated staff of legal professionals and support staff to verify the accuracy of electronically submitted legal bills presented under the policy for payment in an effort to control your overall claim costs. As a component of ALAE, each claim file is charged 1.5%* of the legal charges reviewed through this service.

Zurich's Recovery Services consist of seven regional recovery hubs providing multi-line commercial recovery services on a domestic and international basis. Front-end data mining, fully dedicated personnel, recovery panel counsel, forensic engineering and other leveraged programs assist in driving results. Zurich Recovery Services will charge seventeen percent (17%)* of the gross amount recovered from the third parties responsible for the loss. If a recovery is not produced, a fee will not be earned. Associated expense in pursuit of recovery will be charged to the claim file.

Certain special claim handling services are provided only for the duration of your effective policy period. These services can continue beyond an effective policy term, but will be charged according to Zurich's current rates at that time.

* Subject to change

## Contracting Classification Premium Adjustment Program (CCPAP) Credit

This Binder contains Workers' Compensation premium attributable to one or more contracting classifications. You may be eligible for a Contracting Classification Premium Adjustment Program (CCPAP) credit.  It is your sole responsibility to complete a CCPAP application and submit it to the appropriate bureau in each state where you are seeking a CCPAP credit. In some instances you may need to satisfy state specific thresholds to qualify for a CCPAP.  The application process and timeframe differ by state.  To receive a credit on your Workers' Compensation policy, Zurich must receive the CCPAP credit from the appropriate bureau(s).

## Uninsured Motorist (UM) / Underinsured Motorist (UIM)

See UM/UIM Selection/Rejection Summary Form (UCA309) for coverages and limits applicable, sent under separate cover. Please refer to the UM/UIM Selection/Rejection Summary form packet and wording below, as it contains information regarding the insured's obligation to Zurich if the insured fails to return the signed Selection/Rejection Summary form and the mandatory state-specific Selection/Rejection forms prior to the policy inception date.

The laws in a number of jurisdictions require that the Insured make their selection/rejection prior to policy issuance. Should the Insured fail to return the signed Uninsured/Underinsured Motorist (UM/UIM) Selection/Rejection Summary Form and required state-specific forms prior to the policy inception date(s), the Automobile Liability policy may be issued with coverage limits imposed by operation of state law. In such event, the Insured agrees that they shall reimburse the Company for the payments made on UM/UIM claims. The amount of the Insured's reimbursement obligation shall be equal to the amount of loss paid in excess of the UM/UIM limits shown in the UM/UIM Selection/Rejection Summary Form (UCA309).



**THIS DISCLOSURE DOES NOT GRANT ANY COVERAGE
OR CHANGE THE TERMS AND CONDITIONS
OF ANY COVERAGE UNDER ANY POLICY.**

# DISCLOSURE OF IMPORTANT INFORMATION
# RELATING TO TERRORISM RISK INSURANCE ACT

**SCHEDULE***

Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA:

$3,342

*Any information required to complete this Schedule, if not shown above, will be shown in the quote or proposal.

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:

January1, 2015 – December 31, 2015 federal share: 85%

January1, 2016 – December 31, 2016 federal share: 84%

January1, 2017 – December 31, 2017 federal share: 83%

January1, 2018 – December 31, 2018 federal share: 82%

January1, 2019 – December 31, 2019 federal share: 81%

January1, 2020 – December 31, 2020 federal share: 80%

**C. Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D. Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E. Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.** To be an act of terrorism;

**2.** To be a violent act or an act that is dangerous to human life, property or infrastructure;

**3.** To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

**4.** To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an "act of terrorism" if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright ©2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.   U-GU-632-D CW (01/15)
Page 2 of 2