Zurich
1299 Zurich Way
Schaumburg, IL 60196-1056

**Agency Bill Statement**



| Amount Due: | Redacted |
| --- | --- |
| Due Date: | 04/15/2021 |
| Statement Number: | 7400011959 |
| Period Ending Date: | 02/28/2021 |
| Producer Number: | 67889782 |

MCKEE RISK MANAGEMENT INC
610 FREEDOM BUSINESS CTR DR STE 300
KING OF PRUSSIA, PA 19406-1329, USA

| Insured: Policy Number | Trans Type | Trans. Eff Date | Bill Date | Gross Premium | Comm % | Comm Amount | Net Premium |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Redacted | | | | | | | |
| Asphalt Paving Systems, Inc. | | | | | | | |
| BAP0019140905 | Endorsement | 04/01/2020 | 04/01/2020 | $1,779,735.00 | 20.00 | $355,947.00 | $1,423,788.00 |
| BAP0019140905 | NJ PLIGA surcharge | 04/01/2020 | 04/01/2020 | $2,801.00 | 0.00 | $0.00 | $2,801.00 |
| Redacted | | | | | | | |

If you have any questions, please contact Zurich at 800-693-9466 or billing.and.collection@zurichna.com. Thank you for your business.