# EXHIBIT L

# INSURANCE PROGRAM

## FOR:

**Asphalt Paving Systems, Inc.
Shore Slurry Seal, Inc., Robert Capoferri,
Shore Microsurfacing Systems, Inc.
Shore Transport, Inc., PMP Construction, Inc.,
Shore Road Maintenance, Inc., Aspen Construction Management,
Shore Building Contractors, Inc., 11 Chew Development, LLC,
Thomas H. Gannon & Sons, Inc. and Code Orange, LLC
R. Cap, LLC**

**4/01/16 – 4/01/17**

## PREPARED BY:

Joseph J. Meola, CIC, CRM
Vice President

(609) 522 – 3406, ext 153
jmeola@jbyrneagency.com

**11/23/15**

SCHEDULE OF LOCATIONS

NAMED INSURED:  **Asphalt Paving Systems, etal**
See cover for all names

POLICY PERIOD:  04/01/16– 04/01/17

MAILING ADDRESS:          **P.O. Box 530, Hammonton, NJ 08037**
CONTACT NAME:             **Robert Capoferri, President**
PHONE NUMBER:             **609-561-4161**
FAX NUMBER:               **609-561-0920**



01/16/13
ASPHPAV

SCHEDULE OF LOCATIONS - Continued

NAMED INSURED:  **Asphalt Paving Systems, etal**
See cover for all names

POLICY PERIOD:  04/01/16– 04/01/17



## PROPERTY COVERAGE

### NAMED INSURED: Asphalt Paving Systems, etal

POLICY PERIOD: 04/01/16 – 04/01/17



(Key: X = Coverage or Option Applies)

03/26/14
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitation, and exclusions.

Page 4

## STATEMENT OF VALUES

Named Insured: Asphalt Paving Systems
Address: P.O. Box 550, Hammonton, NJ 08037
Company:                                        Date: 01/26/15



# GENERAL LIABILITY COVERAGE

NAMED INSURED:  **Asphalt Paving Systems, etal**
**(Broad Form Named Insured – see endorsement)**

POLICY PERIOD: 04/01/16 – 04/01/17



(Key: X = Coverage or Option Applies)

11/23/15
ASPHPAV
This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations, and exclusions.
Page 6

# GENERAL LIABILITY – SCHEDULE OF CLASSIFICATIONS

NAMED INSURED: **Asphalt Paving Systems, etal**

POLICY PERIOD: 4/01/16 – 4/01/17



11/23/15
ASPHPAV              This form is for illustration only. Please read your policy for              Page 7
                        Specific terms, conditions, limitations, and exclusions.

# CRIME COVERAGE

NAMED INSURED: **Asphalt Paving Systems, etal**

POLICY PERIOD: 4/01/16 – 4/01/17



03/14/11
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 8

## SCHEDULED EQUIPMENT FLOATER

NAMED INSURED: **Asphalt Paving Systems, etal**

POLICY PERIOD:  04/01/16 – 04/01/17



## SCHEDULED EQUIPMENT FLOATER

NAMED INSURED: **Asphalt Paving Systems, etal**

POLICY PERIOD:     04/01/16 – 04/01/17



011/09/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific term, conditions, limitations, and exclusions.

Page 10

# AUTOMOBILE COVERAGE

## NAMED INSURED: **Asphalt Paving Systems, etal**

POLICY PERIOD: 4/01/16 – 4/01/17

A. **LIABILITY:**    $ 1,000,000. Combined Single Limit pf bodily injury
And property damage, per Accident, including:
**Liability Deductible (AL & PD) Per Loss: None**

        Specifically described autos only, per schedule

X        Any "Auto" symbol # 1

X        Non-owned and Hired Autos

X        Uninsured/Underinsured Motorists Protection (NJ, NY, PA & FL)

        Medical Payments- Limit: $     Per Accident
(On Vehicles subject to pedestrian Pers'l Inj. Prot. Only)

X        Basis personal injury protection for private passenger Autos;
Vans, pickups & panel trucks not used for business other
than farming, and personally used campers or motor homes.

X        Basic pedestrian personal injury protection for all other
Vehicles other than described above.

## NOTE: Personal Injury Protection Options are provided in accordance With the completed coverage selection form, when applicable.

Exclusions:   * Pollution, subject to minimum financial
      Responsibility limits of 15,000/30,000/5,000
   * Employees while driving their own autos on business
   * Contractual, unless an insured contract
   * Workers compensation and employers liability
   * Punitive damages for uninsured/underinsured motorists

**B. PHYSICAL DAMAGE:** Scheduled & hired vehicles, symbols, 2 & 8

**C. SUPPLEMENTAL SCHEDULES INCLUDED:**    X  Optional Coverage's
                                              X  Vehicle Schedule
                                                Driver Schedule

( Key: X = Coverage or option Applies)

02/06/12
ASPHPAV        This form is for illustration only. Please read your policy for        Page 11
Specific terms, conditions, limitations and exclusions.

# AUTOMOBILE (continued) – OPTIONAL COVERAGES

## NAMED INSURED: Asphalt Paving Systems, etal

X     Medical Expense Benefit Limit: $ 10,000.
       For Priv. Pass. Autos eligible for NJ PIP only

X     Individual Named Insured, Broadened Drive other cars
       Coverage, and Increased Personal injury Protection for:

> Name: **Robert Capoferri**          Unit:
> Option # **16** , Medical Expense Deductible: $ 250.+20%
> Lawsuit Threshold Applies:     **X**     Does Not Apply:
> Includes Named Resident Relatives: **Kathleen & Frank**

> Name: **Ken Messina**          Unit:
> Option # **16** , Medical Expense Deductible: $ 250.+ 20%
> Lawsuit Threshold Applies:     **X**     Does Not Apply:
> Includes Named Resident Relatives: **Spouse**

> Name: **Steven Plummer**          Unit:
> Option # **16** , Medical Expense Deductible: $ 250 + 20%
> Lawsuit Threshold Applies:     **X**     Does Not Apply:
> Includes Named Resident Relatives: **Suzanne**

> Name: **Barbara Labb**     Unit:
> Option # **8** , Medical Expense Deductible: $ 250 + 20%
> Lawsuit Threshold Applies:     **X**     Does Not Apply:
> Includes Named Resident Relatives: **Nick & Noel (Children)**

X     60 Day Notice of Cancellation/Non Renewal

X     Automobiles composite Liability & Physical Damage

X     Employees as insured's (CA 99 33)

X     Waiver of transfer rights of recovery against others to us

X     Hired autos specified as covered autos

X     Hired cars physical damage (direct primary) $35,000 Limit

X     Towing (Priv. Pass. Only) -- $50.00 Per Disablement:

X     Rental Reimbursement (private passenger only) $40.00 Per day 30 Days

X     **Motor Carrier # 961456 - Interstate Carrier**

X     MCS-90, If so subject to ICC regulations/1980 Motor carrier act

X     CA9948- Pollution Broadened Coverage (Includes Pollution costs and expenses resulting
       From an accident which also causes BI and PD; excluding contractual liability to others.

(Key X = Coverage or Option Applies)

01/26/15
ASPHPAV        This form is for illustration only. Please read your policy for        Page 12
                 Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEHICLES

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 1 | 2005 | Spector Dump Trl<br>1S188314 | 67485<br>T27 | $45,000<br>N/A | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 2 | 2000 | Sterling Dump LT<br>2FWYHWEB4YAH19523 | 33479<br>T27 | $55,000<br>45,000 | $2000 | $2000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 3 | 1996 | Ford Ser Truck<br>IFD2396M3VVA38036 | 40485<br>T27 | $95,000<br>80,000 | $3000 | $3000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 4 | 2004 | Ford Econoline Van<br>1FMNE31P64HB01843 | 01485<br>T27 | $23,000<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 5 | 2001 | Ford F-350 P/U<br>1FTSW31F51ED24836 | 01485<br>T27 | $17,500<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 6 | 1999 | Ford F450<br>1FDXF46F7XEB29829 | 21485<br>T27 | $22,000<br>15,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |

( Key: X = Coverage or option Applies)

02/02/15<br>ASPHPAV

This form is for illustration only. Please read your policy for<br>Specific terms, conditions, limitations and exclusions.

Page 13

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 7 | 2004 | Ford Distributor 3FRXF76P74V682322 | 40485 T27 | $95,000 80,000 | $3000 | $3000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 8 | 1995 | Ford Dump 1FDZY90X9SVA66629 | 33479 T27 | $90,000 45,000 | $2000 | $2000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 9 | 2008 | Sterling /Distributer 2FZHATBS78AY473843 | 33485 T27 | $125,000 | $2000 | $2000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 10 | 2005 | Sterling   LT9513 2FWJA3DE55AV74398 | 40485 T27 | $90,000 80,000 | $3000 | $3000 | | |
| | | X   Loss Payee X   Add'l Ins. | Name: Chrysler Credit Corp Address: P.O. Box 9139 Dedham MA 02036 | | | | | |
| 11 | 2003 | Sterling LT9513 2FZHAZAS03AL76472 | 40485 T27 | $88,997 80,000 | $3000 | $3000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 12 | 1991 | Ford Water Trk 1FTYW90R5MVA27689 | 40485 T27 | $67,000 80,000 | N/C | N/C | | |
| | | X    Loss Payee Add'l Ins. | Name: Orix Credit Alliance Address: 2000 Sproul Rd., Broomall, PA 19008 | | | | | |
| 13 | 1998 | Ford Tractor 1FTYY96M6WVA38127 | 50485 T27 | $69,000 80,000 | $3000 | $3000 | | |
| | | X    Loss Payee Add'l Ins. | Name: Ford Motor Credit Corp. Address: 500 N. Gulph Rd., King of Prussia, PA | | | | | |
| 14 | 2014 | Ford F-150 Raptor | 7398 T27 | $44,000 N/A (Robert Capoferri) | $1000 | $1000 | X | X |
| | | X    Loss Payee X    Add'l Ins. | Name: Mercedes Benz Credit Corp. Address:  P.O. Box 685, Roanoke, TX 76262 | | | | | |
| 15 | 1998 | Talbert Lowbed 40FW04833W1017567 | 67485 T27 | $53,000 N/A | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 16 | 1972 | Fruehauf Trailer UNP445504 | 67485 T27 | N/A N/A | N/C | N/C | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 17 | 2001 | Sterling Trac. 2FWYHWEB01AH55683 | 50485 T27 | $75,000 80,000 | $3000 | $3000 | | |
| | | X    Loss Payee X    Add'l Ins. | Name: Ford Motor Credit Address: | | | | | |

( Key: X = Coverage or option Applies)

02/03/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 15

# SCHEDULE OF VEHICLES (Continued)

### NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 18 | 1999 | Landoll Trailer<br>1LH660H1X1A10261 | 67485<br>T27 | $52,500<br>N/A | $1000 | $1000 | |
| | | X  Loss Payee<br>Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 19 | 1996 | Ford w/Bergkamp<br>1FDZS86E3VVA05153 | 33485<br>T27 | $154,825<br>45,000 | $2000 | $2000 | |
| | | X  Loss Payee<br>Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 20 | 2005 | Ford Utility<br>1FDXW46P35EC88918 | 01485<br>T27 | $28,000<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 21 | 1998 | Ford w/Distributor<br>3FEXF8014XM407519 | 33485<br>T27 | $125,000<br>45,000 | $2000 | $2000 | |
| | | X  Loss Payee<br>Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 22 | 1999 | Entyre Tank Trl<br>1E9T43202XE007014 | 67485<br>T27 | $42,000<br>N/A | $1000 | $1000 | |
| | | X  Loss Payee<br>Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |

(Key: X = Coverage or option Applies)

02/02/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 16

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 23 | 2006 | Ford 1FDAW56P36EC61828 | 01485 T27 | $29,000 8,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 24 | 1999 | Ford /Bregkamp | 40485 T27 | $130,000 80,000 | $3000 | $3000 | | |
| | | Loss Payee Add'l Ins. | Name: Address : | | | | | |
| 25 | 2008 | Dodge P/U 3D7KS28058G172236 | 01485 T27 | $28,000 8,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |
| 26 | 2008 | Entyre Lowboy Trl 1E92995208E111126 | 67485 T27 | $60,000 N/A | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 27 | 2007 | Sterling Dump 2FZMAZCV37AY74578 | 40485 T27 | $102,503 80,000 | $3000 | $3000 | | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |
| 28 | 2008 | Hummer H3 5GTEN13E988141756 | 7398 T27 | $ 23,775 N/A | $1000 | $1000 | X | X |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |

( Key: X = Coverage or option Applies)

02/02/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 17

# SCHEDULE OF VEHICLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 29 | 2014 | Audi RS5<br>WAUC6AFH1EN901180 | 7398<br>T27 | $ 65,500<br>N/A (Kathy C) | $1000 | $1000 | X | X |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | | |
| 30 | 2013 | Ford Edge<br>2FM0K4KC6DBC64883 | 7398<br>T27 | $44,220<br>N/A | $1000 | $1000 | X | X |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | | |
| 31 | 2010 | Ford F-150<br>1FTFX1EVXAFB13176 | 01485<br>T27 | $38,000<br>8,000 | $1000 | $1000 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | | |
| 32 | 2011 | Mack Tractor<br>1M1AW15Y4BM015748 | 50385<br>T27 | $85,000<br>80,000 | $3000 | $3000 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | | |
| 33 | 2007 | Mack Tractor<br>1M1AG10YX7M061984 | 50385<br>T27 | $80,895<br>80,000 | $3000 | $3000 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 34 | 2008 | Dodge Ram 4500 3D6WD68A48G227126 | 01485 T27 | $48,742 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 35 | 2009 | Dodge Ram 5500 3D7KS28T39G563247 | 01485 T27 | $46,669 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 36 | 2013 | Land Rover S SALGSEF2DA121915 | 7398 T27 | $118,420 N/A (Robert C) | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 37 | 2015 | Audi S5 WAUCGAFR3F011854 | 7398 T27 | $58,000 N/A (Ken M.) | $1000 | $1000 | |
| | | Loss Payee X Add'l Ins. X | Name: VW Credit LTD Address | | | | |
| 38 | 2012 | Mack Tractor 1M1AWO7YXCM024379 | 50385 T27 | $104,200 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 39 | 2008 | Sterling | 40485 T27 | $104,200 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEHICLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 40 | 2013 | Mack Tractor 1M1AWO7YD4M024380 | 50385 T27 | $104,200 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 41 | 2010 | Dodge Ram P/U 1D7RU1GT1A5216689 | 01485 FL | $ 44,700 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 42 | 2011 | Dodge Ram P/U 1D7RU1GT1A5216688 | 01485 FL | $ 44,700 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 43 | 2009 | Mercury Milan 3MEHM08169R631979 | 7398 T27 | $ 17,764 N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 44 | 2011 | Ford E350 1FDRF3667BEA16375 | 21485 T27 | $ 37,800 10,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 45 | 2011 | Jeep Wrangler 1J4AA5D16BL552232 | 7398 T27 | $ 30,300 N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Ally Capital Address: PO Box 618, Minneapolis, MN 55440 | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEHICLES (Continued)

### NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 46 | 2012 | Mack GU1813 Dump 1M2AX18C8CM015665 | 40485 T27 | $152,926 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 47 | 2012 | Mercedes E350 WDDHF8JB1CA64331 | 7398 Steve Plummer | $62,335 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Paycom Services & Mercedes Benz Financial Serv. Address: | | | | |
| 48 | 2012 | Ford Escape 1FMCU0D78CKC76293 | 7398 FL | $26,070 N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 49 | 1989 | Mack w/Bregkamp | 40479 T27 | $110,500 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 50 | 2014 | Ford Utility 1FTF1EF4DKF75546 | 21485 T27 | $49,500 26,000 | $2000 | $2000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 51 | 2007 | Sterling LT9513 Dump 2FZMAZCG07AY57576 | 40479 T27 | $102,000 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEHICLES (Continued)

### NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 52 | 2012 | Ford F150 P/U 1FTFX1EF4CFB07496 | 01485 T27 | $34,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Ford Credit Address | | | | |
| 53 | 2013 | Jeep Wrangler | 7398 T27 | $27,500 N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 54 | 2013 | Mack Tractor CXU613 1M1AW07Y3DM030459 | 50385 T27 | $106,200 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 55 | 2014 | Mack Tractor CXU613 1M1AW07Y4DM030941 | 50385 T27 | $106,200 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 56 | 2013 | Mack Tractor CXU613 1M1AW07Y6DM030942 | 50385 T27 | $106,200 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 57 | 2015 | Caterpillar Tractor | 50385 T27 | $158,126 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEHICLES (Continued)

### NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 58 | 2012 | Ford F450 | 21485 T27 | $49,000 10,000 | $2000 | $2000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 59 | 2013 | Ford F450 | 21485 T27 | $49,000 10,000 | $2000 | $2000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 60 | 2012 | Dodge Ram P/U | 01485 T27 | $32,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 61 | 2004 | Dodge Ram P/U 3D7LA38C04G248914 | 01485 T27 | $22,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 62 | 2013 | Mack Tractor CXU613 1M1AW07Y1DM034610 | 50385 T27 | $107,699 80,000 | $3000 | $3000 | |
| | | Loss Payee X Add'l Ins. | Name: VFS US, LLC Address | | | | |
| 63 | 2014 | Dodge Ram P/U 1C6RR7JMXES406735 | 01485 T27 | $50,195 8,000 | $1000 | $1000 | |
| | | Loss Payee X Add'l Ins. | Name: Chrysler Capital Address | | | | |
| 64 | 2015 | Dodge Ram P/U 1C6RR7GM5FS | 01485 T | $50,195 8,000 (Florida) | $1000 | $1000 | |
| | | Loss Payee X Add'l Ins. | Name: Chrysler Capital Address | | | | |

( Key: X = Coverage or option Applies)

02/02/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 23

## SCHEDULE OF VEHICLES (Continued)

### NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 65 | 2015 | CAT Tri Axel | 40479 T27 | $166,000 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 66 | 2014 | Ford F-450 Utility P/U | 02485 T27 | $45,000 12,000 | $2000 | $2000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 67 | 2015 | Ford F-450Utility P/U | 02485 T27 | $45,000 12,000 | $2000 | $2000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 68 | 2009 | Sterling Tractor 2FWJA3CV29A69 | 50385 T27 | $104,000 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 69 | 2004 | Sterling Tractor 2FWJA3C29A64 | 50385 T27 | $89,000 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

02/02/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 24

## WORKERS COMPENSATION POLICY

NAMED INSURED: Asphalt Paving Systems, Inc., Shore Transport, Inc., PMP
Construction, Inc., Shore Road Maintenance, Inc., Shore
Microsurfacing Systems, Inc. & Thomas H. Gannon & Sons, Inc.

POLICY PERIOD: 04/01/16 – 04/01/17



11/23/15
ASPHPAV

New Jersey Compensation Rating and Inspection Bureau

Redacted

# CATASTROPHE LIABILITY POLICY

NAMED INSURED: **Asphalt Paving Systems, Inc. etal**

POLICY PERIOD: 04/01/16– 04/01/17



03/24/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 25