# EXHIBIT M

# ACORD BUSINESS AUTO SECTION

**DATE (MM/DD/YY):** 01/19/17

**PRODUCER PHONE (A/C, No, Ext):** 609 522-3406

**APPLICANT (First Named Insured):** Aspalt Paving Systems, Inc. etal

**EFFECTIVE DATE:** 04/01/17
**EXPIRATION DATE:** 04/01/18
**DIRECT BILL / AGENCY BILL:** X AGENCY BILL

**CODE:** 
**SUB CODE:**
**AGENCY CUSTOMER ID:** 37227

## COVERAGES/LIMITS

| Coverages | Covered Auto Symbols | Limits |
|---|---|---|
| LIABILITY | X 1, 4, 9; 2, 7; 3, 8 | X CSL BI EA PER $1,000,000; BI EACH ACCIDENT $; PROPERTY DAMAGE $ |
| PERSONAL INJURY PROTECTION | X 5; 7 | OR EQUIVALENT NO-FAULT COVERAGE DEDUCTIBLE $250 |
| ADDITIONAL P.I.P. | X 5; 7 | TOTAL W/C $; $16 M/E $ |
| MEDICAL PAYMENTS | 2, 4, 8; X 3, 7 | EACH PERSON $10,000 |
| UNINSURED MOTORIST | X 2, 6; 3, 7; 4 | X CSL BI EA PER $1,000,000; BI EACH ACCIDENT $; PROPERTY DAMAGE $ |
| UNDERINSURED MOTORIST | X 2, 6; 3, 7; 4 | X CSL BI EA PER $1,000,000; BI EACH ACCIDENT $; PROPERTY DAMAGE $ |

| Physical Damage | Covered Auto Symbols | Limits |
|---|---|---|
| TOWING & LABOR | X 3; 7 | $50.00 |
| COMPREHENSIVE | X 2, 4, 8; 3, 7 | |
| SPECIFIED CAUSES OF LOSS | 2, 4, 8; 3, 7 | |
| COLLISION | X 2, 4, 8; 3, 7 | |

**HIRED/BORROWED LIABILITY** — STATES: NJ PA NY FL — COST OF HIRE: $ — X IF ANY BASIS

**NON-OWNED LIABILITY** — STATES: NJ PA NY FL — GROUP TYPE: X EMPLOYEES — NUMBER OF: 140 — VOLUNTEERS / PARTNERS

**HIRED PHYSICAL DAMAGE** — STATES: NJ PA NY FL — # DAYS — # VEH

**COVERAGE/DEDUCTIBLE:** X COMP $1,000; SPEC C OF L $; X COLL $1,000

**COVERAGE IS:** PRIMARY / SECONDARY

**ENDORSEMENTS, FORMS, CONDITIONS:** (See Attached Endorsements.)
Added PIP, DOC and Broadened PIP - see schedule
Composite Rate

**COVERED AUTO SYMBOLS:**
(1) ANY AUTO
(2) ALL OWNED AUTOS
(3) OWNED PRIVATE PASSENGER AUTOS
(4) OWNED AUTOS OTHER THAN PRIVATE PASSENGER
(5) ALL OWNED AUTOS WHICH REQUIRE NO-FAULT COVERAGE
(6) OWNED AUTOS SUBJECT TO COMPULSORY U.M. LAW
(7) AUTOS SPECIFIED ON SCHEDULE
(8) HIRED AUTOS
(9) NON-OWNED AUTOS

## DRIVER INFORMATION

LIST ALL DRIVERS, INCLUDING FAMILY MEMBERS THAT WILL DRIVE COMPANY VEHICLES, AND EMPLOYEES WHO DRIVE OWN VEHICLES ON COMPANY BUSINESS.

| DRIVER # | NAME (Include address, if required) | DATE OF BIRTH | YEAR LIC | DRIVERS LICENSE NUMBER/ SOCIAL SECURITY NUMBER | STATE LIC | USE VEH # | % USE |
|---|---|---|---|---|---|---|---|
| 1 | Robert Capoferri | | | | | | |
| 2 | Ken Messina | | | | | | |
| 3 | Steven Plummer | | | | | | |
| 4 | Barbara Labb | | | | | | |

## VEHICLE DESCRIPTION

| VEH # | YEAR | MAKE | BODY TYPE | SYM/AGE | COST NEW |
|---|---|---|---|---|---|
| 1 | 2005 | Spector MODEL: Dump TR1 | Dump Trailer V.I.N.: IS18 | 6 | $45000 |

CITY, STATE, ZIP WHERE GARAGED

TERR | GVW/GCW | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM

**DRIVE TO WORK/SCHOOL USE:** UNDER 15 MILES / 15 MILES OR OVER — PLEASURE / FARM — COMM'L / RETAIL / SERVICE — CHECK COVERAGES: LIAB / PIP

ADD'L PIP / MED PAY / UNINS MOTOR | UNDRINS MOTOR / TOWING & LABOR / SPEC C OF L

F / FT / FTW | LSP / COMP / COLL — DEDUCTIBLES: AA / $ | ACV / ST AMT / $ | COMP / SPEC C OF L / COLL

**ACORD 127 (8/94) 1 of 15 #1500** — PLEASE COMPLETE REVERSE SIDE — JJM — © ACORD CORPORATION 1993

**VEHICLE DESCRIPTION (continued)** (See Attached Vehicle Schedule.)

| VEH # | YEAR | MAKE | MODEL | BODY TYPE | V.I.N. | SYM/AGE | COST NEW |
|---|---|---|---|---|---|---|---|
| 2 | 2000 | Ford | Dump LT | Dump Truck | WVA38036 | 6 | $55000 |
| 3 | 1996 | FORD | SER TRUCK | Truck | 1FD2396M3VVA38036 | 6 | $95000 |
| 4 | 2004 | FORD | ECONOLINE | Utility Van | 1FMNE31P6414 | 6 | $23000 |
| 5 | 2001 | FORD | F350 | Pickup | TBA | 6 | $17500 |

GVW/GCW values: 45000, 80000, 8000, 8000

For each vehicle: CITY, STATE, ZIP WHERE GARAGED; DRIVE TO WORK/SCHOOL (UNDER 15 MILES / 15 MILES OR OVER); USE (PLEASE / FARM); COMM'L (RETAIL / SERVICE); CHECK COVERAGES (LIAB / PIP); ADD'L PIP; MED PAY; UNINS MOTOR; UNDRINS MOTOR; TOWING & LABOR; SPEC C OF L; F/FT/FTW; LSP/COMP/COLL; DEDUCTIBLES (AA/ST AMT); ACV; COMP; SPEC C OF L; COLL.

**ADDITIONAL INTEREST/CERTIFICATE RECIPIENT** (Attach ACORD 45 for additional names)

| INTEREST 1 | RANK: | NAME AND ADDRESS | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|
| ADDITIONAL INSURED | | GMAC IT SUCCESSORS & ASSIGNS- INSURANCE SERVICE CENTER P.O. BOX 618 Minneapolis, MN 55440-0618 | | | LOCATION: / BUILDING: / VEHICLE: / BOAT: / SCHEDULED ITEM NUMBER: / OTHER |
| LOSS PAYEE | | | | | |
| MORTGAGEE | | | | | |
| LIENHOLDER | | | | | |
| EMPLOYEE AS LESSOR | | | | | |
| X | | ITEM DESCRIPTION: | | | |

**GENERAL INFORMATION**

EXPLAIN ALL "YES" RESPONSES

| | YES | NO |
|---|---|---|
| 1. WITH THE EXCEPTION OF ENCUMBRANCES, ARE ANY VEHICLES NOT SOLELY OWNED BY AND REGISTERED TO THE APPLICANT? | | |
| 2. DO OVER 50% OF THE EMPLOYEES USE THEIR AUTOS IN THE BUSINESS? | | |
| 3. IS THERE A VEHICLE MAINTENANCE PROGRAM IN OPERATION? | X | |
| 4. ARE ANY VEHICLES LEASED TO OTHERS? | | X |
| 5. ARE ANY VEHICLES CUSTOMIZED, ALTERED OR HAVE SPECIAL EQUIPMENT? | | X |
| 6. ARE ICC, PUC OR OTHER FILINGS REQUIRED? | | X |
| 7. DO OPERATIONS INVOLVE TRANSPORTING HAZARDOUS MATERIAL? | | |
| 8. ANY HOLD HARMLESS AGREEMENTS? | | |
| 9. ANY VEHICLES USED BY FAMILY MEMBERS? IF SO, PLEASE IDENTIFY IN REMARKS. | | |
| 10. DOES THE APPLICANT OBTAIN MVR VERIFICATIONS? | | X |
| 11. DOES THE APPLICANT HAVE A SPECIFIC DRIVER RECRUITING METHOD? | | X |
| 12. ARE ANY DRIVERS NOT COVERED BY WORKERS COMPENSATION? | | X |
| 13. ANY VEHICLES OWNED BUT NOT SCHEDULED ON THIS APPLICATION? | | |

DESCRIPTION OF GARAGE/STORAGE LOCATIONS

MAXIMUM DOLLAR VALUE SUBJECT TO LOSS

REMARKS  (See Attached Remarks.)
*** Continued from General Information Section ***

**UNINSURED AND UNDERINSURED MOTORISTS COVERAGES** (Check the appropriate box(es) below and sign where applicable)

DO NOT USE IN AR, AZ, CA, CT, DE, FL, GA, IA, IL, MD, NJ, NV, OK, OR, PA, RI, SC, WV; USE SPECIFIC STATE SUPPLEMENT. MINIMUM UM LIMITS REQUIRED IN DC, ME, MN, MO, VT, VA, WA, WI

I UNDERSTAND AND ACKNOWLEDGE THAT UNINSURED MOTORISTS (UM) AND UNDERINSURED MOTORISTS (UIM) COVERAGES HAVE BEEN EXPLAINED TO ME. I HAVE BEEN OFFERED THE OPTIONS OF:
- SELECTING UM AND UIM LIMITS EQUAL TO MY LIABILITY LIMITS,
- SELECTING UM AND UIM LIMITS LOWER THAN MY LIABILITY LIMITS, OR
- REJECTING COVERAGE ENTIRELY.

I UNDERSTAND THAT THE COVERAGE SELECTION AND LIMIT CHOICES INDICATED HERE WILL APPLY TO ALL FUTURE POLICY RENEWALS, CONTINUATIONS AND CHANGES UNLESS I NOTIFY YOU OTHERWISE IN WRITING.

1. I SELECT UM AND UIM LIMITS INDIC IN THIS APP _____ (APPLICANT'S SIGNATURE)
2. I REJECT UM BODILY INJURY COVERAGE _____ (APPLICANT'S SIGNATURE)
3. I REJECT UIM BODILY INJURY COVERAGE _____ (APPLICANT'S SIGNATURE)
4. I REJECT UM PROPERTY DAMAGE COVERAGE _____ (APPLICANT'S SIGNATURE)
5. I REJECT UIM PROPERTY DAMAGE COVERAGE _____ (APPLICANT'S SIGNATURE)

ACORD 127 (8/94)  2 of  15  #1500    ATTACH TO APPLICANT INFORMATION SECTION    JJM

# AUTOMOBILE COVERAGE

NAMED INSURED: **Asphalt Paving Systems, etal**

POLICY PERIOD: 4/01/17 – 4/01/18

A. **LIABILITY:**   $ 1,000,000. Combined Single Limit pf bodily injury
And property damage, per Accident, including:
**Liability Deductible (AL & PD) Per Loss: None**

          Specifically described autos only, per schedule

X     Any "Auto" symbol # 1

X     Non-owned and Hired Autos

X     Uninsured/Underinsured Motorists Protection (NJ, NY, PA & FL)

          Medical Payments- Limit: $          Per Accident
          (On Vehicles subject to pedestrian Pers'l Inj. Prot. Only)

X     Basis personal injury protection for private passenger Autos;
          Vans, pickups & panel trucks not used for business other
          than farming, and personally used campers or motor homes.

X     Basic pedestrian personal injury protection for all other
          Vehicles other than described above.

**NOTE: Personal Injury Protection Options are provided in accordance
With the completed coverage selection form, when applicable.**

Exclusions:   * Pollution, subject to minimum financial
               Responsibility limits of 15,000/30,000/5,000
            * Employees while driving their own autos on business
            * Contractual, unless an insured contract
            * Workers compensation and employers liability
            * Punitive damages for uninsured/underinsured motorists

**B. PHYSICAL DAMAGE:** Scheduled & hired vehicles, symbols, 2 & 8

**C. SUPPLEMENTAL SCHEDULES INCLUDED:**     X   Optional Coverage's
                                                            X   Vehicle Schedule
                                                                Driver Schedule

( Key: X = Coverage or option Applies)

02/06/12
ASPHPAV     This form is for illustration only. Please read your policy for     Page 14
              Specific terms, conditions, limitations and exclusions.

# AUTOMOBILE (continued) – OPTIONAL COVERAGES

NAMED INSURED: Asphalt Paving Systems, etal

X     Medical Expense Benefit Limit: $ 10,000.
For Priv. Pass. Autos eligible for NJ PIP only

X     Individual Named Insured, Broadened Drive other cars
Coverage, and Increased Personal injury Protection for:

         Name: **Robert Capoferri**        Unit:
         Option # 16, Medical Expense Deductible: $ 250.+20%
         Lawsuit Threshold Applies:    X    Does Not Apply:
         Includes Named Resident Relatives: **Kathleen & Frank**

         Name: **Steven Plummer**        Unit:
         Option # 16, Medical Expense Deductible: $ 250 + 20%
         Lawsuit Threshold Applies:    X    Does Not Apply:
         Includes Named Resident Relatives: **Suzanne**

         Name: **Barbara Labb**        Unit:
         Option # 8, Medical Expense Deductible: $ 250 + 20%
         Lawsuit Threshold Applies:    X    Does Not Apply:
         Includes Named Resident Relatives: **Nick & Noel (Children)**

X     60 Day Notice of Cancellation/Non-Renewal

X     Automobiles composite Liability & Physical Damage

X     Employees as insured's (CA 99 33)

X     Waiver of transfer rights of recovery against others to us

X     Hired autos specified as covered autos

X     Hired cars physical damage (direct primary) $35,000 Limit

X     Towing (Priv. Pass. Only) – $50.00 Per Disablement:

X     Rental Reimbursement (private passenger only) $40.00 Per day 30 Days

X     **Motor Carrier # 961456 - Interstate Carrier**

X     MCS-90, If so subject to ICC regulations/1980 Motor carrier act

X     CA9948- Pollution Broadened Coverage (Includes Pollution costs and expenses resulting
From an accident which also causes BI and PD; excluding contractual liability to others.

(Key X = Coverage or Option Applies)

01/26/15
ASPHPAV
This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.
Page 15

## SCHEDULE OF VEHICLES

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 1 | 2010 | Spector Dump Trl<br>IS188314 | 67485<br>T27 | $45,000<br>N/A | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 2 | 2000 | Sterling Dump LT<br>2FWYHWEB4YAH19523 | 33479<br>T27 | $55,000<br>45,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 3 | 1995 | Ford Ser Truck<br>IFD2396M3VVA38036 | 40485<br>T27 | $95,000<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 4 | 2004 | Ford Econoline Van<br>1FMNE31P64HB01843 | 01485<br>T27 | $23,000<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 5 | 2001 | Ford F-350 P/U<br>1FTSW31F51ED24836 | 01485<br>T27 | $17,500<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 6 | 1999 | Ford F450<br>1FDXF46F7XEB29829 | 21485<br>T27 | $22,000<br>15,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |

( Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 16

# SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 7 | 2004 | Ford Distributor 3FRXF76P74V682322 | 40485 T27 | $95,000 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 8 | 2007 | Ford Dump 1FDZY90X9SVA66629 | 33479 T27 | $90,000 45,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 9 | 2008 | Sterling /Distributer 2FZHATBS78AY473843 | 33485 T27 | $125,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 10 | 2005 | Sterling LT9513 2FWJA3DE55AV74398 | 40485 T27 | $90,000 80,000 | $1000 | $1000 | | |
| | | X  Loss Payee X  Add'l Ins. | Name: Chrysler Credit Corp Address: P.O. Box 9139 Dedham MA 02036 | | | | | |
| 11 | 2003 | Sterling LT9513 2FZHAZAS03AL76472 | 40485 T27 | $88,997 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |

( Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 17

# SCHEDULE OF VEHICLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 12 | 1991 | Ford Water Trk<br>1FTYW90R5MVA27689 | 40485<br>T27 | $67,000<br>80,000 | N/C | N/C | | |
| | | X   Loss Payee<br>    Add'l Ins. |  | Name: Orix Credit Alliance<br>Address: 2000 Sproul Rd., Broomall, PA 19008 | | | | |
| 13 | 1998 | Ford Tractor<br>1FTYY96M6WVA38127 | 50485<br>T27 | $69,000<br>80,000 | $1000 | $1000 | | |
| | | X   Loss Payee<br>    Add'l Ins. | | Name: Ford Motor Credit Corp.<br>Address: 500 N. Gulph Rd., King of Prussia, PA | | | | |
| 14 | 2014 | Ford F-150 Raptor | 7398<br>T27 | $44,000<br>N/A (Robert Capoferri) | $1000 | $1000 | X | X |
| | | X   Loss Payee<br>X   Add'l Ins. | | Name: Mercedes Benz Credit Corp.<br>Address: P.O. Box 685, Roanoke, TX 76262 | | | | |
| 15 | 1998 | Talbert Lowbed<br>40FW04833W1017567 | 67485<br>T27 | $53,000<br>N/A | $1000 | $1000 | | |
| | | Loss Payee<br>Add'l Ins. | | Name:<br>Address: | | | | |
| 16 | 1972 | Fruehauf Trailer<br>UNP445504 | 67485<br>T27 | N/A<br>N/A | N/C | N/C | | |
| | | Loss Payee<br>Add'l Ins. | | Name:<br>Address: | | | | |
| 17 | 2001 | Sterling Trac.<br>2FWYHWEB01AH55683 | 50485<br>T27 | $75,000<br>80,000 | $1000 | $1000 | | |
| | | X   Loss Payee<br>X   Add'l Ins. | | Name: Ford Motor Credit<br>Address: | | | | |

( Key: X = Coverage or option Applies)

02/03/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 18

# SCHEDULE OF VEHICLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 18 | 1999 | Landoll Trailer<br>1LH660H1X1A10261 | 67485<br>T27 | $52,500<br>N/A | $1000 | $1000 | |
| | | X   Loss Payee<br>     Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 19 | 1996 | Ford w/Bergkamp<br>1FDZS86E3VVA05153 | 33485<br>T27 | $154,825<br>45,000 | $1000 | $1000 | |
| | | X   Loss Payee<br>     Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 20 | 2016 | Dodge P/U | 01485<br>T27 | $50,000<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 21 | 1998 | Ford w/Distributor<br>3FEXF8014XM407519 | 33485<br>T27 | $125,000<br>45,000 | $1000 | $1000 | |
| | | X   Loss Payee<br>     Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 22 | 1999 | Entyre Tank Trl<br>1E9T43202XE007014 | 67485<br>T27 | $42,000<br>N/A | $1000 | $1000 | |
| | | X   Loss Payee<br>     Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |

(Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 19

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 23 | 2006 | Ford<br>1FDAW56P36EC61828 | 01485<br>T27 | $29,000<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 24 | 1999 | Ford /Bregkamp | 40485<br>T27 | $130,000<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address : | | | | |
| 25 | 2008 | Dodge P/U<br>3D7KS28058G172236 | 01485<br>T27 | $28,000<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 26 | 2008 | Entyre Lowboy Trl<br>1E92995208E111126 | 67485<br>T27 | $60,000<br>N/A | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 27 | 2007 | Sterling Dump<br>2FZMAZCV37AY74578 | 40485<br>T27 | $102,503<br>80,000 | $3000 | $3000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 28 | 2015 | Ford F-750 Oil | 40485<br>T27 | $150,000<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |

( Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 20

# SCHEDULE OF VEHICLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 29 | 2007 | Sterling<br>2FWMAZCG7AY5757 | 40485<br>T27 | $105,000<br>80,000 | $1000 | $1000 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | | |
| 30 | 2013 | Ford Edge<br>2FM0K4KC6DBC64883 | 7398<br>T27 | $44,220<br>N/A | $1000 | $1000 | X | X |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | | |
| 31 | 2010 | Ford F-150<br>1FTFX1EVXAFB13176 | 01485<br>T27 | $38,000<br>8,000 | $1000 | $1000 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | | |
| 32 | 2011 | Mack Tractor<br>1M1AW15Y4BM015748 | 50385<br>T27 | $85,000<br>80,000 | $1000 | $1000 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | | |
| 33 | 2007 | Mack Tractor<br>1M1AG10YX7M061984 | 50385<br>T27 | $80,895<br>80,000 | $1000 | $1000 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | | |

(Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 21

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 34 | 2008 | Dodge Ram 4500<br>3D6WD68A48G227126 | 01485<br>T27 | $48,742<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 35 | 2009 | Dodge Ram 5500<br>3D7KS28T39G563247 | 01485<br>T27 | $46,669<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 36 | 2013 | Land Rover S<br>SALGSEF2DA121915 | 7398<br>T27 | $118,420<br>N/A (Robert C) | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 37 | 2015 | Audi S5<br>WAUCGAFR3F011854 | 7398<br>T27 | $58,000<br>N/A (Ken M.) | $1000 | $1000 | |
| | | Loss Payee X<br>Add'l Ins. X | Name: VW Credit LTD<br>Address | | | | |
| 38 | 2012 | Mack Tractor<br>1M1AWO7YXCM024379 | 50385<br>T27 | $104,200<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 39 | 2006 | Sterling | 40485<br>T27 | $55,000<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |

( Key: X = Coverage or option Applies)

02/02/15
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 40 | 2013 | Mack Tractor<br>1M1AWO7YD4M024380 | 50385<br>T27 | $104,200<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 41 | 2010 | Dodge Ram P/U<br>1D7RU1GT1A5216689 | 01485<br>FL | $44,700<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 42 | 2011 | Dodge Ram P/U<br>1D7RU1GT1A5216688 | 01485<br>FL | $44,700<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 43 | 2009 | Mercury Milan<br>3MEHM08169R631979 | 7398<br>T27 | $17,764<br>N/A | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 44 | 2011 | Ford E350<br>1FDRF3667BEA16375 | 21485<br>T27 | $37,800<br>10,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 45 | 2011 | Jeep Wrangler<br>1J4AA5D16BL552232 | 7398<br>T27 | $30,300<br>N/A | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name: Ally Capital<br>Address: PO Box 618, Minneapolis, MN 55440 | | | | |

( Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 23

# SCHEDULE OF VEHICLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 46 | 2012 | Mack GU1813 Dump 1M2AX18C8CM015665 | 40485 T27 | $ 152,926 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 47 | 2015 | Mercedes E350 WDDHF85BXFB136025 | 7398 T27 | $ 62,335 Steve Plummer | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Paycom Services & Mercedes Benz Financial Serv. Address: | | | | |
| 48 | 2012 | Ford Escape 1FMCU0D78CKC76293 | 7398 FL | $26,070 N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 49 | 1996 | Mack w/Bregkamp | 40479 T27 | $110,500 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 50 | 2014 | Ford Utility 1FTF1EF4DKF75546 | 21485 T27 | $49,500 26,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. Address | Name: | | | | |
| 51 | 2008 | Sterling LT9513 Dump 2FZMAZCG07AY57576 | 40479 T27 | $60,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

01/12/17
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

Page 24

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 52 | 2012 | Ford F150 P/U  1FTFX1EF4CFB07496 | 01485 T27 | $34,000  8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Ford Credit  Address | | | | |
| 53 | 2013 | Jeep Wrangler | 7398 T27 | $27,500  N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 54 | 2013 | Mack Tractor | 50385 T27 | $106,200  80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 55 | 2011 | Mack Tractor | 50385 T27 | $106,200  80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 56 | 2016 | Ford F-450 | 21485 T27 | $60,000  26,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 57 | 2015 | Caterpillar Tractor | 50385 T27 | $158,126  80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 25

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 58 | 2012 | Ford F450 | 21485 T27 | $49,000 10,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 59 | 2013 | Ford F450 | 21485 T27 | $49,000 10,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 60 | 2012 | Dodge Ram P/U | 01485 T27 | $32,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 61 | 2004 | Dodge Ram P/U 3D7LA38C04G248914 | 01485 T27 | $22,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 62 | 2016 | Dodge P/U | 01485 T27 | $50,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 63 | 2014 | Dodge Ram P/U 1C6RR7JMXES406735 | 01485 T27 | $50,195 8,000 | $1000 | $1000 | |
| | | Loss Payee X Add'l Ins. | Name: Chrysler Capital Address | | | | |
| 64 | 2015 | Dodge Ram P/U 1C6RR7GM5FS | 01485 T | $50,195 8,000 (Florida) | $1000 | $1000 | |
| | | Loss Payee X Add'l Ins. | Name: Chrysler Capital Address | | | | |

( Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

Page 26

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 65 | 2015 | CAT Tri Axel | 40479 T27 | $166,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 66 | 2014 | Ford F-450 Utility P/U | 02485 T27 | $45,000 12,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 67 | 2015 | Ford F-450Utility P/U | 02485 T27 | $45,000 12,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 68 | 2009 | Sterling Tractor 2FWJA3CV29A69 | 50385 T27 | $104,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 69 | 2004 | Sterling Tractor 2FWJA3C29A64 | 50385 T27 | $89,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

02/02/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 27

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| # | Year | Vehicle | Code | Value | Ded1 | Ded2 |
|---|------|---------|------|-------|------|------|
| 70 | 2013 | Chevy Sierra P/U | 01485 T | $20,000 / 8,000 | $1000 | $1000 |
|    |      | Loss Payee Add'l Ins. | Name: | Address | | |
| 71 | 2013 | International Dump | 40485 T | $90,000 / 45,000 | $1000 | $1000 |
|    |      | Loss Payee Add'l Ins. | Name: | Address | | |
| 72 | 2015 | Kenworth Tractor | 50385 T | $120,000 / 80,000 | $1000 | $1000 |
|    |      | Loss Payee Add'l Ins. | Name: | Address | | |
| 73 | 2004 | Mack Oil Truck | 40479 T | $50,000 / 45,000 | $1000 | $1000 |
|    |      | Loss Payee Add'l Ins. | Name: | Address | | |
| 74 | 2002 | Pitt Trailer, Low Bed | 67485 T | $25,000 / N/A | $1000 | $1000 |
|    |      | Loss Payee Add'l Ins. | Name: | Address | | |
| 75 | 2001 | Polar Trailer | 67485 T | $20,000 / N/A | $1000 | $1000 |
|    |      | Loss Payee Add'l Ins. | Name: | Address | | |

Key: X = Coverage or option Applies)

11/21/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.