# EXHIBIT N



# INSURANCE PROGRAM

## FOR:

**Asphalt Paving Systems, Inc.
Shore Slurry Seal, Inc., Robert Capoferri,
Shore Microsurfacing Systems, Inc.
Shore Transport, Inc., PMP Construction, Inc.,
Shore Road Maintenance, Inc., Aspen Construction Management,
Shore Building Contractors, Inc., 11 Chew Development, LLC,
Thomas H. Gannon & Sons, Inc., Code Orange, LLC,
R. Cap, LLC and Shore Resurfacing, LLC**

4/01/18 – 4/01/19

## PREPARED BY:

Joseph J. Meola, CIC, CRM
Vice President

(609) 522 – 3406, ext 153
jmeola@jbyrneagency.com

1/25/18

5200 New Jersey Ave., P.O. Box 1409, Wildwood, NJ 08260   Phone (609) 522-3406
1032 Route 9 South, Cape May Court House, NJ 08210   Phone (609) 465-7710
917 Madison Ave., Cape May, NJ 08204   Phone (609) 884-3333
200 Route 9 South, Marmora, NJ 08223   Phone (609) 390-5566
1605 Bayshore Rd., Villas, NJ 08251   Phone (609) 886-5888
777 South Flagler Drive, Suite 800, West Tower, West Palm Beach, FL 33401   Phone (561) 881-8808
Website: www.jbyrneagency.com   Email: jbyrne@jbyrneagency.com   Fax: (609) 522-2844

SCHEDULE OF LOCATIONS

NAMED INSURED: **Asphalt Paving Systems, etal**
See cover for all names

POLICY PERIOD: 04/01/18– 04/01/19



01/12/17
ASPHPAV

Page 2

## SCHEDULE OF LOCATIONS - Continued

NAMED INSURED: **Asphalt Paving Systems, etal**
See cover for all names

POLICY PERIOD: 04/01/18 – 04/01/19



SCHEDULE OF LOCATIONS - Continued

NAMED INSURED: **Asphalt Paving Systems, etal**
See cover for all names

POLICY PERIOD: 04/01/18– 04/01/19



01/19/17
ASPHPAV1

Page 4

# GENERAL LIABILITY COVERAGE

NAMED INSURED: **Asphalt Paving Systems, etal**
(Broad Form Named Insured – see endorsement)

POLICY PERIOD: 04/01/18 – 04/01/19



(Key: X = Coverage or Option Applies)

1/19/8
ASPHPAV

This form is for illustration only. Please read your policy for
specific terms, conditions, limitations, and exclusions.

Page 8

# GENERAL LIABILITY – SCHEDULE OF CLASSIFICATIONS

### NAMED INSURED: Asphalt Paving Systems, etal

### POLICY PERIOD: 4/01/18 – 4/01/19



*Note: The above payrolls do not reflect any jobs performed under a wrap up or Owner Controlled type programs.

01/19/18
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations, and exclusions.

Page 9

# AUTOMOBILE COVERAGE

NAMED INSURED: **Asphalt Paving Systems, etal**

POLICY PERIOD: 4/01/18 – 4/01/19

**A. LIABILITY:**   $ 1,000,000. Combined Single Limit pf bodily injury
And property damage, per Accident, including:
**Liability Deductible (AL & PD) Per Loss: None**

      Specifically described autos only, per schedule

X    Any "Auto" symbol # 1

X    Non-owned and Hired Autos

X    Uninsured/Underinsured Motorists Protection (NJ, NY, PA & FL)

      Medical Payments- Limit: $         Per Accident
      (On Vehicles subject to pedestrian Pers'l Inj. Prot. Only)

X    Basis personal injury protection for private passenger Autos;
      Vans, pickups & panel trucks not used for business other
      than farming, and personally used campers or motor homes.

X    Basic pedestrian personal injury protection for all other
      Vehicles other than described above.

**NOTE: Personal Injury Protection Options are provided in accordance
With the completed coverage selection form, when applicable.**

Exclusions:   * Pollution, subject to minimum financial
       Responsibility limits of 15,000/30,000/5,000
      * Employees while driving their own autos on business
      * Contractual, unless an insured contract
      * Workers compensation and employers liability
      * Punitive damages for uninsured/underinsured motorists

**B. PHYSICAL DAMAGE:** Scheduled & hired vehicles, symbols, 2 & 8

**C. SUPPLEMENTAL SCHEDULES INCLUDED:**    X    Optional Coverage's
                                                                               X    Vehicle Schedule
                                                                                     Driver Schedule

( Key: X = Coverage or option Applies)

02/06/12
ASPHPAV      This form is for illustration only. Please read your policy for      Page 14
                    Specific terms, conditions, limitations and exclusions.

## AUTOMOBILE (continued) – OPTIONAL COVERAGES

NAMED INSURED: Asphalt Paving Systems, etal

| | | |
|---|---|---|
| X | Medical Expense Benefit Limit: $ 10,000. For Priv. Pass. Autos eligible for NJ PIP only | |
| X | Individual Named Insured, Broadened Drive other cars Coverage, and Increased Personal injury Protection for: | |

        Name: **Robert Capoferri**    Unit:
        Option # 16 , Medical Expense Deductible: $ 250.+20%
        Lawsuit Threshold Applies:    X    Does Not Apply:
        Includes Named Resident Relatives: **Kathleen & Frank**

        Name: **Steven Plummer**    Unit:
        Option # 16 , Medical Expense Deductible: $ 250 + 20%
        Lawsuit Threshold Applies:    X    Does Not Apply:
        Includes Named Resident Relatives: **Suzanne**

        Name: **Barbara Labb**    Unit:
        Option # 8 , Medical Expense Deductible: $ 250 + 20%
        Lawsuit Threshold Applies:    X    Does Not Apply:
        Includes Named Resident Relatives: **Nick & Noel (Children)**

| | |
|---|---|
| X | 60 Day Notice of Cancellation/Non -Renewal |
| X | Automobiles composite Liability & Physical Damage |
| X | Employees as insured's (CA 99 33) |
| X | Waiver of transfer rights of recovery against others to us |
| X | Hired autos specified as covered autos |
| X | Hired cars physical damage (direct primary) $35,000 Limit |
| X | Towing (Priv. Pass. Only) – $50.00 Per Disablement: |
| X | Rental Reimbursement (private passenger only) $40.00 Per day 30 Days |
| X | **Motor Carrier # 961456 - Interstate Carrier** |
| X | MCS-90, If so subject to ICC regulations/1980 Motor carrier act |
| X | CA9948- Pollution Broadened Coverage (Includes Pollution costs and expenses resulting From an accident which also causes BI and PD; excluding contractual liability to others. |

(Key X = Coverage or Option Applies)

01/26/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 15

## SCHEDULE OF VEHICLES

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 1 | 2010 | Spector Dump Trl<br>1S188314 | 67485<br>T27 | $45,000<br>N/A | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 2 | 2000 | Sterling Dump LT<br>2FWYHWEB4YAH19523 | 33479<br>T27 | $55,000<br>45,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 3 | 2017 | Freightliner Oil Truck<br>TBD | 40485<br>T27 | $95,000<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 4 | 2018 | Ford F150 Raptor<br>TBD | 01485<br>T27 | $55,000<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 5 | 2001 | Ford F-350 P/U<br>1FTSW31F51ED24836 | 01485<br>T27 | $17,500<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 6 | 2017 | Ford F-450<br>TBD | 21485<br>T27 | $45,000<br>15,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |

( Key: X = Coverage or option Applies)

01/19/18
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 16

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 7 | 2004 | Ford Distributor 3FRXF76P74V682322 | 40485 T27 | $95,000 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 8 | 2007 | Ford Dump 1FDZY90X9SVA66629 | 33479 T27 | $90,000 45,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 9 | 2008 | Sterling /Distributer 2FZHATBS78AY473843 | 33485 T27 | $125,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 10 | 2005 | Sterling LT9513 2FWJA3DE55AV74398 | 40485 T27 | $90,000 80,000 | $1000 | $1000 | | |
| | | X Loss Payee X Add'l Ins. | Name: Chrysler Credit Corp Address: P.O. Box 9139 Dedham MA 02036 | | | | | |
| 11 | 2003 | Sterling LT9513 2FZHAZAS03AL76472 | 40485 T27 | $88,997 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |

( Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

Page 17

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 12 | 1991 | Ford Water Trk 1FTYW90R5MVA27689 | 40485 T27 | $67,000 80,000 | N/C | N/C | | |
| | | X  Loss Payee<br>   Add'l Ins. | Name: Orix Credit Alliance<br>Address: 2000 Sproul Rd., Broomall, PA 19008 | | | | | |
| 13 | 1998 | Ford Tractor 1FTYY96M6WVA38127 | 50485 T27 | $69,000 80,000 | $1000 | $1000 | | |
| | | X  Loss Payee<br>   Add'l Ins. | Name: Ford Motor Credit Corp.<br>Address: 500 N. Gulph Rd., King of Prussia, PA | | | | | |
| 14 | 2014 | Ford F-150 Raptor | 7398 T27 | $44,000 N/A (Robert Capoferri) | $1000 | $1000 | X | X |
| | | X  Loss Payee<br>X  Add'l Ins. | Name: Mercedes Benz Credit Corp.<br>Address: P.O. Box 685, Roanoke, TX 76262 | | | | | |
| 15 | 1998 | Talbert Lowbed 40FW04833W1017567 | 67485 T27 | $53,000 N/A | $1000 | $1000 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | | |
| 16 | 1972 | Fruehauf Trailer UNP445504 | 67485 T27 | N/A N/A | N/C | N/C | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | | |
| 17 | 2001 | Sterling Trac. 2FWYHWEB01AH55683 | 50485 T27 | $75,000 80,000 | $1000 | $1000 | | |
| | | X  Loss Payee<br>X  Add'l Ins. | Name: Ford Motor Credit<br>Address: | | | | | |

( Key: X = Coverage or option Applies)

02/03/15
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 18

# SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 18 | 1999 | Landoll Trailer<br>1LH660H1X1A10261 | 67485<br>T27 | $52,500<br>N/A | $1000 | $1000 | |
| | | X   Loss Payee<br>     Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 19 | 1996 | Ford w/Bergkamp<br>1FDZS86E3VVA05153 | 33485<br>T27 | $154,825<br>45,000 | $1000 | $1000 | |
| | | X   Loss Payee<br>     Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 20 | 2016 | Dodge P/U | 01485<br>T27 | $50,000<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 21 | 1999 | Ford w/Distributor<br>3FEXF8014XM407519 | 33485<br>T27 | $125,000<br>45,000 | $1000 | $1000 | |
| | | X   Loss Payee<br>     Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 22 | 1999 | Entyre Tank Trl<br>1E9T43202XE007014 | 67485<br>T27 | $42,000<br>N/A | $1000 | $1000 | |
| | | X   Loss Payee<br>     Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |

(Key: X = Coverage or option Applies)

01/19/18
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 19