## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 23 | 2006 | Ford 1FDAW56P36EC61828 | 01485 T27 | $29,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 24 | 1999 | Ford /Bregkamp | 40485 T27 | $130,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 25 | 2008 | Dodge P/U 3D7KS28058G172236 | 01485 T27 | $28,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 26 | 2016 | Entyre Lowboy Trl TBD | 67485 T27 | $60,000 N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 27 | 2007 | Sterling Dump 2FZMAZCV37AY74578 | 40485 T27 | $102,503 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 28 | 2015 | Ford F-750 Oil | 40485 T27 | $150,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

01/19/18
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 20

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 29 | 2007 | Sterling 2FWMAZCG7AY5757 | 40485 T27 | $105,000 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |
| 30 | 2013 | Ford Edge 2FM0K4KC6DBC64883 | 7398 T27 | $44,220 N/A | $1000 | $1000 | X | X |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |
| 31 | 2010 | Ford F-150 1FTFX1EVXAFB13176 | 01485 T27 | $38,000 8,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |
| 32 | 2011 | Mack Tractor 1M1AW15Y4BM015748 | 50385 T27 | $85,000 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |
| 33 | 2007 | Mack Tractor 1M1AG10YX7M061984 | 50385 T27 | $80,895 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |

(Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

Page 21

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 34 | 2008 | Dodge Ram 4500 3D6WD68A48G227126 | 01485 T27 | $48,742 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 35 | 2009 | Dodge Ram 5500 3D7KS28T39G563247 | 01485 T27 | $46,669 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 36 | 2017 | Land Rover S TBD | 7398 T27 | $118,420 N/A (Robert C) | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 37 | 2017 | Land Rover Discovery TBD | 7398 T27 | $58,000 N/A (Ken M.) | $1000 | $1000 | |
| | | Loss Payee X Add'l Ins. X | Name: Address | | | | |
| 38 | 2012 | Mack Tractor 1M1AWO7YXCM024379 | 50385 T27 | $104,200 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 39 | 2006 | Sterling | 40485 T27 | $55,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

01/19/18
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 22

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 40 | 2013 | Mack Tractor 1M1AW07YD4M024380 | 50385 T27 | $104,200 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 41 | 2010 | Dodge Ram P/U 1D7RU1GT1A5216689 | 01485 FL | $ 44,700 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 42 | 2011 | Dodge Ram P/U 1D7RU1GT1A5216688 | 01485 FL | $ 44,700 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 43 | 2018 TBD | Chevy Van | 01485 T27 | $ 28,000 N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 44 | 2011 | Ford E350 1FDRF3667BEA16375 | 21485 T27 | $ 37,800 10,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 45 | 2017 TBD | Ford F150 P/U | 01485 T27 | $ 30,500 N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |

( Key: X = Coverage or option Applies)

0119/18
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

Page 23

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 46 | 2012 | Mack GU1813 Dump<br>1M2AX18C8CM015665 | 40485<br>T27 | $152,926<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 47 | 2018 | Mercedes E300<br>WADZF4KBJA344628 | 7398<br>T27 | $62,335<br>Steve Plummer | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name: Paycom Services & Mercedes Benz Financial Serv.<br>Address: | | | | |
| 48 | 2012 | Ford Escape<br>1FMCU0D78CKC76293 | 7398<br>FL | $26,070<br>N/A | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 49 | 1996 | Mack w/Bregkamp | 40479<br>T27 | $110,500<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 50 | 2014 | Ford Utility<br>1FTF1EF4DKF75546 | 21485<br>T27 | $49,500<br>26,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. Address | Name: | | | | |
| 51 | 2008 | Sterling LT9513 Dump<br>2FZMAZCG07AY57576 | 40479<br>T27 | $60,000<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |

( Key: X = Coverage or option Applies)

01/19/18
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 24

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 52 | 2012 | Ford F150 P/U<br>1FTFX1EF4CFB07496 | 01485<br>T27 | $34,000<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name: Ford Credit<br>Address | | | | |
| 53 | 2013 | Jeep Wrangler | 7398<br>T27 | $27,500<br>N/A | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 54 | 2013 | Mack Tractor | 50385<br>T27 | $106,200<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 55 | 2011 | Mack Tractor | 50385<br>T27 | $106,200<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 56 | 2016 | Ford F-450 | 21485<br>T27 | $60,000<br>26,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 57 | 2015 | Caterpillar Tractor | 50385<br>T27 | $158,126<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |

( Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 25

# SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 58 | 2012 | Ford F450 | 21485 T27 | $49,000 10,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 59 | 2013 | Ford F450 | 21485 T27 | $49,000 10,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 60 | 2012 | Dodge Ram P/U | 01485 T27 | $32,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 61 | 2004 | Dodge Ram P/U 3D7LA38C04G248914 | 01485 T27 | $22,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 62 | 2016 | Dodge P/U | 01485 T27 | $50,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 63 | 2014 | Dodge Ram P/U 1C6RR7JMXES406735 | 01485 T27 | $50,195 8,000 | $1000 | $1000 | |
| | | Loss Payee X Add'l Ins. | Name: Chrysler Capital Address | | | | |
| 64 | 2015 | Dodge Ram P/U 1C6RR7GM5FS | 01485 T | $50,195 8,000 (Florida) | $1000 | $1000 | |
| | | Loss Payee X Add'l Ins. | Name: Chrysler Capital Address | | | | |

( Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 26

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 65 | 2015 | CAT Tri Axel | 40479 T27 | $166,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 66 | 2014 | Ford F-450 Utility P/U | 02485 T27 | $45,000 12,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 67 | 2015 | Ford F-450Utility P/U | 02485 T27 | $45,000 12,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 68 | 2009 | Sterling Tractor 2FWJA3CV29A69 | 50385 T27 | $104,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 69 | 2004 | Sterling Tractor 2FWJA3C29A64 | 50385 T27 | $89,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

02/02/15
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

Page 27

## SCHEDULE OF VEHICLES (Continued)

### NAMED INSURED: Asphalt Paving Systems, etal

| # | Year | Vehicle | Code | Value | Ded | Ded |
|---|------|---------|------|-------|------|------|
| 70 | 2013 | Chevy Sierra P/U | 01485 T | $20,000 / 8,000 | $1000 | $1000 |
|  |  | Loss Payee Add'l Ins. | Name: | Address |  |  |
| 71 | 2013 | International Dump | 40485 T | $90,000 / 45,000 | $1000 | $1000 |
|  |  | Loss Payee Add'l Ins. | Name: | Address |  |  |
| 72 | 2015 | Kenworth Tractor | 50385 T | $120,000 / 80,000 | $1000 | $1000 |
|  |  | Loss Payee Add'l Ins. | Name: | Address |  |  |
| 73 | 2004 | Mack Oil Truck | 40479 T | $50,000 / 45,000 | $1000 | $1000 |
|  |  | Loss Payee Add'l Ins. | Name: | Address |  |  |
| 74 | 2002 | Pitt Trailer, Low Bed | 67485 T | $25,000 / N/A | $1000 | $1000 |
|  |  | Loss Payee Add'l Ins. | Name: | Address |  |  |
| 75 | 2001 | Polar Trailer | 67485 T | $20,000 / N/A | $1000 | $1000 |
|  |  | Loss Payee Add'l Ins. | Name: | Address |  |  |

Key: X = Coverage or option Applies)

11/21/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 28

## WORKERS COMPENSATION POLICY

NAMED INSURED: Asphalt Paving Systems, Inc., Shore Transport, Inc., PMP Construction, Inc., Shore Road Maintenance, Inc., Shore Microsurfacing Systems, Inc. & Thomas H. Gannon & Sons, Inc.



01/19/18
ASPHPAV

Page 29

Asphalt Paving Systems, Inc.

Schedule of Named Insured's, Locations
FEIN # and UI #'s
As of 1/25/18



## CATASTROPHE LIABILITY POLICY

NAMED INSURED: **Asphalt Paving Systems, Inc. etal**

POLICY PERIOD: 04/01/17– 04/01/18



( Key: X = Coverage or option Applies)

03/01/17
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

Page 30