# EXHIBIT O



# INSURANCE PROGRAM

## FOR:

**Asphalt Paving Systems, Inc.
Shore Slurry Seal, Inc., Robert Capoferri,
Shore Microsurfacing Systems, Inc.
Shore Transport, Inc., PMP Construction, Inc.,
Shore Road Maintenance, Inc., Aspen Construction Management,
Shore Building Contractors, Inc., 11 Chew Development, LLC,
Thomas H. Gannon & Sons, Inc., Code Orange, LLC,
R. Cap, LLC and Shore Resurfacing, LLC**

**4/01/18- 4/01/19**

## PREPARED BY:

Joseph J. Meola, CIC, CRM
Vice President

(609) 522 – 3406, ext 153
jmeola@jbyrneagency.com

**1/25/18**

5200  New Jersey Ave., P.O. Box 1409, Wildwood, NJ 08260   Phone  (609) 522-3406
1032 Route 9 South, Cape  May Court  House,  NJ 08210   Phone (609) 465-7710
917  Madison  Ave., Cape May, NJ 08204   Phone (609) 884-3333
200 Route 9 South, Marmora, NJ 08223   Phone  (609) 390-5566
1605  Bayshore Rd., Villas, NJ 08251   Phone (609) 886-5888
777 South  Flagler Drive, Suite 800, West Palm Beach, FL 33401   Phone (561) 881-8808
Website: www.jbyrneagency.com  Email: jbyrne@jbyrneagency.com  Fax: (609) 522-2844

SCHEDULE OF LOCATIONS

NAMED INSURED:  Asphalt Paving Systems, etal
See cover for all names

POLICY PERIOD:  04/01/19-04/01/20



SCHEDULE OF LOCATIONS - Continued

NAMED INSURED: Asphalt Paving Systems, etal
See cover for all names

POLICY PERIOD: 04/01/19– 04/01/20



SCHEDULE OF LOCATIONS - Continued

NAMED INSURED:  Asphalt Paving Systems, etal
See cover for all names

POLICY PERIOD:  04/01/19-04/01/20



# GENERAL LIABILITY COVERAGE

NAMED INSURED:  Asphalt Paving Systems, etal
(Broad Form Named Insured- see endorsement)

POLICY PERIOD: 04/01/19 − 04/01/20



This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations, and exclusions.

# GENERAL LIABILITY-SCHEDULE OF CLASSIFICATIONS

NAMED INSURED: Asphalt Paving Systems, etal

POLICY PERIOD: 4/01/19 — 4/01/20



\*Note: The above payrolls do not reflect any jobs performed under a wrap up or Owner Controlled type programs.

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations, and exclusions.

# AUTOMOBILE COVERAGE

## NAMED INSURED: Asphalt Paving Systems, etal

POLICY PERJOD: 4/01/19 —4/01/20

**A. LIABILITY:**   $ 1,000,000. Combined Single Limit bodily injury
And property damage, per Accident, including:
Liability Deductible (AL & PD) Per Loss: None

Specifically described autos only, per schedule

X       Any "Auto" symbol # 1

X       Non-owned and Hired Autos

X       Uninsured/Underinsured Motorists Protection (NJ, NY, PA & FL)

Medical Payments- Limit: $       Per Accident
(On Vehicles subject to pedestrian Pers'l Inj. Prot. Only)

X       Basis personal injury protection for private passenger Autos;
Vans, pickups & panel trucks not used for business other
than farming, and personally used campers or motor homes.

X       Basic pedestrian personal injury protection for all other
Vehicles other than described above.

## NOTE: Personal Injury Protection Options are provided in accordance With the completed coverage selection form, when applicable.

Exclusions:   * Pollution, subject to minimum financial
Responsibility limits of 15,000/30,000/5,000
* Employees while driving their own autos on business
* Contractual, unless an insured contract
* Workers compensation and employers liability
* Punitive damages for uninsured/underinsured motorists

**B. PBYSICAL DAMAGE:** Scheduled & hired vehicles, symbols, 2 & 8

**C. SJJPPLEMENTAL SCHEDULES INCLUDED;**       X   Optional Coverage's
X   Vehicle Schedule
Driver Schedule

(Key: X= Coverage or option Applies)

02/06/12
ASPHPAV                This form is for illustration only. Please read your policy for                Page 14
Specific terms, conditions, limitations and exclusions.

## AUTOMOBILE (continued) – OPTIONAL COVERAGES

### NAMED INSURED: Asphalt Paving Systems, etal

X    Medical Expense Benefit Limit: $ 10,000.
    For Priv. Pass. Autos eligible for NJ PIP only

X    Individual Named Insured, Broadened Drive other cars
    Coverage, and Increased Personal injury Protection for:

        Name: Robert Capoferri        Unit:
        Option # 16 , Medical Expense Deductible: $ 250.+20%
        Lawsuit Thueshold Applies:      X      Does Not Apply:
        Includes Named Resident Relatives: Kathleen & Frank

        Name: Steven Plummer        Unit:
        Option # 16 , Medical Expense Deductible: $ 250 + 20%
        Lawsuit Threshold Applies:      X      Does Not Apply:
        Includes Named Resident Relatives: Suza nne

        Name: Barbara Labb        Unit:
        Option # 8 , Medical Expense Deductible: $ 250 + 20%
        Lawsuit Threshold Applies:      X      Does Not Apply:
        Includes Named Resident Relatives: Niclc & Noel (Children)

X    60 Day Notice of Cancellation/Non -Renewal

X    Automobiles composite Liability & Physical Damage

X    Employees as insured's (CA 99 33)

X    Waiver of transfer rights of recovery against others to us

X    Hired autos specified as covered autos

X    Hired cars physical damage (direct primary) $35,000 Limit

X    Towing (Priv. Pass. Only) – $50.00 Per Disablement:

X    Rental Reimbursement (private passenger only) $40.00 Per day 30 Days

X    Motor Carrier# 961456- Interstate CatTier

X    MCS-90, If so subject to ICC regulations/1980 Motor carrier act

X    CA9948- Pollution Broadened Coverage (Includes Pollution costs and expenses resulting
    From an accident which also causes BI and PD; excluding contractual liability to others.

(Key X = Coverage or Option Applies)

01/26/15
ASPHPAV        This form is for illustration only. Please read your policy for        Page 15
        Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEIDCLES

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOWRR |
|---|---|---|---|---|---|---|---|
| 1 | 2010 | Spector Dump Trl 1S188314 | 67485 T27 | $45,000 N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 2 | 2000 | Sterling Dump LT 2FWYHWEB4YAH19523 | 33479 T27 | $55,000 45,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address: | | | | |
| 3 | 2017 | Freightliner Oil Truck TBD | 40485 T27 | $95,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address: | | | | |
| 4 | 2018 | Ford Fl50 Raptor TBD | 01485 T27 | $55,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 5 | 2001 | Ford F-350 P/U lFTSW31 F51ED24836 | 01485 T27 | $17,500 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 6 | 2017 | Ford F-450 TBD | 21485 T27 | $45,000 15,000 | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |

( Key: X= Coverage or option Applies)

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST CVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 7 | 2004 | Ford Distributor 3FRJCF76P74V682322 | 40485 T27 | $95,000 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add 'l Ins. | Name: Address: | | | | | |
| 8 | 2007 | Ford Dump 1FDZY90X9SVA66629 | 33479 T27 | $90,000 45,000 | $1000 | $1000 | | |
| | | Loss Payee Add1 Ins. | Name: Address: | | | | | |
| 9 | 2008 | Sterling /Distributer 2FZHATBS78AY473843 | 33485 T27 | $125,000 | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | | |
| 10 | 2005 | Sterling  LT9513 2FWJA3DE55AV74398 | 40485 T27 | $90,000 80,000 | $1000 | $1000 | | |
| | | X  Loss Payee X  Add'lIns. | Name: Chrysler Credit Corp Address: P.O. Box 9139 Dedham MA 02036 | | | | | |
| 11 | 2003 | Sterling LT9513 2FZHAZAS03AL76472 | 40485 T27 | $88,997 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add 'l Ins. | Name: Address: | | | | | |

(Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 17

# SCHEDULE OF VEHICLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 12 | 1991 | Ford Water Trk 1FTYW90R5MVA27689 | 40485 T27 | $67,000 80,000 | N/C | N/C | | |
| | | | | | X | Loss Payee Add'l Ins. | Name: Orix Credit Alliance Address: 2000 Sproul Rd., Broomall, PA | |
| 13 | 1998 | Ford Tractor 1FTYY96M6WVA38127 | 50485 T27 | $69,000 80,000 | $1000 | $1000 | | |
| | | X   Loss Payee Add'l Ins. | | Name: Ford Motor Credit Corp. Address: 500 N. Gulph Rd., King of Prussia, PA | | | | |
| 14 | 2014 | Ford F-150 Raptor | 7398 T27 | $44,000 N/A (Robett Capoferri) | $1000 | $1000 | X | X |
| | | X   Loss Payee X   Add'l Ins. | | Name: Mercedes Benz Credit Corp. Address: P.O. Box 685, Roanoke, TX 76262 | | | | |
| 15 | 1998 | Talbert Lowbed 40FW04833W 1017567 | 67485 T27 | $53,000 N/A | $1000 | $1000 | | |
| | | Loss Payee Add'l Ins. | | Name: Address: | | | | |
| 16 | 1972 | Fruehauf Trailer UNP445504 | 67485 T27 | N/A N/A | NIC | N/C | | |
| | | Loss Payee Add'l Ins. | | Name: Address: | | | | |
| 17 | 2001 | Sterling Trac. 2FWYHWEB01AH55683 | 50485 T27 | $75,000 80,000 | $1000 | $1000 | | |
| | | X   Loss Payee X   Add'l Ins. | | Name: Ford Motor Credit Address: | | | | |

(Key: X= Coverage or option Applies)

02/03/15
ASPIIPAV                     This form is for illustration only. Please read your policy for                     Page 18
                             Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOWRR |
|---|---|---|---|---|---|---|---|
| 18 | 1999 | Landoll Trailer 1LH660H1X1A10261 | 67485 T27 | $52,500 N/A | $1000 | $1000 | |
| | | X  Loss Payee    Add'l Ins. | Name: Orix Credit Alliance Address: | | | | |
| 19 | 1996 | Ford w/Bergkamp 1FDZS86E3VVA05153 | 33485 T27 | $154,825 45,000 | $1000 | $1000 | |
| | | X  Loss Payee    Add'lIns. | Name: Orix Credit Alliance Address: | | | | |
| 20 | 2016 | Dodge P/U | 01485 T27 | $50,000 8,000 | $1000 | $1000 | |
| | | Loss Payee    Add'lIns. | Name: Address: | | | | |
| 21 | 1999 | Ford w/Distributor 3FEXF8014XM407519 | 33485 T27 | $125,000 45,000 | $1000 | $1000 | |
| | | X  Loss Payee    Add'l Ins. | Name: Orix Credit Alliance Address: | | | | |
| 22 | 1999 | Entyre Tank Trl 1E9T43202XE007014 | 67485 T27 | $42,000 N/A | $1000 | $1000 | |
| | | X  Loss Payee    Add'lIns. | Name: Orix Credit Alliance Address: | | | | |

(Key:  X = Coverage or option Applies)

01/19/18
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 19

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 23 | 2006 | Ford 1FDAW56P36EC61828 | 01485 T27 | $29,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address: | | | | |
| 24 | 1999 | Ford /Bregkamp | 40485 T27 | $130,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address : | | | | |
| 25 | 2008 | Dodge P/U 3D7KS28058G 172236 | 01485 T27 | $28,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'!Ins. | Name: Address | | | | |
| 26 | 2016 | Entyre Lowboy Trl TBD | 67485 T27 | $60,000 *NIA* | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address: | | | | |
| 27 | 2007 | Sterling Dump 2FZMAZCV37AY74578 | 40485 T27 | $102,503 80,000 | $3000 | $3000 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 28 | 2015 | Ford F-750 Oil | 40485 T27 | $150,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'!Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

01119118
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 20

# SCHEDULE OF VEHICLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 29 | 2007 | Sterling 2FWMAZCG7AY5757 | 40485 T27 | $105,000 80,000 | $1000 | $1000 | | |
| | | Loss Payee 1\dd 'l Ins. | Name: Address | | | | | |
| 30 | 2013 | Ford Edge 2FMOK4KC6DBC64883 | 7398 T27 | $44,220 N/A | $1000 | $1000 | X | X |
| | | Loss Payee Add'lIns. | Name: Address | | | | | |
| 31 | 2010 | Ford F-150 1FTFX1EVXAFB13176 | 01485 T27 | $38,000 8,000 | $1000 | $1000 | | |
| | | Loss Payee Add'lIns. | Name: Address | | | | | |
| 32 | 2011 | Mack Tractor 1M1AW15Y4BM015748 | 50385 T27 | $85,000 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add 'lIns. | Name: Address | | | | | |
| 33 | 2007 | Mack Tractor 1M1AG10YX7M061984 | 50385 T27 | $80,895 80,000 | $1000 | $1000 | | |
| | | Loss Payee Add 'l Ins. | Name: Address | | | | | |

(Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 34 | 2008 | Dodge Ram 4500<br>3D6WD68A48G227126 | 01485<br>T27 | $48,742<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 35 | 2009 | Dodge Ram 5500<br>3D7KS28T39G563247 | 01485<br>T27 | $46,669<br>8,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 36 | 2017 | Land Rover S<br>TBD | 7398<br>T27 | $118,420<br>N/A (Robert C) | $1000 | $1000 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address | | | | |
| 37 | 2017 | Land Rover Discovery<br>TBD | 7398<br>T27 | $58,000<br>N/A (Ken M.) | $1000 | $1000 | |
| | | Loss Payee X<br>Add'l Ins. X | Name:<br>Address | | | | |
| 38 | 2012 | Mack Tractor<br>1M1AW07YXCM024379 | 50385<br>T27 | $104,200<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add'lIns. | Name:<br>Address | | | | |
| 39 | 2006 | Sterling | 40485<br>T27 | $55,000<br>80,000 | $1000 | $1000 | |
| | | Loss Payee<br>Add1Ins. | Name:<br>Address | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, eta!

| ITEM NO. | YEAR | MAKE/MODEL SERIAlNO. | CODE TERR | COST GYW | COMP. DED. | COLL. DED. | TOWRR |
|---|---|---|---|---|---|---|---|
| 40 | 2013 | Mack Tractor 1MlAW07YD4M024380 | 50385 T27 | $104,200 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'! Ins. | Name: Address | | | | |
| 41 | 2010 | Dodge Ram P/U 1D7RU1GT1A5216689 | 01485 FL | $ 44,700 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'! Ins. | Name: Address: | | | | |
| 42 | 2011 | Dodge Ram P/U 1D7RU1GT1A5216688 | 01485 FL | $44,700 8,000 | $1000 | $1 000 | |
| | | Loss Payee Add'! Ins. | Name: Address: | | | | |
| 43 | 2018 TBD | Chevy Van | 01485 T27 | $28,000 N/A | $1000 | $1000 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 44 | 2011 | Ford E350 1FDRF3667BEA16375 | 21485 T27 | $ 37,800 10,000 | $1000 | $1000 | |
| | | Loss Payee Add'llns. | Name: | Add ress: | | | |
| 45 | 2017 TBD | Ford F150 P/U | 01485 T27 | $30,500 N/A | $1000 | $1000 | |
| | | Loss Payee Add'llns. | Name: Address: | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GYW | COMP. DED. | COLL. DED. | TOWRR |
|---|---|---|---|---|---|---|---|
| 46 | 2012 | Mack GU I813 Dump 1M2AX18C8CM015665 | 40485 T27 | $ 152,926 80,000 | $1000 | $1000 | |
| | | Loss Payee Add 'l Ins. | Name: Address: | | | | |
| 47 | 2018 | Mercedes E300 WADZF4KBJA344628 | 7398 T27 | $ 62,335 Steve **Plummer** | $1000 | $1000 | |
| | | Loss Payee Add 'll ns. | Name: Paycom Services & Mercedes l3enz Financial Serv. Address: | | | | |
| 48 | 2012 | Ford Escape 1FMCUOD78CKC76293 | 7398 FL | $26,070 N/A | $1000 | $1000 | |
| | | Loss Payee Add 'll ns. | Name: Address | | | | |
| 49 | 1996 | Mack w/Bregka mp | 40479 T27 | $110,500 80,000 | $1000 | $1000 | |
| | | Loss Payee Add '! Ins. | Name: Address | | | | |
| 50 | 2014 | Ford Utility 1FTFIEF4DKF75546 | 21485 T27 | $49,500 26,000 | $1000 | $1000 | |
| | | Loss Payee Add '! Ins. Address | Name: | | | | |
| 51 | 2008 | Sterling LT9513 Dump 2FZMAZCG07A Y57576 | 40479 T27 | $60,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add '! Ins. | Name: Address | | | | |

( Key: X=  Coverage or option Applies)

01/19118
ASPHP!I.V

This fonn is for illustration only. Please read your policy for
Specilic terms, conditions, limitations and exclusions.

Page 24

## SCHEDULE OF VEHICLES (Continued)

### NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 52 | 2012 | Ford F150 P/U 1FTFX1EF4CFB07496 | 01485 T27 | $34,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Ford Credit Address | | | | |
| 53 | 2013 | Jeep Wrangler | 7398 T27 | $27,500 N/A | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 54 | 2013 | Mack Tractor | 50385 T27 | $106,200 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 55 | 2011 | Mack Tractor | 50385 T27 | $106,200 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 56 | 2016 | Ford F-450 | 21485 T27 | $60,000 26,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 57 | 2015 | Caterpillar Tractor | 50385 T27 | $158,126 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE IERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 58 | 2012 | Ford F450 | 21485 T27 | $49,000 10,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 59 | 2013 | Ford F450 | 21485 T27 | $49,000 10,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 60 | 2012 | Dodge Ram P/U | 01485 T27 | $32,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 61 | 2004 | Dodge Ram P/U 3D7LA38C04G248914 | 01485 T27 | $22,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 62 | 2016 | Dodge P/U | 01485 T27 | $50,000 8,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 63 | 2014 | Dodge Ram P/U 1C6RR7JMXES406735 | 01485 T27 | $50,195 8,000 | $1000 | $1000 | |
| | | Loss Payee X Add'lIns. | Name: Chrysler Capital Address | | | | |
| 64 | 2015 | Dodge Ram P/U 1C6RR7GM5FS | 01485 T | $50,195 8,000 (Florida) | $1000 | $1000 | |
| | | Loss Payee X Add'lIns. | Name: Chrysler Capital Address | | | | |

(Key: X = Coverage or option Applies)

03/02/16
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

Page 26

# SCHEDULE OF VEIDCLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GYW | COMP. DED. | COLL. DED. | TOWRR |
|---|---|---|---|---|---|---|---|
| 65 | 2015 | CATTri Axel | 40479 T27 | $166,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 66 | 2014 | Ford F-450 Utility P/U | 02485 T27 | $45,000 12,000 | $1000 | $1000 | |
| | | Loss Payee Add'llns. | Name: Address | | | | |
| 67 | 2015 | Ford F-450Utility P/U | 02485 T27 | $45,000 12,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |
| 68 | 2009 | Sterling Tractor 2FWJA3CV29A69 | 50385 T27 | $104,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'llns. | Name: Address | | | | |
| 69 | 2004 | Sterling Tractor 2FWJA3C29A64 | 50385 T27 | $89,000 80,000 | $1000 | $1000 | |
| | | Loss Payee Add'lIns. | Name: Address | | | | |

(Key: X = Coverage or option Applies)

02/02/15
ASPHPAV                This form is for illustration only. Please read your policy for                Page 27
                       Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEIDCLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| 70 | 2013 | Chevy Siena P/U | 01485 T | $20,000 8,000 | $1000 | $1000 |
|----|------|------|------|------|------|------|
| | | Loss Payee Add'l Ins. | Name: Address | | | |
| 71 | 2013 | Intemational Dump | 40485 T | $90,000 45,000 | $1000 | $1000 |
| | | Loss Payee Add'l Ins. | Name: Address | | | |
| 72 | 2015 | Kenworth Tractor | 50385 T | $120,000 80,000 | $1000 | $1000 |
| | | Loss Payee Add 'l Ins. | Name: Address | | | |
| 73 | 2004 | Mack Oil Truck | 40479 T | $50,000 45,000 | $1000 | $1000 |
| | | Loss Payee Add'l Ins. | Name: Address | | | |
| 74 | 2002 | Pitt Trailer, Low Bed | 67485 T | $25,000 N/A | $1000 | $1000 |
| | | Loss Payee Add'l Ins. | Name: Address | | | |
| 75 | 2001 | Polar Trailer | 67485 T | $20,000 N/A | $1 000 | $1000 |
| | | Loss Payee Add'l Ins. | Name: Address | | | |

Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

# WORKERS COMPENSATION POLICY

NAMED INSURED: Asphalt Paving Systems, Inc., Shore Transpott, Inc., PMP
Construction, Inc., Shore Road Maintenance, Inc., Shore
Microsurfacing Systems, Inc. & Thomas H. Gannon & Sons, Inc.

POLICY PERIOD: 04/01/19 — 04/01/20

Redacted

01119/18
ASPHPAV

Asphalt Paving Systems,Inc.

Schedule of Named Insured's,Locations
FEIN# and UI#'s
As of 1/25/18



## CATASTROPHE LIABILITY POLICY

NAMED INSURED: **Asphalt Paving Systems, Inc. etal**

POLICY PERIOD: 04/01/17-O4/01l18



(Key: X = Coverage or option Applies)

03/01/17
ASPHPAV                 This form is for illustration only. Please read your policy for                 Page 30
                        Specific terms, conditions, limitations and exclusions.