# EXHIBIT P

# ACORD™ BUSINESS AUTO SECTION

**DATE (MM/DD/YY)** 01/28/20

**McKee** Risk Management, Inc.

**APPLICANT (First Named Insured)** Asphalt Paving Systems, Inc. etal
See the attached schedule of Names

| EFFECTIVE DATE | EXPIRATION DATE | | DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|---|
| 04/01/20 | 04/01/21 | X | AGENCY BILL | | |

**FOR COMPANY USE ONLY**

**AGENCY CUSTOMER ID:**

## COVERAGES/LIMITS

| COVERAGES | COVERED AUTO SYMBOLS | LIMITS |
|---|---|---|
| LIABILITY | X 1  4  9 | X CSL BI EA PER $2,000,000 |
| | 2  7 | BI EACH ACCIDENT $ |
| | 3  8 | PROPERTY DAMAGE $ |
| PERSONAL INJURY PROTECTION | X 5 / 7 | OR EQUIVALENT NO-FAULT COVERAGE DEDUCTIBLE $ |
| ADDITIONAL P.I.P. | X 5 / 7 | TOTAL W/C $ / $ M/E $ |
| MEDICAL PAYMENTS | X 2  4  8 / 3  7 | EACH PERSON $ |
| UNINSURED MOTORIST | X 2  6 / 3  7 / 4 | CSL BI EA PER $ / BI EACH ACCIDENT $ / PROPERTY DAMAGE $ |
| UNDERINSURED MOTORIST | X 2  6 / 3  7 / 4 | CSL BI EA PER $ / BI EACH ACCIDENT $ / PROPERTY DAMAGE $ |

| COVERAGES | COVERED AUTO SYMBOLS | LIMITS |
|---|---|---|
| | | |

**PHYSICAL DAMAGE**

| COVERAGES | COVERED AUTO SYMBOLS | LIMITS |
|---|---|---|
| TOWING & LABOR | X 3 / X 7 | $ |
| COMPREHENSIVE | X 2  4  X 8 / 3  7 | |
| SPECIFIED CAUSES OF LOSS | 2  4  8 / 3  7 | |
| COLLISION | X 2  4  X 8 / 3 | |

| HIRED/BORROWED LIABILITY | STATES NJ, PA, FL, | COST OF HIRE X IF ANY BASIS $ If Any | STATES | # DAYS | # VEH | COVERAGE/DEDUCTIBLE |
|---|---|---|---|---|---|---|
| NON-OWNED LIABILITY | STATES NJ,PA, FL, G X | GROUP TYPE EMPLOYEES / VOLUNTEERS / PARTNERS | NUMBER OF 386 / 0 / 0 | HIRED PHYSICAL DAMAGE | | COMP / SPEC C OF L / COLL |

COVERAGE IS: PRIMARY | X SECONDARY

| ENDORSEMENTS, FORMS, CONDITIONS | (See Attached Endorsements.) |
|---|---|
| MCS90 CA9948 | |

| COVERED AUTO SYMBOLS | (1) ANY AUTO | (4) OWNED AUTOS OTHER THAN PRIVATE PASSENGER | (7) AUTOS SPECIFIED ON SCHEDULE |
|---|---|---|---|
| | (2) ALL OWNED AUTOS | (5) ALL OWNED AUTOS WHICH REQUIRE NO-FAULT COVERAGE | (8) HIRED AUTOS |
| | (3) OWNED PRIVATE PASSENGER AUTOS | (6) OWNED AUTOS SUBJECT TO COMPULSORY U.M. LAW | (9) NON-OWNED AUTOS |

## DRIVER INFORMATION

LIST ALL DRIVERS, INCLUDING FAMILY MEMBERS THAT WILL DRIVE COMPANY VEHICLES, AND EMPLOYEES WHO DRIVE OWN VEHICLES ON COMPANY BUSINESS.

| DRIVER # | NAME (Include address, if required) | DATE OF BIRTH | YEAR LIC | DRIVERS LICENSE NUMBER/ SOCIAL SECURITY NUMBER | STATE LIC | USE VEH # | % USE |
|---|---|---|---|---|---|---|---|
| 1 | Robert Capoferri | | | | | | |
| 2 | Ken Messina | | | | | | |
| 4 | Barbara Labb | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## VEHICLE DESCRIPTION

| VEH # | YEAR | MAKE: | | BODY TYPE: | | | SYM/AGE | COST NEW |
|---|---|---|---|---|---|---|---|---|
| | | MODEL: | | V.I.N.: | | | | |

| CITY, STATE, ZIP WHERE GARAGED | | | TERR | | GVW/GCW | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM |
|---|---|---|---|---|---|---|---|---|---|---|---|

| DRIVE TO WORK/SCHOOL | USE | | CHECK COVERAGES | | | DEDUCTIBLES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UNDER 15 MILES | PLEASURE | COMM'L RETAIL | LIAB | ADD'L PIP MED PAY | UNDRINS MOTOR TOWING & LABOR | F FT | LSP COMP | ACV AA | COMP | SPEC C OF L |
| 15 MILES OR OVER | FARM | SERVICE | PIP | UNINS MOTOR | SPEC C OF L | FTW | COLL $ | ST AMT $ | $ | COLL |

**ACORD 127 (8/94) 1 of 3   #1532    PLEASE COMPLETE REVERSE SIDE    JJM   © ACORD CORPORATION 1993**

## VEHICLE DESCRIPTION (continued)

| VEH # | YEAR | MAKE: | | BODY TYPE: | | | | SYM/AGE | | COST NEW |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MODEL: | | V.I.N.: | | | | | | $ |

| CITY, STATE, ZIP WHERE GARAGED | | | TERR | GVW/GCW | | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM |
|---|---|---|---|---|---|---|---|---|---|---|---|

| DRIVE TO WORK/SCHOOL | USE | | COMM'L | CHECK COVERAGES | ADD'L PIP | UNDRINS MOTOR | F | LSP | DEDUCTIBLES | | ACV | COMP | SPEC C OF L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNDER 15 MILES | PLEASURE | | RETAIL | LIAB | MED PAY | TOWING & LABOR | FT | COMP | AA | ST AMT | $ | | |
| 15 MILES OR OVER | FARM | | SERVICE | PIP | UNINS MOTOR | SPEC C OF L | FTW | COLL | $ | | | $ | COLL |

| VEH # | YEAR | MAKE: | | BODY TYPE: | | | | SYM/AGE | | COST NEW |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MODEL: | | V.I.N.: | | | | | | $ |

| CITY, STATE, ZIP WHERE GARAGED | | | TERR | GVW/GCW | | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DRIVE TO WORK/SCHOOL | USE | | COMM'L | CHECK COVERAGES | ADD'L PIP | UNDRINS MOTOR | F | LSP | DEDUCTIBLES | | ACV | COMP | SPEC C OF L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNDER 15 MILES | PLEASURE | | RETAIL | LIAB | MED PAY | TOWING & LABOR | FT | COMP | AA | ST AMT | $ | | |
| 15 MILES OR OVER | FARM | | SERVICE | PIP | UNINS MOTOR | SPEC C OF L | FTW | COLL | $ | | | | COLL |

| VEH # | YEAR | MAKE: | | BODY TYPE: | | | | SYM/AGE | | COST NEW |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MODEL: | | V.I.N.: | | | | | | $ |

| CITY, STATE, ZIP WHERE GARAGED | | | TERR | GVW/GCW | | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DRIVE TO WORK/SCHOOL | USE | | COMM'L | CHECK COVERAGES | ADD'L PIP | UNDRINS MOTOR | F | LSP | DEDUCTIBLES | | ACV | COMP | SPEC C OF L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNDER 15 MILES | PLEASURE | | RETAIL | LIAB | MED PAY | TOWING & LABOR | FT | COMP | AA | ST AMT | $ | | |
| 15 MILES OR OVER | FARM | | SERVICE | PIP | UNINS MOTOR | SPEC C OF L | FTW | COLL | $ | | | | COLL |

| VEH # | YEAR | MAKE: | | BODY TYPE: | | | | SYM/AGE | | COST NEW |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MODEL: | | V.I.N.: | | | | | | $ |

| CITY, STATE, ZIP WHERE GARAGED | | | TERR | GVW/GCW | | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DRIVE TO WORK/SCHOOL | USE | | COMM'L | CHECK COVERAGES | ADD'L PIP | UNDRINS MOTOR | F | LSP | DEDUCTIBLES | | ACV | COMP | SPEC C OF L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNDER 15 MILES | PLEASURE | | RETAIL | LIAB | MED PAY | TOWING & LABOR | FT | COMP | AA | ST AMT | $ | | |
| 15 MILES OR OVER | FARM | | SERVICE | PIP | UNINS MOTOR | SPEC C OF L | FTW | COLL | $ | | | | COLL |

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT (Attach ACORD 45 for additional names)

| INTEREST 1 | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|---|
| X ADDITIONAL INSURED | | Blanket Additional Insureds and Loss Payees as required by contract | | | | LOCATION: / BUILDING: |
| X LOSS PAYEE | | | | | | VEHICLE: / BOAT: |
| MORTGAGEE | | | | | | SCHEDULED ITEM NUMBER: |
| X LIENHOLDER | | | | | | OTHER |
| X EMPLOYEE AS LESSOR | | | | | | |
| X | | ITEM DESCRIPTION: | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 1. WITH THE EXCEPTION OF ENCUMBRANCES, ARE ANY VEHICLES NOT SOLELY OWNED BY AND REGISTERED TO THE APPLICANT? | | X |
| 2. DO OVER 50% OF THE EMPLOYEES USE THEIR AUTOS IN THE BUSINESS? | | X |
| 3. IS THERE A VEHICLE MAINTENANCE PROGRAM IN OPERATION? | X | |
| 4. ARE ANY VEHICLES LEASED TO OTHERS? | | X |
| 5. ARE ANY VEHICLES CUSTOMIZED, ALTERED OR HAVE SPECIAL EQUIPMENT? | | X |
| 6. ARE ICC, PUC OR OTHER FILINGS REQUIRED? | | X |

| | YES | NO |
|---|---|---|
| 7. DO OPERATIONS INVOLVE TRANSPORTING HAZARDOUS MATERIAL? | | X |
| 8. ANY HOLD HARMLESS AGREEMENTS? | | X |
| 9. ANY VEHICLES USED BY FAMILY MEMBERS? IF SO, PLEASE IDENTIFY IN REMARKS. | | X |
| 10. DOES THE APPLICANT OBTAIN MVR VERIFICATIONS? | X | |
| 11. DOES THE APPLICANT HAVE A SPECIFIC DRIVER RECRUITING METHOD? | X | |
| 12. ARE ANY DRIVERS NOT COVERED BY WORKERS COMPENSATION? | | X |
| 13. ANY VEHICLES OWNED BUT NOT SCHEDULED ON THIS APPLICATION? | | X |

**DESCRIPTION OF GARAGE/STORAGE LOCATIONS**                **MAXIMUM DOLLAR VALUE SUBJECT TO LOSS**

**REMARKS**

## UNINSURED AND UNDERINSURED MOTORISTS COVERAGES (Check the appropriate box(es) below and sign where applicable)

DO NOT USE IN AR, AZ, CA, CT, DE, FL, GA, IA, IL, MD, NJ, NV, OK, OR, PA, RI, SC, WV; USE SPECIFIC STATE SUPPLEMENT. MINIMUM UM LIMITS REQUIRED IN DC, ME, MN, MO, VT, VA, WA, WI

I UNDERSTAND AND ACKNOWLEDGE THAT UNINSURED MOTORISTS (UM) AND UNDERINSURED MOTORISTS (UIM) COVERAGES HAVE BEEN EXPLAINED TO ME. I HAVE BEEN OFFERED THE OPTIONS OF:

| X | SELECTING UM AND UIM LIMITS EQUAL TO MY LIABILITY LIMITS, |
|---|---|
| | SELECTING UM AND UIM LIMITS LOWER THAN MY LIABILITY LIMITS, OR |
| | REJECTING COVERAGE ENTIRELY. |

| I UNDERSTAND THAT THE COVERAGE SELECTION AND LIMIT CHOICES INDICATED HERE WILL APPLY TO ALL FUTURE POLICY RENEWALS, CONTINUATIONS AND CHANGES UNLESS I NOTIFY YOU OTHERWISE IN WRITING. | 1. I SELECT UM AND UIM LIMITS INDIC IN THIS APP | _____ (APPLICANT'S SIGNATURE) |
|---|---|---|
| | 2. I REJECT UM BODILY INJURY COVERAGE | _____ (APPLICANT'S SIGNATURE) |
| | 3. I REJECT UIM BODILY INJURY COVERAGE | _____ (APPLICANT'S SIGNATURE) |
| | 4. I REJECT UM PROPERTY DAMAGE COVERAGE | _____ (APPLICANT'S SIGNATURE) |
| | 5. I REJECT UIM PROPERTY DAMAGE COVERAGE | _____ (APPLICANT'S SIGNATURE) |

ACORD 127 (8/94) 2 of 3   #1532          ATTACH TO APPLICANT INFORMATION SECTION          JJM

# AUTOMOBILE COVERAGE

NAMED INSURED: **Asphalt Paving Systems, etal**

POLICY PERIOD: 4/01/20 – 4/01/21

A. **LIABILITY:**        $ 2,000,000. Combined Single Limit pf bodily injury
                           And property damage, per Accident, including:
                           **Liability Deductible (AL & PD) Per Loss: None**

Specifically described autos only, per schedule

X           Any "Auto" symbol # 1

X           Non-owned and Hired Autos

X           Uninsured/Underinsured Motorists Protection (NJ, NY, PA & FL)

            Medical Payments- Limit: $        Per Accident
            (On Vehicles subject to pedestrian Pers'l Inj. Prot. Only)

X           Basis personal injury protection for private passenger Autos;
            Vans, pickups & panel trucks not used for business other
            than farming, and personally used campers or motor homes.

X           Basic pedestrian personal injury protection for all other
            Vehicles other than described above.

**NOTE: Personal Injury Protection Options are provided in accordance
        With the completed coverage selection form, when applicable.**

Exclusions:   * Pollution, subject to minimum financial
                Responsibility limits of 15,000/30,000/5,000
              * Employees while driving their own autos on business
              * Contractual, unless an insured contract
              * Workers compensation and employers liability
              * Punitive damages for uninsured/underinsured motorists

**B. PHYSICAL DAMAGE:** Scheduled & hired vehicles, symbols, 2 & 8

**C. SUPPLEMENTAL SCHEDULES INCLUDED:**        X   Optional Coverage's
                                                X   Vehicle Schedule
                                                    Driver Schedule

( Key: X = Coverage or option Applies)

03/26/19
ASPHPAV            This form is for illustration only. Please read your policy for            Page 14
                   Specific terms, conditions, limitations and exclusions.

## AUTOMOBILE (continued) – OPTIONAL COVERAGES

### NAMED INSURED: Asphalt Paving Systems, etal

X     Medical Expense Benefit Limit:  $ 10,000.
      For Priv. Pass. Autos eligible for NJ PIP only

X     Individual Named Insured, Broadened Drive other cars
      Coverage, and Increased Personal injury Protection for:

           Name: **Robert Capoferri**         Unit:
           Option #  **16** , Medical Expense Deductible: $ 250.+20%
           Lawsuit Threshold Applies:      **X**      Does Not Apply:
           Includes Named Resident Relatives: **Kathleen & Frank**

           Name: **Barbara Labb**         Unit:
           Option #  **8** , Medical Expense Deductible: $ 250 + 20%
           Lawsuit Threshold Applies:      **X**      Does Not Apply:
           Includes Named Resident Relatives: **Nick & Noel (Children)**

X     60 Day Notice of Cancellation/Non -Renewal

X     Automobiles composite Liability & Physical Damage

X     Employees as insured's (CA 99 33)

X     Waiver of transfer rights of recovery against others to us

X     Hired autos specified as covered autos

X     Hired cars physical damage (direct primary) $35,000 Limit

X     Towing (Priv. Pass. Only) – $50.00 Per Disablement:

X     Rental Reimbursement (private passenger only) $40.00 Per day 30 Days

X     **Motor Carrier # 961456 - Interstate Carrier**

X     MCS-90, If so subject to ICC regulations/1980 Motor carrier act

X     CA9948- Pollution Broadened Coverage (Includes Pollution costs and expenses resulting
      From an accident which also causes BI and PD; excluding contractual liability to others.

(Key X = Coverage or Option Applies)

0113/20
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 15

Endorsement #18

# Schedule of Named Insureds



### ZURICH®

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 0191416-03 | 04/01/2019 | 04/01/2020 | 04/01/2019 | 53093000 | ---------- | ---------- |

**Named Insured and Mailing Address:**
ASPHALT PAVING SYSTEMS, INC. ETAL
500 N EGG HARBOR RD
HAMMONTON, NJ  08037-3201

**Producer:**
MCKEE RISK MANAGEMENT INC
610 FREEDOM BUSINESS CTR DR STE 300
KING OF PRUSSIA, PA  19406-1329

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Asphalt Paving Systems, Inc.

Shore Slurry Seal, Inc.

Shore Microsurfacing Systems, Inc.

PMP Construction, Inc.

Shore Road Maintenance, Inc.

Shore Transport, Inc.

Thomas H. Gannon & Sons, Inc.

Shore Building Contractors, Inc.

Aspen Construction Management

LC&S Classics, Inc.

11 Chew Development, LLC

Code Orange, LLC

R. Capp, LLC

Shore Resurfacing , LLC

Highway 67 Properties, LLC (Owner of Real-estate GA)

# Premium And Reports Agreement – Composite Rated Policies



**ZURICH**®

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| BAP 0191409-04 | 04/01/2019 | 04/01/2020 | | 53093000 | **INCL** | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**Auto Dealers Coverage Form**
**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

| Schedule | | |
|---|---|---|
| **Units of Exposure** – Indicate your selection of one of the following with an ☒ | | |

☐ Per "auto"    ☐ Per $100 "cost of hire"    ☐ Per 10,000 "miles"
☒ Per "auto – power units only"    ☐ Per $100 of "gross receipts"    ☐ Per 100 "miles"
☐ Per $1,000 "payroll"
☐ "Other":

| Estimated Unit(s) of Exposure | Composite Rate(s) | Estimated Premium(s) |
|---|---|---|
| LIABILITY | | |
| 67 POWER UNITS | 6292.75 | $421,615 |
| 10 TRAILERS | | INCLUDED |
| PHYSICAL DAMAGE | | |
| 67 POWER UNITS | 1148.39 | $76,946 |
| 10 TRAILERS | | INCLUDED |
| TERRORISM | | $4,986 |
| TOTAL ESTIMATED PREMIUM | | $503,547 |
| NJ PLIGA | | $2,668 |
| | **Deposit Premium:** | $506,215 |
| | **Minimum Premium:** | $401,797 |

The **Premium Audit** Condition is replaced by the following:

**Premium Audit**

a. We will compute all premiums for this coverage form according to our rules and the Composite Rate(s) shown in the Schedule of this endorsement or attached hereto. The estimated premium for this coverage form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures at the time of final audit.

b. The Deposit Premium shown in the Schedule of this endorsement is due and payable on the first day of the policy period. In addition, the first Named Insured will pay, within 20 days following the date of mailing or delivery of a statement of interim audited premium, any additional earned premium that is developed during any interim audit conducted by us during the policy period.

c. Within 180 days after this coverage form expires we will conduct a final audit, which may not be waived. We will compute the earned premium for the policy period by multiplying the Composite Rate for the indicated Unit of Exposure shown in the Schedule of this endorsement against your actual exposures as determined by such final audit. If the resulting earned premium is greater than the sum of the Deposit Premium shown in the Schedule and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Coverage Extension Endorsement


**ZURICH**®

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| BAP 0191409-04 | 04/01/2019 | 04/01/2020 | | 53093000 | INCL | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

**A. Amended Who Is An Insured**

1. The following is added to the **Who Is An Insured** Provision in **Section II – Covered Autos Liability Coverage**:

   The following are also "insureds":

   a. Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow for acts performed within the scope of employment by you.  Any "employee" of yours is also an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

   b. Anyone volunteering services to you is an "insured" while using a covered "auto" you don't own, hire or borrow to transport your clients or other persons in activities necessary to your business.

   c. Anyone else who furnishes an "auto" referenced in Paragraphs **A.1.a.** and **A.1.b.** in this endorsement.

   d. Where and to the extent permitted by law, any person(s) or organization(s) where required by written contract or written agreement with you executed prior to any "accident", including those person(s) or organization(s) directing your work pursuant to such written contract or written agreement with you,  provided the "accident" arises out of operations governed by such contract or agreement and only up to the limits required in the written contract or written agreement, or the Limits of Insurance shown in the Declarations, whichever is less.

2. The following is added to the **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance – Primary and Excess Insurance Provisions Condition** in the Motor Carrier Coverage Form**:**

   Coverage for any person(s) or organization(s), where required by written contract or written agreement with you executed prior to any "accident", will apply on a primary and non-contributory basis and any insurance maintained by the additional "insured" will apply on an excess basis.  However, in no event will this coverage extend beyond the terms and conditions of the Coverage Form.

**B. Amendment – Supplementary Payments**

Paragraphs **a.(2)** and **a.(4)** of the **Coverage Extensions** Provision in **Section II – Covered Autos Liability Coverage** are replaced by the following:

(2) Up to $5,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover.  We do not have to furnish these bonds.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

U-CA-424-F CW (04-14)
Page 1 of 6

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**C.  Fellow Employee Coverage**

The **Fellow Employee** Exclusion contained in **Section II – Covered Autos Liability Coverage** does not apply.

**D.  Driver Safety Program Liability and Physical Damage Coverage**

  **1.**  The following is added to the **Racing** Exclusion in **Section II – Covered Autos Liability Coverage**:

  This exclusion does not apply to covered "autos" participating in a driver safety program event, such as, but not limited to, auto or truck rodeos and other auto or truck agility demonstrations.

  **2.**  The following is added to Paragraph **2.** in the **Exclusions** of **Section III – Physical Damage Coverage** of the Business Auto Coverage Form and Paragraph **2.b.** in the **Exclusions** of **Section IV – Physical Damage Coverage** of the Motor Carrier Coverage Form:

  This exclusion does not apply to covered "autos" participating in a driver safety program event, such as, but not limited to, auto or truck rodeos and other auto or truck agility demonstrations.

**E.  Lease or Loan Gap Coverage**

The following is added to the **Coverage** Provision of the **Physical Damage Coverage** Section:

**Lease Or Loan Gap Coverage**

In the event of a total "loss" to a covered "auto", we will pay any unpaid amount due on the lease or loan for a covered "auto", less:

  **a.**  Any amount paid under the **Physical Damage Coverage** Section of the Coverage Form; and

  **b.**  Any:

  **(1)**  Overdue lease or loan payments at the time of the "loss";

  **(2)**  Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

  **(3)**  Security deposits not returned by the lessor;

  **(4)**  Costs for extended warranties, credit life insurance, health, accident or disability insurance purchased with the loan or lease; and

  **(5)**  Carry-over balances from previous leases or loans.

**F.  Towing and Labor**

Paragraph **A.2.** of the **Physical Damage Coverage** Section is replaced by the following:

We will pay up to $75 for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled.  However, the labor must be performed at the place of disablement.

**G.  Extended Glass Coverage**

The following is added to Paragraph **A.3.a.** of the **Physical Damage Coverage** Section:

If glass must be replaced, the deductible shown in the Declarations will apply.  However, if glass can be repaired and is actually repaired rather than replaced, the deductible will be waived.  You have the option of having the glass repaired rather than replaced.

**H.  Hired Auto Physical Damage – Increased Loss of Use Expenses**

The **Coverage Extension** for **Loss Of Use Expenses** in the **Physical Damage Coverage** Section is replaced by the following:

**Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or written rental agreement.  We will pay for loss of use expenses if caused by:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**K.  Airbag Coverage**

The Exclusion in Paragraph **B.3.a.** of **Section III – Physical Damage Coverage** in the Business Auto Coverage Form and the Exclusion in Paragraph **B.4.a.** of **Section IV – Physical Damage Coverage** in the Motor Carrier Coverage Form does not apply to the accidental discharge of an airbag.

**L.  Two or More Deductibles**

The following is added to the **Deductible** Provision of the **Physical Damage Coverage** Section:

If an accident is covered both by this policy or Coverage Form and by another policy or Coverage Form issued to you by us, the following applies for each covered "auto" on a per vehicle basis:

**1.**  If the deductible on this policy or Coverage Form is the smaller (or smallest) deductible, it will be waived; or

**2.**  If the deductible on this policy or Coverage Form is not the smaller (or smallest) deductible, it will be reduced by the amount of the smaller (or smallest) deductible.

**M.  Physical Damage – Comprehensive Coverage – Deductible**

The following is added to the **Deductible** Provision of the **Physical Damage Coverage** Section:

Regardless of the number of covered "autos" damaged or stolen, the maximum deductible that will be applied to Comprehensive Coverage for all "loss" from any one cause is $5,000 or the deductible shown in the Declarations, whichever is greater.

**N.  Temporary Substitute Autos – Physical Damage**

**1.**  The following is added to **Section I – Covered Autos**:

**Temporary Substitute Autos – Physical Damage**

If Physical Damage Coverage is provided by this Coverage Form on your owned covered "autos", the following types of vehicles are also covered "autos" for Physical Damage Coverage:

Any "auto" you do not own when used with the permission of its owner as a temporary substitute for a covered "auto" you do own but is out of service because of its:

**1.**  Breakdown;

**2.**  Repair;

**3.**  Servicing;

**4.**  "Loss"; or

**5.**  Destruction.

**2.**  The following is added to the Paragraph **A. Coverage** Provision of the **Physical Damage Coverage** Section:

**Temporary Substitute Autos – Physical Damage**

We will pay the owner for "loss" to the temporary substitute "auto" unless the "loss" results from fraudulent acts or omissions on your part.  If we make any payment to the owner, we will obtain the owner's rights against any other party.

The deductible for the temporary substitute "auto" will be the same as the deductible for the covered "auto" it replaces.

**O.  Amended Duties In The Event Of Accident, Claim, Suit Or Loss**

Paragraph **a.** of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

**a.**  In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident", claim, "suit" or "loss".  However, these duties only apply when the "accident", claim, "suit" or "loss" is known to you (if you are an individual), a partner (if you are a partnership), a member (if you are a limited liability company) or an executive officer or insurance manager (if you are a corporation).  The failure of any

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**U.  Expected Or Intended Injury**

The **Expected Or Intended Injury** Exclusion in Paragraph **B. Exclusions** under **Section II – Covered Auto Liability Coverage** is replaced by the following:

**Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".  This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**V.  Physical Damage – Additional Temporary Transportation Expense Coverage**

Paragraph **A.4.a.** of **Section III – Physical Damage Coverage** is replaced by the following:

**4.  Coverage Extensions**

**a.  Transportation Expenses**

We will pay up to $50 per day to a maximum of $1,000 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type.  We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage.  We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**W.  Replacement of a Private Passenger Auto with a Hybrid or Alternative Fuel Source Auto**

The following is added to Paragraph **A. Coverage** of the **Physical Damage Coverage** Section:

In the event of a total "loss" to a covered "auto" of the private passenger type that is replaced with a hybrid "auto" or "auto" powered by an alternative fuel source of the private passenger type, we will pay an additional 10% of the cost of the replacement "auto", excluding tax, title, license, other fees and any aftermarket vehicle upgrades, up to a maximum of $2500.  The covered "auto" must be replaced by a hybrid "auto" or an "auto" powered by an alternative fuel source within 60 calendar days of the payment of the "loss" and evidenced by a bill of sale or new vehicle lease agreement.

To qualify as a hybrid "auto", the "auto" must be powered by a conventional gasoline engine and another source of propulsion power.  The other source of propulsion power must be electric, hydrogen, propane, solar or natural gas, either compressed or liquefied.  To qualify as an "auto" powered by an alternative fuel source, the "auto" must be powered by a source of propulsion power other than a conventional gasoline engine.  An "auto" solely propelled by biofuel, gasoline or diesel fuel or any blend thereof is not an "auto" powered by an alternative fuel source.

**X.  Return of Stolen Automobile**

The following is added to the **Coverage Extension** Provision of the **Physical Damage Coverage** Section:

If a covered "auto" is stolen and recovered, we will pay the cost of transport to return the "auto" to you.  We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. However, regardless of the provisions of Paragraph **1.** above:

   a. No such organization will qualify as a Named Insured under this Coverage Form if the organization:

      (1) Is also an insured under another policy, other than a policy written to apply specifically in excess of this Coverage Form; or

      (2) Would be an insured under another policy, regardless of coverage termination or the exhaustion of its limits of insurance; and

   b. Coverage will be afforded to any such organization qualifying as a Named Insured only until the end of this policy period if the organization is not reported to us during this policy period.

3. **Newly Formed Partnerships, Limited Liability Companies, or Joint Ventures**

   Any partnership, limited liability company or joint venture you newly form during this policy period, where:

   a. You maintain an ownership interest;

   b. As respects any joint venture, you have agreed in the Joint Venture Agreement to name the joint venture as a Named insured to your policy; and

   c. Such partnership, limited liability company or joint venture has been organized under the laws of the United States of America (including any state thereof), its territories or possessions,

   will qualify as a Named Insured, provided no other similar insurance was purchased for the partnership, limited liability company or joint venture.  However, coverage under this provision is afforded only until the 90th day after you form the partnership, limited liability company or joint venture, or the end of the policy period, whichever is earlier, if the organization is not reported to us during this policy period.

4. With regard to Paragraphs **1.** and **3.** above, the following additional provision applies:

   No coverage shall apply to "bodily injury" or "property damage" that results from an "accident" that occurred before you acquired or formed the organization.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# AUTOMOBILE COVERAGE

NAMED INSURED: **Asphalt Paving Systems, etal**

POLICY PERIOD: 4/01/20 – 4/01/21

A. **<u>LIABILITY:</u>**   $ 2,000,000. Combined Single Limit pf bodily injury
And property damage, per Accident, including:
**Liability Deductible (AL & PD) Per Loss: None**

Specifically described autos only, per schedule

X        Any "Auto" symbol # 1

X        Non-owned and Hired Autos

X        Uninsured/Underinsured Motorists Protection (NJ, NY, PA,FL & GA)

         Medical Payments- Limit: $        Per Accident
         (On Vehicles subject to pedestrian Pers'l Inj. Prot. Only)

X        Basis personal injury protection for private passenger Autos;
         Vans, pickups & panel trucks not used for business other
         than farming, and personally used campers or motor homes.

X        Basic pedestrian personal injury protection for all other
         Vehicles other than described above.

**NOTE: Personal Injury Protection Options are provided in accordance
With the completed coverage selection form, when applicable.**

Exclusions:   * Pollution, subject to minimum financial
                 Responsibility limits of 15,000/30,000/5,000
               * Employees while driving their own autos on business
               * Contractual, unless an insured contract
               * Workers compensation and employers liability
               * Punitive damages for uninsured/underinsured motorists

**<u>B. PHYSICAL DAMAGE:</u>** Scheduled & hired vehicles, symbols, 2 & 8

**<u>C. SUPPLEMENTAL SCHEDULES INCLUDED:</u>**    X   Optional Coverage's
                                                  X   Vehicle Schedule
                                                      Driver Schedule

( Key: X = Coverage or option Applies)

03/26/19
ASPHPAV        This form is for illustration only. Please read your policy for            Page 14
                 Specific terms, conditions, limitations and exclusions.

## AUTOMOBILE (continued) – OPTIONAL COVERAGES

NAMED INSURED: Asphalt Paving Systems, etal

X     Medical Expense Benefit Limit:  $ 10,000.
For Priv. Pass. Autos eligible for NJ PIP only

X     Individual Named Insured, Broadened Drive other cars
Coverage, and Increased Personal injury Protection for:

       Name: **Robert Capoferri**           Unit:
       Option #  **16** ,  Medical Expense Deductible: $ 250.+20%
       Lawsuit Threshold Applies:     **X**     Does Not Apply:
       Includes Named Resident Relatives: **Kathleen & Frank**

       Name: **Barbara Labb**          Unit:
       Option #  **8** , Medical Expense Deductible: $ 250 + 20%
       Lawsuit Threshold Applies:     **X**     Does Not Apply:
       Includes Named Resident Relatives:  **Nick & Noel (Children)**

X     60 Day Notice of Cancellation/Non -Renewal

X     Automobiles composite Liability & Physical Damage

X     Employees as insured's (CA 99 33)

X     Waiver of transfer rights of recovery against others to us

X     Hired autos specified as covered autos

X     Hired cars physical damage (direct primary) $35,000 Limit

X     Towing (Priv. Pass. Only) – $50.00 Per Disablement:

X     Rental Reimbursement (private passenger only) $40.00 Per day 30 Days

X     **Motor Carrier # 961456 - Interstate Carrier**

X     MCS-90, If so subject to ICC regulations/1980 Motor carrier act

X     CA9948- Pollution Broadened Coverage (Includes Pollution costs and expenses resulting
From an accident which also causes BI and PD; excluding contractual liability to others.

(Key X = Coverage or Option Applies)

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEHICLES

## NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 1 | 2010 | Spector Dump Trl 1S188314 | 67485 T27 | $45,000 N/A | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 2 | 2000 | Sterling Dump LT 2FWYHWEB4YAH19523 | 33479 T27 | $55,000 45,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 3 | 2017 | Freightliner Oil Truck TBD | 40485 T27 | $95,000 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 4 | 2018 | Ford F150 Raptor TBD | 01485 T27 | $55,000 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 5 | 2001 | Ford F-350 P/U 1FTSW31F51ED24836 | 01485 T27 | $17,500 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 6 | 2017 | Ford F-450 TBD | 21485 T27 | $45,000 15,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |

( Key: X = Coverage or option Applies)

01/02/19
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 16

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 7 | 2004 | Ford Distributor<br>3FRXF76P74V682322 | 40485<br>T27 | $95,000<br>80,000 | $2500 | $2500 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | | |
| 8 | 2007 | Ford Dump<br>1FDZY90X9SVA66629 | 33479<br>T27 | $90,000<br>45,000 | $2500 | $2500 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | | |
| 9 | 2008 | Sterling /Distributer<br>2FZHATBS78AY473843 | 33485<br>T27 | $125,000 | $2500 | $2500 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | | |
| 10 | 2005 | Sterling  LT9513<br>2FWJA3DE55AV74398 | 40485<br>T27 | $90,000<br>80,000 | $2500 | $2500 | | |
| | | X  Loss Payee<br>X  Add'l Ins. | Name: Chrysler Credit Corp<br>Address: P.O. Box 9139 Dedham MA 02036 | | | | | |
| 11 | 2003 | Sterling LT9513<br>2FZHAZAS03AL76472 | 40485<br>T27 | $88,997<br>80,000 | $2500 | $2500 | | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 12 | 1991 | Ford Water Trk 1FTYW90R5MVA27689 | 40485 T27 | $67,000 80,000 | N/C | N/C | |
| | | X   Loss Payee      Add'l Ins. | | Name: Orix Credit Alliance Address: 2000 Sproul Rd., Broomall, PA 19008 | | | |
| 13 | 2019 | Western Star Tri-Axel | 40485 T27 | $69,000 80,000 | $2500 | $2500 | |
| | | X   Loss Payee      Add'l Ins. | | Name: Ford Motor Credit Corp. Address: 500 N. Gulph Rd., King of Prussia, PA | | | |
| 14 | 2017 | Caterpillar Tr-Axel | 40485 T27 | $165,000 80,000 | $2500 | $2500 | |
| | | X   Loss Payee X   Add'l Ins. | | Name:  Mercedes Benz Credit Corp. Address:  P.O. Box 685, Roanoke, TX 76262 | | | |
| 15 | 1998 | Talbert Lowbed 40FW04833W1017567 | 67485 T27 | $53,000 N/A | $2500 | $2500 | |
| | | Loss Payee      Add'l Ins. | | Name: Address: | | | |
| 16 | 1972 | Fruehauf Trailer UNP445504 | 67485 T27 | N/A N/A | N/C | N/C | |
| | | Loss Payee      Add'l Ins. | | Name: Address: | | | |
| 17 | 2001 | Sterling Trac. 2FWYHWEB01AH55683 | 50485 T27 | $75,000 80,000 | $2500 | $2500 | |
| | | X   Loss Payee X   Add'l Ins. | | Name: Ford Motor Credit Address: | | | |

( Key: X = Coverage or option Applies)

01/30/20 ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

Page 18

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 18 | 1999 | Landoll Trailer<br>1LH660H1X1A10261 | 67485<br>T27 | $52,500<br>N/A | $2500 | $2500 | |
| | | X          Loss Payee<br>            Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 19 | 1996 | Ford w/Bergkamp<br>1FDZS86E3VVA05153 | 33485<br>T27 | $154,825<br>45,000 | $2500 | $2500 | |
| | | X          Loss Payee<br>            Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 20 | 2016 | Dodge P/U | 01485<br>T27 | $50,000<br>8,000 | $2500 | $2500 | |
| | | Loss Payee<br>Add'l Ins. | Name:<br>Address: | | | | |
| 21 | 1999 | Ford w/Distributor<br>3FEXF8014XM407519 | 33485<br>T27 | $125,000<br>45,000 | $2500 | $2500 | |
| | | X          Loss Payee<br>            Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |
| 22 | 1999 | Entyre Tank Trl<br>1E9T43202XE007014 | 67485<br>T27 | $42,000<br>N/A | $2500 | $2500 | |
| | | X          Loss Payee<br>            Add'l Ins. | Name: Orix Credit Alliance<br>Address: | | | | |

(Key: X = Coverage or option Applies)

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 23 | 2006 | Ford 1FDAW56P36EC61828 | 01485 T27 | $29,000 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 24 | 1999 | Ford /Bregkamp | 40485 T27 | $130,000 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address : | | | | |
| 25 | 2008 | Dodge P/U 3D7KS28058G172236 | 01485 T27 | $28,000 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 26 | 2016 | Entyre Lowboy Trl TBD | 67485 T27 | $60,000 N/A | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 27 | 2007 | Sterling Dump 2FZMAZCV37AY74578 | 40485 T27 | $102,503 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 28 | 2019 | Ford F-750 | 40485 T27 | $150,000 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW | RR |
|---|---|---|---|---|---|---|---|---|
| 29 | 2007 | Sterling 2FWMAZCG7AY5757 | 40485 T27 | $105,000 80,000 | $2500 | $2500 | | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |
| 30 | 2013 | Ford Edge 2FM0K4KC6DBC64883 | 7398 T27 | $44,220 N/A | $2500 | $2500 | X | X |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |
| 31 | 2010 | Ford F-150 1FTFX1EVXAFB13176 | 01485 T27 | $38,000 8,000 | $2500 | $2500 | | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |
| 32 | 2011 | Mack Tractor 1M1AW15Y4BM015748 | 50385 T27 | $85,000 80,000 | $2500 | $2500 | | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |
| 33 | 2007 | Mack Tractor 1M1AG10YX7M061984 | 50385 T27 | $80,895 80,000 | $2500 | $2500 | | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | | |

(Key: X = Coverage or option Applies)

01/02/19
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 21

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 34 | 2008 | Dodge Ram 4500 3D6WD68A48G227126 | 01485 T27 | $48,742 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 35 | 2020 | Ford Stake Bdy T27 | 21485 | $46,669 12,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 36 | 2019 | Dodge P/U TBD | 7398 T27 | $70,000 N/A (Robert C) | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 37 | 2017 | Land Rover Discovery TBD | 7398 T27 | $58,000 N/A (Ken M.) | $2500 | $2500 | |
| | | Loss Payee X Add'l Ins. X | Name: Address | | | | |
| 38 | 2012 | Mack Tractor 1M1AWO7YXCM024379 | 50385 T27 | $104,200 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 39 | 2006 | Sterling T27 | 40485 | $55,000 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

01/30/20
ASPHPAV

This form is for illustration only. Please read your policy for Specific terms, conditions, limitations and exclusions.

Page 22

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 40 | 2013 | Mack Tractor 1M1AWO7YD4M024380 | 50385 T27 | $104,200 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 41 | 2018 | Dodge Ram P/U 1D7RU1GT1A5216689 | 01485 FL | $ 44,700 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 42 | 2011 | Dodge Ram P/U 1D7RU1GT1A5216688 | 01485 FL | $ 44,700 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 43 | 2018 TBD | Chevy Van | 01485 T27 | $ 28,000 N/A | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 44 | 2011 | Ford E350 1FDRF3667BEA16375 | 21485 T27 | $ 37,800 10,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 45 | 2017 TBD | Ford F150 P/U | 01485 T27 | $ 30,500 N/A | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |

( Key: X = Coverage or option Applies)

01/29/19
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 23

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 46 | 2012 | Mack GU1813 Dump 1M2AX18C8CM015665 | 40485 T27 | $ 152,926 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address: | | | | |
| 47 | 2018 | Mercedes E300 WADZF4KBJA344628 | 7398 T27 | $ 62,335 Steve Plummer | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Paycom Services & Mercedes Benz Financial Serv. Address: | | | | |
| 48 | 2020 | Dodge 500 1 | 7398 FL | $26,070 N/A | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 49 | 1996 | Mack w/Bregkamp | 40479 T27 | $110,500 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 50 | 2014 | Ford Utility 1FTF1EF4DKF75546 | 21485 T27 | $49,500 26,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. Address | Name: | | | | |
| 51 | 2008 | Sterling LT9513 Dump 2FZMAZCG07AY57576 | 40479 T27 | $60,000 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

0130/20
ASPHPAV                    This form is for illustration only. Please read your policy for          Page 24
                           Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 52 | 2012 | Ford F150 P/U 1FTFX1EF4CFB07496 | 01485 T27 | $34,000 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Ford Credit Address | | | | |
| 53 | 2016 | Western Star Tractor | 50385 T27 | $115,000 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 54 | 2013 | Mack Tractor | 50385 T27 | $106,200 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 55 | 2011 | Mack Tractor | 50385 T27 | $106,200 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 56 | 2016 | Ford F-450 | 21485 T27 | $60,000 26,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 57 | 2015 | Caterpillar Tractor | 50385 T27 | $158,126 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

01/29/19
ASPHPAV                    This form is for illustration only. Please read your policy for                    Page 25
Specific terms, conditions, limitations and exclusions.

# SCHEDULE OF VEHICLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 58 | 2012 | Ford F450 | 21485 T27 | $49,000 10,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 59 | 2018 | Ford F450 | 21485 T27 | $49,000 10,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 60 | 2012 | Dodge Ram P/U | 01485 T27 | $32,000 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 61 | 2004 | Dodge Ram P/U 3D7LA38C04G248914 | 01485 T27 | $22,000 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 62 | 2016 | Dodge P/U | 01485 T27 | $50,000 8,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 63 | 2014 | Dodge Ram P/U 1C6RR7JMXES406735 | 01485 T27 | $50,195 8,000 | $2500 | $2500 | |
| | | Loss Payee X Add'l Ins. | Name: Chrysler Capital Address | | | | |
| 64 | 2015 | Dodge Ram P/U 1C6RR7GM5FS | 01485 T | $50,195 8,000 (Florida) | $2500 | $2500 | |
| | | Loss Payee X Add'l Ins. | Name: Chrysler Capital Address | | | | |

( Key: X = Coverage or option Applies)

01/29/19
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 26

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| ITEM NO. | YEAR | MAKE/MODEL SERIAL NO. | CODE TERR | COST GVW | COMP. DED. | COLL. DED. | TOW RR |
|---|---|---|---|---|---|---|---|
| 65 | 2015 | CAT Tri Axel | 40479 T27 | $166,000 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 66 | 2014 | Ford F-450 Utility P/U | 02485 T27 | $45,000 12,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 67 | 2015 | Ford F-450Utility P/U | 02485 T27 | $45,000 12,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 68 | 2009 | Sterling Tractor 2FWJA3CV29A69 | 50385 T27 | $104,000 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |
| 69 | 2004 | Sterling Tractor 2FWJA3C29A64 | 50385 T27 | $89,000 80,000 | $2500 | $2500 | |
| | | Loss Payee Add'l Ins. | Name: Address | | | | |

( Key: X = Coverage or option Applies)

01/02/19
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 27

# SCHEDULE OF VEHICLES (Continued)

## NAMED INSURED: Asphalt Paving Systems, etal

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | 2013 | Chevy Sierra P/U | 01485 T | $ 20,000 8,000 GA | $2500 | $2500 |
| | | Loss Payee Add'l Ins. | Name: | Address | | |
| 71 | 2013 | International Dump | 40485 T | $90,000 45,000 | $2500 | $2500 |
| | | Loss Payee Add'l Ins. | Name: | Address | | |
| 72 | 2015 | Kenworth Tractor | 50385 T | $120,000 80,000 | $2500 | $2500 |
| | | Loss Payee Add'l Ins. | Name: | Address | | |
| 73 | 2004 | Mack Oil Truck | 40479 T | $50,000 45,000 | $2500 | $2500 |
| | | Loss Payee Add'l Ins. | Name: | Address | | |
| 74 | 2002 | Pitt Trailer, Low Bed | 67485 T | $25,000 N/A | $2500 | $2500 |
| | | Loss Payee Add'l Ins. | Name: | Address | | |
| 75 | 2001 | Polar Trailer | 67485 T | $20,000 N/A | $2500 | $2500 |
| | | Loss Payee Add'l Ins. | Name: | Address | | |
| 76 | 2019 | Western Star Dump | 40485 T | $167,000 45,000 | $2500 | $2500 |
| | | Loss Payee Add'l Ins. | Name: | Address | | |

Key: X = Coverage or option Applies)

01/13/20
ASPHPAV                This form is for illustration only. Please read your policy for                Page 28
Specific terms, conditions, limitations and exclusions.

## SCHEDULE OF VEHICLES (Continued)

NAMED INSURED: Asphalt Paving Systems, etal

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | 2020 | Western Star Dump | 40485 T | $167,000 45,000 | $2500 | $2500 |
| | | Loss Payee Add'l Ins. | Name: | Address | | |
| 78 | 2019 | Dodge Ram 1500 | 01485 T | $38,700 8,000 | $2500 | $2500 |
| | | Loss Payee Add'l Ins. | Name: | Address | | |

Key: X = Coverage or option Applies)

01/13/20
ASPHPAV

This form is for illustration only. Please read your policy for
Specific terms, conditions, limitations and exclusions.

Page 29