# **EXHIBIT Q**

Audit Cover

# Audit Cover

ZURICH

**Insured:** ASPHALT PAVING SYSTEM, INC.

**Website:** http://www.asphaltpavingsystems.com

**Policy Info:** BAP-0191409-00; Eff: 04/01/16 to 04/01/17
GLO-0191406-00; Eff: 04/01/16 to 04/01/17
WC-0191407-00; Eff: 04/01/16 to 04/01/17

**Audit Date:** 07/01/17   ☐ This is a Revised Audit

**Date Updated:** 07/21/17

**Audit Period:** 04/01/16   to   04/01/17

**Author:** Michael Rivituso

## Audit Basics

**Policy Type:** ☑ Workers Comp  ☑ General Liability  ☑ Auto  ☐ Other (indicate

**Method:** ☑ Physical  ☐ Telephone  ☐ Service Review  ☐ Service Visit  ☐ Other (indicate

**Specialty:** ☐ OCIP  ☐ CCIP  ☐ Other (indicate  PHYSICAL

## Contact Summary

| Name | Contact Type | Provided Audit Data | Title | Phone # | Email | Street Address | City, State | Zip | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ROBERT CAPOFERRI | Primary Contact | Yes | Pres | 609-561-4161 | ndolfi@asphaltpavingsystems.c | 500 N EGG HARBO | HAMMONTON, NJ | 08037-3201 | |

## Policy Summary

| Policy # | Class Description | State | Class Code | Exposure Basis | Estimated Exposure | Audited Exposure | % Change | CC Combination | Entity |
|---|---|---|---|---|---|---|---|---|---|
| BAP-0191409-00 | Auto PD - Collision | | | POWER UNITS | 63 | 63 | -100% | | ASPHALT PAVING SYSTEMS, INC. |
| BAP-0191409-00 | Auto PD - Comprehensive | | | POWER UNITS | 63 | 63 | -100% | | ASPHALT PAVING SYSTEMS, INC. |

Redacted

Operations Description

# Description of Operations

**ZURICH**

| Insured: | ASPHALT PAVING SYSTEM, INC. |
|---|---|
| Policy Info: | BAP-0191409-00; Eff: 04/01/16 to 04/01/17<br>GLO-0191406-00; Eff: 04/01/16 to 04/01/17<br>WC-0191407-00; Eff: 04/01/16 to 04/01/17 |
| Date Updated: | 07/21/17 |

## Insured

| FEIN# | Named Insured | Entity Type | Active? |
|---|---|---|---|
| Redacted | Asphalt Paving Systems- | Corporation | yes |
| | Short Transport- | Corporation | NO |
| | Shore Road Maintenance | Corporation | NO |
| | Thomas Gannon and sons | Corporation | yes |
| | Shore Slurry seal | Sole Proprietor | NO |
| | Shore Micro surfacing Systems | Corporation | NO |
| | PMP construction | Corporation | NO |
| | Shore building contractors | Corporation | NO |
| | Aspen Construction Management | Corporation | NO |
| | 11 Chew Development | Corporation | NO |
| | Code Orange llc | LLC | NO |
| | r cap llc | LLC | NO |
| | ONLY TWO ACTIVE ENTITIES | | |

## Location

| Policy (Loc) | Description | State |
|---|---|---|
| Redacted | | |

Operations Description



**Operations Description**

| Overview | Describe |
|---|---|
| NJ 5500 | |
| 5606 NJ & FL | |
| 5200 NJ 5221 FL | |
| 8227 NJ & FL | |
| 8742 NJ NY FL | |
| 8810 NY & FL | |
| FL 5506 | |
| FORMAN | |
| | |
| | |
| GL | |
| AUTO | POWER UNTIS BASED SAME AS ESTIMATE |

Operations Description

**Special Considerations**

**Class Codes** — Describe

**States** — Describe

**Other** — Describe

- ☐ Interchange of Labor
- ☐ Multiple Levels of Supervision
- ☐ Drivers Only
- ☑ Contractors Yard
- ☑ Contract / Cash Labor
- ☐ Aircraft
- ☑ Subcontractors
- ☐ New or Discontinued Ops
- ☐ Other



Redacted

Owner Officer

## Owner, Officer and Partner Information

ZURICH

| Name | Title | Job Duties | Pct of Stock | States | Class | Audited Exposure |
|---|---|---|---|---|---|---|
| ROBERT CAPOFERRI | Redacted | | 0% | 1 | 1 | 130,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Records Detail

**Record Details**

ZURICH

| Records Used | Comments |
|---|---|
| ☑ General Ledger | Redacted |
| ☑ Sales Journals | |
| ☐ Cash Disbursements | |
| ☑ Certificates of Insurance | |
| ☐ Checkbook or Check Register | |
| ☑ Payroll Registers / Journals | |
| ☑ Third Party Payroll Provider | |
| ☐ Vehicle Titles / Registrations | |
| ☑ Vehicle Scheduled / Fleet List | |
| ☑ Profit & Loss Statement | |
| ☐ OCIP Monthly Payroll Reports | |
| ☐ OCIP Enrollment Forms | |
| ☐ OCIP Job Cost Reports | |
| ☐ OCIP Specific Payroll Reports | |
| ☐ OCIP Notice of Completion | |
| ☐ Contract / Change Order | |
| ☐ Other | |

Confidential
INTERNAL USE ONLY

Records Detail

**Verification**

- ☑ Federal 941's
- ☐ State Unemployment Forms
- ☐ W2, W3, 940, Tax Return (annual Docs)
- ☐ 1099's
- ☐ Income Statement
- ☑ Overtime
- ☐ CA Dual Wage
- ☑ Claims
- ☐ Other

Comments: Redacted

**Additional Considerations**

- ☐ 401K Plan
- ☑ 125 Cafeteria Plan
- ☐ Severance Pay
- ☐ Bonus Pay
- ☐ Commissions
- ☐ Intercompany Sales
- ☐ Relative Working in Business
- ☐ Temporary or Leased Employees
- ☐ Wrap-ups

Comments: Redacted

Page 7 of 12

Records Detail

| | |
|---|---|
| ☐ USL&H Exposures | |
| ☐ Hire Mobile Equipment | |
| ☐ Hired Auto | |
| ☐ Equipment Rented to Others | |
| ☐ Work Off Premises | |
| ☐ Tips | |
| ☐ Tips To Minimum | |
| ☐ Night Shift | |
| ☐ Other | |

Audit Review

# Summary of Audit Review

ZURICH

**Insured:** ASPHALT PAVING SYSTEM, INC.

**Policy Info:** BAP-0191409-00; Eff: 04/01/16 to 04/01/17
GLO-0191406-00; Eff: 04/01/16 to 04/01/17
WC-0191407-00; Eff: 04/01/16 to 04/01/17

☑ Renewed

**Renewal Effective:** 04/01/17

**Notification to:** ☑ Underwriter  ☐ TOC  ☐ Other  ☐ LeadZ Included

## Key Contacts

**Insured:** ROBERT CAPOFERRI

**Agent:**

**Underwriter:** KAREN ECKERT

## Key Discussions

| | Describe |
|---|---|
| Exit Interview | EXIT INTERVIEW PERFORMED WITH INSURED ROVBERT A COPY WAS EMAILED AND HE AGREED WITH THE AUDIT. |
| Renewal | Redacted |
| Audit Results Review | |

Page 9 of 12

Audit Review

**Underwriting Alerts**

| | Redacted | Describe |
|---|---|---|
| ☑ Update Renewal | | |
| ☐ % Change | | |
| ☐ State Added | | |
| ☐ New Entity | | |
| ☐ Non-Compliance | | |
| ☐ Other | | |

**TOC Alerts**

| | | |
|---|---|---|
| ☐ Audit being setup by Entity / Location Billed Separately | | |
| ☐ Inadequate Records / Lack of cooperation | | |
| ☐ Revised Audit | | |
| ☐ Classification Changes | | |
| ☐ Update Ace: Audit Location Different than Policy | | |
| ☐ Other | | |

Audit Review

| Other | Describe |
|---|---|
| **LeadZ** - How is Zurich Doing? | |
| **LeadZ** - Are there any products and services you are interested in Zurich providing? | |
| Other Audit Issues | |
| Misc Notes | |
| | |

Page 11 of 12

Notes

*Hide all rows above and including this one, as bordered by RED cells.*
*- - - This page intentionally left blank. Do not enter information on this tab.- - -*