# EXHIBIT R

**ZURICH**

Page 1 of 4

# Audit Cover

Insured: ASPHALT PAVING SYSTEMS, INC.

Date Updated: 7/27/2018                                                                 Audit Date: 7/27/2018
Author: Michael Rivituso                                                                Audit Period: 4/1/2017
Website: http://www.asphaltpavingcorp.net/                                                           to: 4/1/2018
Policy Info: BAP-0191409-03; Eff: 04/01/17 to 04/01/18
             GLO-0191406-03; Eff: 04/01/17 to 04/01/18
             WC-0191407-01; Eff: 04/01/17 to 04/01/18

## Audit Basics

Policy Type: Workers Comp,General Liability,Automobile
Method: Physical,physical
Specialty:

## Contact Summary

Tammi Massey                                      500 N EGG HARBOR RD HAMMONTON, NJ 08037-3201
Title: Bookkeeper                                                         Contact Type: Primary Contact
Phone: 6095614161    Email: Tammi Massey <tmassey@asphaltpavingsystems.com>    Provided Audit Data: Yes
Comments:

## Policy Summary

Policy #: BAP-0191409-03

Entity: ASPHALT PAVING SYSTEMS, INC.

| Class Description | State | Class Code | Exposure Basis | Estimated Exposure | Audited Exposure | % Change |
|---|---|---|---|---|---|---|
| Auto PD - Collsion | NJ | 4594 | Composite Rated, Weight Not Applicable, Business Use Not Applicable, Radius Not | 67.00 | 67.00 | |

**Policy Summary**

**Policy #:** BAP-0191409-03

**Entity:** ASPHALT PAVING SYSTEMS, INC.

| Class Description | State | Class Code | Exposure Basis | Estimated Exposure | Audited Exposure | % Change |
|---|---|---|---|---|---|---|
| Auto PD - Comprehensive | NJ | 4594 | Composite Rated, Weight Not Applicable, Business Use Not Applicable, Radius Not | 67.00 | 67.00 | |
| Auto PD - Collision | NJ | 4594 | Composite Rated, Weight Not Applicable, Business Use Not Applicable, Radius Not | 9.00 | 8.50 | -5.60% |
| ASPHALT PAVING SYSTEMS, INC. Subtotal | | | | 143 | 143 | |
| BAP-0191409-03 Total | | | | 143 | 143 | |

**Policy Summary**

**Policy #:** GLO-0191406-03

**Entity:** ASPHALT PAVING SYSTEMS, INC.

| Class Description | | Class Code | Exposure Basis | Estimated Exposure | Audited Exposure | |
|---|---|---|---|---|---|---|

[Remainder of table redacted]

**Policy Summary**

**Policy #:** GLO-0191406-03

**Entity:** ASPHALT PAVING SYSTEMS, INC.

**Policy Summary**

**Policy #:** WC-0191407-01



Redacted

**Policy Summary**

**Policy #:** WC-0191407-01

**Entity:** THOMAS H. GANNON AND SONS, INC.

| Class | Exposure | Estimated | Audited |
|---|---|---|---|




# Description of Operations

Insured: ASPHALT PAVING SYSTEMS, INC.

Policy Info: BAP-0191409-03; Eff: 04/01/17 to 04/01/18
GLO-0191406-03; Eff: 04/01/17 to 04/01/18
WC-0191407-01; Eff: 04/01/17 to 04/01/18

Date Updated: 7/27/2018

### Insured

| FEIN # | Named Insured | Entity Type | Active? |
|---|---|---|---|
| Redacted | Asphalt Paving Systems- | Corporation | yes |
| | Short Transport- | Corporation | NO |
| | Shore Road Maintenance | Corporation | NO |
| | Thomas Gannon and sons | Corporation | yes |
| | Shore Slurry seal | Sole Proprietor | NO |
| | Shore Micro surfacing Systems | Corporation | NO |
| | PMP construction | Corporation | NO |
| | Shore building contractors | Corporation | NO |
| | Aspen Construction Management | Corporation | NO |
| | 11 Chew Development | Corporation | NO |
| | Code Orange llc | LLC | NO |
| | r cap llc | LLC | NO |
| | ONLY TWO ACTIVE ENTITIES | | |

### Location





NJ 5500

5606 NJ & FL

5200 NJ 5221 FL

8227 NJ & FL

8742 NJ NY FL

8810 NY & FL

FL 5506

FORMAN

GL

AUTO   POWER UNTIS BASED SAME AS ESTIMATE

**Special Considerations**

**Other**   **Describe**

Contractors Yard   YES

Contract / Cash Labor   NONE HIRED

Subcontractors   INSURED CERTIFCATES OF INSURANCE EXAMINED AND ON FILE



# Summary of Audit Review

Insured: ASPHALT PAVING SYSTEMS, INC.

Policy Info: BAP-0191409-03; Eff: 04/01/17 to 04/01/18
GLO-0191406-03; Eff: 04/01/17 to 04/01/18
WC-0191407-01; Eff: 04/01/17 to 04/01/18
Renewal Found

Renewal Effective: 4/1/2018
Notification to: Underwriter

**Key Contacts**
Insured         ROBERT CAPOFERRI
Underwriter     KAREN ECKERT

**Key Discussions**
Exit Interview

**Describe**
EXIT INTERVIEW PERFORMED WITH INSURED ROBERT A COPY WAS EMAILED AND HE AGREED WITH THE AUDIT.

Audit Results Review    Redacted

Free Form

**Describe**
ADJUST PER AUDIT

**Underwriting Alerts**
Update Renewal          Redacted

Percent Change

Page 1 of 1