# EXHIBIT S



ZURICH

Page 1 of 3

# Audit Cover

Insured: ASPHALT PAVING SYSTEMS, INC.

Date Updated: 8/13/2019     Audit Date: 8/13/2019

Author: Alexa McCann     Audit Period: 4/1/2018 to: 4/1/2019

Website: http://www.asphaltpavingcorp.net/

Policy Info: BAP-0191409-02; Eff: 04/01/18 to 04/01/19
GLO-0191406-02; Eff: 04/01/18 to 04/01/19
WC-0191407-02; Eff: 04/01/18 to 04/01/19

## Audit Basics

Policy Type: Workers Comp, General Liability, Automobile

Method: Physical, Physical

Specialty:

## Contact Summary

Tammi Massey     500 N EGG HARBOR RD HAMMONTON, NJ 08037-3201

Title: Bookkeeper     Contact Type: Primary Contact

Phone: 6095614161     Email: tmassey@asphaltpavingsystems.com     Provided Audit Data: Yes

Comments:

## Policy Summary

Policy #: BAP-0191409-02

Entity: ASPHALT PAVING SYSTEMS, INC.

| | Class Description | State | Class Code | Exposure Basis | Estimated Exposure | Audited Exposure | % Change |
|---|---|---|---|---|---|---|---|
| AL | | All | 4414 | Composite Rated, Weight Not Applicable, Business Use Not Applicable, Radius Not | 67.00 | 66.00 | -1.50% |

## Policy Summary

**Policy #:** BAP-0191409-02

**Entity:** ASPHALT PAVING SYSTEMS, INC.

| | Class Description | State | Class Code | Exposure Basis | Estimated Exposure | Audited Exposure | % Change |
|---|---|---|---|---|---|---|---|
| APD | | All | 4414 | Composite Rated, Weight Not Applicable, Business Use Not Applicable, Radius Not | 77.00 | 76.50 | -0.60% |
| | ASPHALT PAVING SYSTEMS, INC. Subtotal | | | | 144 | 143 | |
| | BAP-0191409-02 Total | | | | 144 | 143 | |

## Policy Summary

**Policy #:** GLO-0191406-02

**Entity:** ASPHALT PAVING SYSTEMS, INC.



**Policy Summary**
**Policy #:** WC-0191407-02
**Entity:** ASPHALT PAVING SYSTEMS, INC.

Redacted



## Description of Operations

Insured: ASPHALT PAVING SYSTEMS, INC.

Policy Info: BAP-0191409-02; Eff: 04/01/18 to 04/01/19
GLO-0191406-02; Eff: 04/01/18 to 04/01/19
WC-0191407-02; Eff: 04/01/18 to 04/01/19

Date Updated: 8/13/2019



Page 1 of 2

| Policy (Loc) | Description | State | Zip |
|---|---|---|---|
| | All other locations on GL policy are not active properties | | |

**Operations Description**

**Overview** — **Describe**

Asphalt Paving Systems Inc, is a paving company in Hammonton NJ. Asphalt Paving Systems, Inc. does micro surface installation and road construction projects in New Jersey, New York, Pennsylvania, Delaware, Maryland, Georgia and Florida. They work on site development, drainage, pipe work, all types of concrete construction, and paving. They perform work for states and public governments only.

Thomas Gannon

NJ 5500

5606 NJ & FL

5200 NJ 5221 FL

8227 NJ & FL

8742 NJ NY FL

8810 NY & FL

FL 5506

GL

BAP — Auto is composite rated on AL and APD. Prior audit values and ending vehicle counts are average together to get the final audited value.

**Special Considerations**

**Other** — **Describe**

Contractors Yard

Contract / Cash Labor

Subcontractors

[Redacted]



# Summary of Audit Review

Page 1 of 1

Insured: ASPHALT PAVING SYSTEMS, INC.

Policy Info: BAP-0191409-02; Eff: 04/01/18 to 04/01/19
GLO-0191406-02; Eff: 04/01/18 to 04/01/19
WC-0191407-02; Eff: 04/01/18 to 04/01/19
Renewal Found

Renewal Effective: Policies renewed 4/1/19-20
Notification to: Underwriter, TOC

**Key Contacts**

Insured            Tammi Massey
Agent              MCKEE RISK MANAGEMENT INC
Underwriter        Eckert, Karen

**Key Discussions**

Exit Interview

**Describe**

Spoke to Tammi, reviewed results, she had no questions.

Renewal

The insured did renew, policy estimates still lower than audited values, insured expected as they usually are higher than the policy estimates.

Overall, 1% variance for auto, Redacted

Audit Results Review

Redacted

**Underwriting Alerts**

Update Renewal

**Describe**

Some entities are no longer active.

Percent Change

Overall, 1% variance for auto, Redacted

Redacted

**TOC Alerts**

**Describe**

Audit being setup by Entity / Location Billed Separately

Redacted