# EXHIBIT T



Page 1 of 1

# Summary of Audit Review

Insured: ASPHALT PAVING SYSTEMS, INC.
Policy Info: BAP-0191409-04; Eff: 04/01/19 to 04/01/20
WC-0191407-03; Eff: 04/01/19 to 04/01/20
Renewal Found
Renewal Effective: Policies renewed 4/1/20-21
Notification to: Underwriter

### Key Contacts
Insured          Lauren Rzucidlo
Agent            MCKEE RISK MANAGEMENT INC
Underwriter      Eckert, Karen

### Key Discussions
Exit Interview

**Describe**
Spoke to Lauren, reviewed results, she had no questions.

Renewal             The insured did renew, policy estimates still lower than audited values.
Audit Results Review    0% variance for auto Redacted

Redacted

### Underwriting Alerts
Update Renewal

**Describe**
Redacted

Percent Change       0% variance for auto Redacted

Redacted



# Audit Cover

**Insured:** ASPHALT PAVING SYSTEMS, INC.

Date Updated: 7/31/2020  
Author: Alexa McCann  
Website: http://www.asphaltpavingcorp.net/  
Policy Info: BAP-0191409-04; Eff: 04/01/19 to 04/01/20  
WC-0191407-03; Eff: 04/01/19 to 04/01/20

Audit Date: 7/31/2020  
Audit Period: 4/1/2019 to: 4/1/2020

## Audit Basics

Policy Type: Workers Comp,Automobile  
Method: Physical,Physical  
Specialty:

## Contact Summary

Lauren Rzucidlo  
Title: Accountant  
Phone: 609-561-4161   Email: lrzucidlo@asphaltpavingsystems.com

500 N EGG HARBOR RD  HAMMONTON, NJ  08037-3201  
Contact Type: Primary Contact  
Provided Audit Data: Yes

Comments:

## Policy Summary

**Policy #:** BAP-0191409-04  
**Entity:** ASPHALT PAVING SYSTEMS, INC.

| Class Description | State | Class Code | Exposure Basis | Estimated Exposure | Audited Exposure | % Change |
|---|---|---|---|---|---|---|
| Power Units | All | 4414 | Composite Rated, Weight Not Applicable, Business Use Not Applicable, Radius Not | 67.00 | 67.00 | |

**Policy Summary**

**Policy #:** BAP-0191409-04

**Entity:** ASPHALT PAVING SYSTEMS, INC.

| Class Description | State | Class Code | Exposure Basis | Estimated Exposure | Audited Exposure | % Change |
|---|---|---|---|---|---|---|
| Trailers | All | 4414 | Composite Rated, Weight Not Applicable, Business Use Not Applicable, Radius Not | 10.00 | 10.00 | |
| ASPHALT PAVING SYSTEMS, INC. Subtotal | | | | 77 | 77 | |
| BAP-0191409-04 Total | | | | 77 | 77 | |

**Policy Summary**

**Policy #:** WC-0191407-03

**Entity:** ASPHALT PAVING SYSTEMS, INC.



**Policy Summary**

**Policy #:** WC-0191407-03

**Entity:** ASPHALT PAVING SYSTEMS, INC.

| Class | Exposure | Estimated | Audited |
|---|---|---|---|



Redacted



Page 1 of 2

## Description of Operations

Insured: ASPHALT PAVING SYSTEMS, INC.

Policy Info: BAP-0191409-04; Eff: 04/01/19 to 04/01/20
WC-0191407-03; Eff: 04/01/19 to 04/01/20

Date Updated: 7/31/2020

Redacted

Redacted

**Operations Description**

Overview **Describe**

Asphalt Paving Systems Inc, is a paving company in Hammonton NJ. Asphalt Paving Systems, Inc. does micro surface installation and road construction projects in New Jersey, New York, Pennsylvania, Delaware, Maryland, Georgia and Florida. They work on site development, drainage, pipe work, all types of concrete construction, and paving. They perform work for states and public governments only. No Changes in operations this year.

Thomas Gannon

NJ 5500

5606 NJ & FL

5200 NJ 5221 FL

8227 NJ & FL

8742 NJ NY FL

8810 NY & FL

FL 5506

BAP

Auto is composite rated on AL and APD. Prior audit values and ending vehicle counts are average together to get the final audited value.

**Special Considerations**

Other **Describe**

Contractors Yard         Redacted
Contract / Cash
Labor
Subcontractors