# EXHIBIT U



# Summary of Audit Review

Insured: ASPHALT PAVING SYSTEMS, INC.

Policy Info: BAP-0191409-05; Eff: 04/01/20 to 04/01/21
WC-0191407-04; Eff: 04/01/20 to 04/01/21

Renewal Effective: Renewal Found
Notification to: Policies not renewed.
Underwriter

## Key Contacts

Insured: Lauren Rzucidlo
Agent: MCKEE RISK MANAGEMENT INC
Underwriter: Eckert, Karen

## Key Discussions

**Exit Interview** **Describe**
Spoke to Lauren, reviewed results, she had no questions.

**Renewal**
The insured did not renew.

**Audit Results Review**
0% for Auto Redacted                                    Auto policy had issues per endorsement
Redacted
vehicles were missing from original beginning vehicle count. Per manager should use policy estimate as
beginning and end count as insured cannot provide an acurate vehicle count for audit as insured has lied
about amount of vehicles several times.

## Underwriting Alerts

**Percent Change** **Describe**
0% for Auto Redacted                                    Auto policy had issues per endorsement
Redacted
vehicles were missing from original beginning vehicle count. Per manager should use policy estimate as
beginning and end count as insured cannot provide an acurate vehicle count for audit as insured has lied
about amount of vehicles several times.



# Audit Cover

**Insured:** ASPHALT PAVING SYSTEMS, INC.

Date Updated: 7/5/2021
Author: Alexa McCann
Website: http://www.asphaltpavingcorp.net/
Policy Info: BAP-0191409-05; Eff: 04/01/20 to 04/01/21
WC-0191407-04; Eff: 04/01/20 to 04/01/21

Audit Date: 7/5/2021
Audit Period: 4/1/2020 to: 4/1/2021

## Audit Basics

Policy Type: Workers Comp,Automobile
Method: Physical,Physical
Specialty:

## Contact Summary

Lauren Rzucidlo    500 N EGG HARBOR RD  HAMMONTON, NJ  08037-3201
Title: Accountant    Contact Type: Insured
Phone: 954-770-0080    Email: lrzucidlo@asphaltpavingsystems.com    Provided Audit Data: Yes

Comments:

## Policy Summary

**Policy #:** BAP-0191409-05
**Entity:** ASPHALT PAVING SYSTEMS, INC.

| | Class Description | State | Class Code | Exposure Basis | Estimated Exposure | Audited Exposure | % Change |
|---|---|---|---|---|---|---|---|
| AL | | All | 4414 | | 277.00 | 277.00 | |
| APD | | All | 4414 | | 277.00 | 277.00 | |
| | ASPHALT PAVING SYSTEMS, INC. Subtotal | | | | 554 | 554 | |
| | BAP-0191409-05 Total | | | | 554 | 554 | |

## Policy Summary

**Policy #:** WC-0191407-04
**Entity:** ASPHALT PAVING SYSTEMS, INC.

**Policy Summary**
**Policy #:** WC-0191407-04
**Entity:** ASPHALT PAVING SYSTEMS, INC.



Redacted



## Description of Operations

Insured: ASPHALT PAVING SYSTEMS, INC.

Policy Info: BAP-0191409-05; Eff: 04/01/20 to 04/01/21
WC-0191407-04; Eff: 04/01/20 to 04/01/21

Date Updated: 7/5/2021



Redacted

**Operations Description**

Overview  **Describe**

Asphalt Paving Systems Inc, is a paving company in Hammonton NJ. Asphalt Paving Systems, Inc. does micro surface installation and road construction projects in New Jersey, New York, Pennsylvania, Delaware, Maryland, Georgia and Florida. They work on site development, drainage, pipe work, all types of concrete construction, and paving. They perform work for states and public governments only. No Changes in operations this year.

Thomas Gannon

5500/5506        Redacted

5606

5200/5221

8227

8742

8810

BAP    Auto is composite rated on AL and APD. Prior audit values and ending vehicle counts are average together to get the final audited value. Policy estimates used for end count due to issue with vehicle count and mid-term endorsement. Per manager approval used estimates for end count.

**Special Considerations**

**States**   **Describe**

PA    Redacted

**Other**   **Describe**

Multiple Levels of Supervision    Redacted

Contractors Yard

Contract / Cash Labor

Subcontractors