# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>　　　　　　Defendant. | Civil Action No.:   1:22-cv-01535-CPO-MJS<br><br>Hon. Christine P. O'Hearn<br><br>**AGREED RULE 502 ORDER** |

　　　Pursuant to Rule 502(d) of the Federal Rules of Evidence, the undersigned parties to this action jointly request entry of this Agreed Order, which is intended to prevent attorney-client and work product privilege or protection from being waived by disclosure connected with the captioned litigation.

　　　**IT IS HEREBY ORDERED, ON CONSENT OF THE PARTIES:**

　　　(i) The production of materials, inadvertent or otherwise, shall not be deemed a waiver of attorney-client privilege or work product protection in this civil action or in any other federal or State proceeding.

　　　(ii) Nothing in (i) above shall limit the right of a party or subpoenaed nonparty to conduct a reasonable review of materials for relevance or otherwise in response to a discovery request or requests.

**DATED:** _____　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Judge**

-2-

**CONSENTED TO BY:**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| /s/ *Christopher B. Fontenelli* | /s/ *John F. Palladino* |
| Christopher B. Fontenelli (082532014)<br>LOCKE LORD LLP<br>One Gateway Center<br>Newark, NJ 07102<br>T: 973-520-2300<br>cfontenelli@lockelord.com<br><br>Steven T. Whitmer (*pro hac vice*)<br>Julie L. Young (*pro hac vice*)<br>Hannah M. Oswald (*pro hac vice*)<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>T: 312-443-0254<br>swhitmer@lockelord.com<br>jyoung@lockelord.com<br>hannah.oswald@lockelord.com<br><br>*Attorneys for Plaintiff Zurich American Insurance Company* | John F. Palladino (042771989)<br>Colin G. Bell (018552005)<br>HANKIN SANDMAN PALLADINO<br>WEINTROB & BELL, P.C.<br>30 S. New York Avenue<br>Atlantic City, NJ 08401<br>T: 609-344-5161<br>john@hankinsandman.com<br>coling@hankinsandman.com<br><br>*Attorneys for Defendant Asphalt Paving Systems, Inc.* |