

One Gateway Center
26th Floor, Suite 18
Newark, NJ 07102
Telephone: 973-520-2300
Fax: 212-303-2754
www.lockelord.com

Christopher B. Fontenelli
Direct Telephone: 212-912-2730
Direct Fax: 888-325-9702
christopher.fontenelli@lockelord.com

June 23, 2022

<u>VIA CM/ECF</u>

Clerk of the Court
For the Hon. Christine P. O'Hearn
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: <u>Zurich American Insurance Company v. Asphalt Paving Systems, Inc.</u>,
Docket No.: 1:22-cv-01535-CPO-MJS
**Request for One Cycle Adjournment Pursuant to L.Civ.R.7.1(d)(5)**

Dear Sir or Madam:

We represent Plaintiff Zurich American Insurance Company ("Zurich") in the above-referenced matter. On June 17, 2022, Defendant Asphalt Paving Systems Inc. ("Asphalt Paving") filed a Motion to Dismiss Plaintiffs' Amended Complaint. The Motion is currently returnable July 18, 2022.

Pursuant to L. Civ. R. 7.1(d)(5), please allow this letter to serve as Plaintiff's first request for the automatic one (1) cycle adjournment. The originally noticed Motion return date of July 18, 2022 has not previously been extended or adjourned. With the automatic extension of time, the motion will now be returnable August 1, 2022. Plaintiff's opposition to the Motion will be due on or before July 18, 2022 and any reply shall be due on or before July 25, 2022.

As always, we thank the Court for its consideration of and attention to this matter.

Sincerely,

LOCKE LORD LLP

*/s/ Christopher B. Fontenelli*

Christopher B. Fontenelli (082532014)

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

A Delaware Limited Liability Partnership including Professional Corporations – Partner in Charge: Lisa Ann T. Ruggiero