# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Zurich American Insurance | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-01535 |
| Asphalt Paving Systems, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Asphalt Paving Systems, Inc.

Date: 03/28/2023

/s/Amanda Szmuc
*Attorney's signature*

Amanda Szmuc, Esq. ID#409552022
*Printed name and bar number*

30 S. New York Avenue
Atlantic City, NJ 08401

*Address*

amandas-h@hankinsandman.com
*E-mail address*

*Telephone number*

*FAX number*