**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Zurich American Insurance Company<br><br>    Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>    Defendant. | Civil Action No.:<br><br>1:22-cv-01535-CPO-MJS<br><br>**[PROPOSED] ORDER ON JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES** |

This matter coming to be heard on the Joint Motion to Extend Case Management Deadlines submitted by Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Asphalt Paving Systems, Inc. ("Asphalt"), good cause having been show, the Court extends the remaining case management deadlines set in the Scheduling Order (ECF No. 42) as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Pretrial factual discovery | November 30, 2023 | January 30, 2024 |
| Plaintiff's expert disclosures | December 15, 2023 | February 15, 2024 |
| Defendant's expert disclosures | January 15, 2024 | March 15, 2024 |
| Expert depositions | February 16, 2024 | April 16, 2024 |
| Dispositive motions | March 15, 2024 | May 15, 2024 |

All other terms of the Scheduling Order remain in full force and effect.

**ENTERED BY:** _____

**DATED:**

**JOINTLY SUBMITTED BY:**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| /s/  Christopher B. Fontenelli | /s/ Amanda Szmuc |
| Christopher B. Fontenelli (082532014)<br>LOCKE LORD LLP<br>One Gateway Center<br>Newark, NJ 07102<br>T: 973-520-2300<br>cfontenelli@lockelord.com | John F. Palladino (042771989)<br>Colin G. Bell (018552005)<br>Amanda Szmuc (409552022)<br>HANKIN SANDMAN PALLADINO<br>WEINTROB & BELL, P.C.<br>30 S. New York Avenue<br>Atlantic City, NJ 08401<br>T: 609-344-5161<br>john@hankinsandman.com<br>coling@hankinsandman.com<br>amandas-h@hankinsandman.com |
| Steven T. Whitmer (*pro hac vice*)<br>Julie L. Young (*pro hac vice*)<br>Hannah M. Oswald (*pro hac vice*)<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>T: 312-443-0254<br>swhitmer@lockelord.com<br>jyoung@lockelord.com<br>hannah.oswald@lockelord.com | *Attorneys for Defendant Asphalt Paving Systems, Inc.* |
| *Attorneys for Plaintiff Zurich American Insurance Company* | |