[ECF No. 46]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company<br><br>    Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>    Defendant. | Civil Action No.:<br><br>1:22-cv-01535-CPO-MJS<br><br>[~~PROPOSED~~] (MJS) ORDER ON JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES |

This matter coming to be heard on the Joint Motion to Extend Case Management Deadlines submitted by Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Asphalt Paving Systems, Inc. ("Asphalt"), good cause having been show, the Court extends the remaining case management deadlines set in the Scheduling Order (ECF No. 42) as follows:

| | Current Deadline | New Deadline |
|---|---|---|
| Pretrial factual discovery | November 30, 2023 | January 30, 2024 |
| Plaintiff's expert disclosures | December 15, 2023 | February 15, 2024 |
| Defendant's expert disclosures | January 15, 2024 | March 15, 2024 |
| Expert depositions | February 16, 2024 | April 16, 2024 |
| Dispositive motions | March 15, 2024 | May 15, 2024 |

All other terms of the Scheduling Order remain in full force and effect. *The October 18, 2023 conference at 11:30 a.m. shall proceed as scheduled via teleconference. See ECF No. 45.*

ENTERED BY: _____

SO ORDERED this 11th day of September 2023

DATED:

_[signature]_
**Matthew J. Skahill, USMJ**

**JOINTLY SUBMITTED BY:**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| /s/ *Christopher B. Fontenelli* | /s/ *Amanda Szmuc* |

Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, NJ 07102
T: 973-520-2300
cfontenelli@lockelord.com

Steven T. Whitmer (*pro hac vice*)
Julie L. Young (*pro hac vice*)
Hannah M. Oswald (*pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
T: 312-443-0254
swhitmer@lockelord.com
jyoung@lockelord.com
hannah.oswald@lockelord.com

*Attorneys for Plaintiff Zurich American Insurance Company*

John F. Palladino (042771989)
Colin G. Bell (018552005)
Amanda Szmuc (409552022)
HANKIN SANDMAN PALLADINO
WEINTROB & BELL, P.C.
30 S. New York Avenue
Atlantic City, NJ 08401
T: 609-344-5161
john@hankinsandman.com
coling@hankinsandman.com
amandas-h@hankinsandman.com

*Attorneys for Defendant Asphalt Paving Systems, Inc.*