**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Zurich American Insurance Company<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>　　　　　　Defendant. | Civil Action No.:<br><br>1:22-cv-01535-CPO-MJS<br><br>**[PROPOSED] ORDER ON JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES** |

　　　　This matter coming to be heard on the Joint Motion to Extend Case Management Deadlines submitted by Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Asphalt Paving Systems, Inc. ("Asphalt"), good cause having been shown, the Court extends the remaining case management deadlines in the Scheduling Order (ECF Nos. 42, 48) as follows:

| | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| Pretrial factual discovery | January 30, 2024 | April 19, 2024 |
| Plaintiff's expert disclosures | February 15, 2024 | May 6, 2024 |
| Defendant's expert disclosures | March 15, 2024 | June 3, 2024 |
| Expert depositions | April 16, 2024 | July 8, 2024 |
| Dispositive motions | May 15, 2024 | August 3, 2024 |

　　　　All other terms of the Scheduling Order remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　**ENTERED BY:** _____

　　　　　　　　　　　　　　　　　　　　**DATED:**

**JOINTLY SUBMITTED BY:**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| /s/ *Christopher B. Fontenelli* | /s/ *Amanda Szmuc* |
| | |
| Christopher B. Fontenelli (082532014) | John F. Palladino (042771989) |
| LOCKE LORD LLP | Colin G. Bell (018552005) |
| One Gateway Center | Amanda Szmuc (409552022) |
| Newark, NJ 07102 | HANKIN SANDMAN PALLADINO |
| T: 973-520-2300 | WEINTROB & BELL, P.C. |
| cfontenelli@lockelord.com | 30 S. New York Avenue |
| | Atlantic City, NJ 08401 |
| Steven T. Whitmer (*pro hac vice*) | T: 609-344-5161 |
| Julie L. Young (*pro hac vice*) | john@hankinsandman.com |
| Hannah M. Oswald (*pro hac vice*) | coling@hankinsandman.com |
| LOCKE LORD LLP | amandas-h@hankinsandman.com |
| 111 South Wacker Drive | |
| Chicago, IL 60606 | *Attorneys for Defendant Asphalt Paving* |
| T: 312-443-0254 | *Systems, Inc.* |
| swhitmer@lockelord.com | |
| jyoung@lockelord.com | |
| hannah.oswald@lockelord.com | |

*Attorneys for Plaintiff Zurich American Insurance Company*