UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| Zurich American Insurance Company | Civil Action No.: |
|---|---|
| Plaintiff, | 1:22-cv-01535-CPO-MJS |
| vs. | MJS |
| Asphalt Paving Systems, Inc. | [~~PROPOSED~~] ORDER ON JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES |
| Defendant. | |

This matter coming to be heard on the Joint Motion to Extend Case Management Deadlines submitted by Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Asphalt Paving Systems, Inc. ("Asphalt"), good cause having been shown, the Court extends the remaining case management deadlines in the Scheduling Order (ECF Nos. 42, 48) as follows:

| | Current Deadline | Extended Deadline |
|---|---|---|
| Pretrial factual discovery | January 30, 2024 | April 19, 2024 |
| Plaintiff's expert disclosures | February 15, 2024 | May 6, 2024 |
| Defendant's expert disclosures | March 15, 2024 | June 3, 2024 |
| Expert depositions | April 16, 2024 | July 8, 2024 |
| Dispositive motions | May 15, 2024 | August 3, 2024 |

All other terms of the Scheduling Order remain in full force and effect.

ENTERED BY: _[signature]_

DATED: 1-18-2024

It is further ordered based on the new schedule and the update from counsel that the January 23, 2024 conference call is rescheduled for April 12, 2024 at 11:30 am. The call-in number remains 856 210-8988, access code 949 961 710#

The Clerk's office shall note that the Motion docketed as entry 51 is GRANTED.

**JOINTLY SUBMITTED BY:**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| /s/ *Christopher B. Fontenelli* | /s/ *Amanda Szmuc* |
| | |
| Christopher B. Fontenelli (082532014) | John F. Palladino (042771989) |
| LOCKE LORD LLP | Colin G. Bell (018552005) |
| One Gateway Center | Amanda Szmuc (409552022) |
| Newark, NJ 07102 | HANKIN SANDMAN PALLADINO |
| T: 973-520-2300 | WEINTROB & BELL, P.C. |
| cfontenelli@lockelord.com | 30 S. New York Avenue |
| | Atlantic City, NJ 08401 |
| Steven T. Whitmer (*pro hac vice*) | T: 609-344-5161 |
| Julie L. Young (*pro hac vice*) | john@hankinsandman.com |
| Hannah M. Oswald (*pro hac vice*) | coling@hankinsandman.com |
| LOCKE LORD LLP | amandas-h@hankinsandman.com |
| 111 South Wacker Drive | |
| Chicago, IL 60606 | *Attorneys for Defendant Asphalt Paving Systems, Inc.* |
| T: 312-443-0254 | |
| swhitmer@lockelord.com | |
| jyoung@lockelord.com | |
| hannah.oswald@lockelord.com | |
| | |
| *Attorneys for Plaintiff Zurich American Insurance Company* | |