## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company | Civil Action No.: |
|        Plaintiff, | 1:22-cv-01535-CPO-MJS |
| vs. | **[PROPOSED] ORDER ON JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES** |
| Asphalt Paving Systems, Inc. | |
|        Defendant. | |

This matter coming to be heard on the Joint Motion to Extend Case Management Deadlines submitted by Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Asphalt Paving Systems, Inc. ("Asphalt"), good cause having been shown, the Court extends the remaining case management deadlines in the Scheduling Order (ECF Nos. 52) as follows:

| | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| Pretrial factual discovery | April 19, 2024 | June 18, 2024 |
| Plaintiff's expert disclosures | May 6, 2024 | July 8, 2024 |
| Defendant's expert disclosures | June 3, 2024 | August 2, 2024 |
| Expert depositions | July 8, 2024 | September 6, 2024 |
| Dispositive motions | August 3, 2024 | October 4, 2024 |

All other terms of the Scheduling Order remain in full force and effect.


**ENTERED BY:** _____

**DATED:**

**JOINTLY SUBMITTED BY:**

| PLAINTIFF | DEFENDANT |
|---|---|

/s/  Christopher B. Fontenelli

Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, NJ 07102
T: 973-520-2300
cfontenelli@lockelord.com

Steven T. Whitmer (*pro hac vice*)
Julie L. Young (*pro hac vice*)
Hannah M. Oswald (*pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
T: 312-443-0254
swhitmer@lockelord.com
jyoung@lockelord.com
hannah.oswald@lockelord.com

*Attorneys for Plaintiff Zurich American Insurance Company*

/s/ Amanda Szmuc

John F. Palladino (042771989)
Colin G. Bell (018552005)
Amanda Szmuc (409552022)
HANKIN SANDMAN PALLADINO
WEINTROB & BELL, P.C.
30 S. New York Avenue
Atlantic City, NJ 08401
T: 609-344-5161
john@hankinsandman.com
coling@hankinsandman.com
amandas-h@hankinsandman.com

*Attorneys for Defendant Asphalt Paving Systems, Inc.*

2