[ECF 54]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company<br><br>Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>Defendant. | Civil Action No.:<br><br>1:22-cv-01535-CPO-MJS<br><br>NJR<br>[~~PROPOSED~~] ORDER ON JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES |

This matter coming to be heard on the Joint Motion to Extend Case Management Deadlines submitted by Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Asphalt Paving Systems, Inc. ("Asphalt"), good cause having been shown, the Court extends the remaining case management deadlines in the Scheduling Order (ECF Nos. 52) as follows:

|  | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| Pretrial factual discovery | April 19, 2024 | June 18, 2024 |
| Plaintiff's expert disclosures | May 6, 2024 | July 8, 2024 |
| Defendant's expert disclosures | June 3, 2024 | August 2, 2024 |
| Expert depositions | July 8, 2024 | September 6, 2024 |
| Dispositive motions | August 3, 2024 | October 4, 2024 |

All other terms of the Scheduling Order remain in full force and effect.

ENTERED BY: _/s/ Matt Skahill_

DATED: 4-2-24

Further Ordered: The April 11, 2023 conference call is moved to June 17, 2024 at 11:30 a.m. The call-in number is 856 210-8988, access code 949 961 710 #.

**JOINTLY SUBMITTED BY:**

| PLAINTIFF | DEFENDANT |
|---|---|
| /s/ Christopher B. Fontenelli | /s/ Amanda Szmuc |
| Christopher B. Fontenelli (082532014)<br>LOCKE LORD LLP<br>One Gateway Center<br>Newark, NJ 07102<br>T: 973-520-2300<br>cfontenelli@lockelord.com | John F. Palladino (042771989)<br>Colin G. Bell (018552005)<br>Amanda Szmuc (409552022)<br>HANKIN SANDMAN PALLADINO<br>WEINTROB & BELL, P.C.<br>30 S. New York Avenue<br>Atlantic City, NJ 08401<br>T: 609-344-5161<br>john@hankinsandman.com<br>coling@hankinsandman.com<br>amandas-h@hankinsandman.com |
| Steven T. Whitmer (*pro hac vice*)<br>Julie L. Young (*pro hac vice*)<br>Hannah M. Oswald (*pro hac vice*)<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>T: 312-443-0254<br>swhitmer@lockelord.com<br>jyoung@lockelord.com<br>hannah.oswald@lockelord.com | *Attorneys for Defendant Asphalt Paving Systems, Inc.* |
| *Attorneys for Plaintiff Zurich American Insurance Company* | |