John F. Palladino, Esquire (Id. No. 042771989)
Colin G. Bell, Esquire (Id. No. 018552005)
Amanda Szmuc, Esquire (Id. No. 409552022)
Hankin Sandman Palladino
Weintrob & Bell P.C.
Counsellors at Law
30 South New York Avenue
Atlantic City, New Jersey 08401
T: (609) 344-5161
John@hankinsandman.com
ColinG@hankinsandman.com
AmandaS@hankinsandman.com
Attorneys for Plaintiff Asphalt Paving Systems, Inc.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company | |
| Plaintiff, | Civil Action No.: 1:22-cv-01535 |
| vs. | |
| Asphalt Paving Systems, Inc. | |
| Defendant, | |

## MOTION REQUESTING *PRO HAC VICE* ADMISSION
## OF STEPHEN C. BAKER, ESQUIRE

TO:     *Counsel of Record for*
         *Plaintiff Zurich American Insurance Company*

**PLEASE TAKE NOTICE** that on _____ at 9:00 a.m., or as soon

thereafter as counsel may be heard, Hankin Sandman Palladino Weintrob & Bell, P.C., attorneys

for Defendant Asphalt Paving Systems, Inc. (the "Movant"), shall apply before the United States

District Court for an Order granting the *pro hac vice* admission of Stephen C. Baker, Esquire

pursuant to L. Civ. R. 101.1(c) with respect to the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in making this application Movant relies upon the certified statements of John F. Palladino, Esquire and Stephen C. Baker, Esquire, both of which are annexed herewith.

**PLEASE TAKE FURTHER NOTICE** that Movant's application includes a proposed form of Order which is submitted herewith.

Dated: May 6, 2024

By: _/s/ John F. Palladino_

John F. Palladino, Esquire
Hankin Sandman Palladino
Weintrob & Bell P.C.
Counsellors at Law
30 South New York Avenue
Atlantic City, New Jersey 08401
T: (609) 344-5161
John@hankinsandman.com
Attorneys for Plaintiff
Asphalt Paving Systems, Inc.