John F. Palladino, Esquire (Id. No. 042771989)
Colin G. Bell, Esquire (Id. No. 018552005)
Amanda Szmuc, Esquire (Id. No. 409552022)
**Hankin Sandman Palladino**
**Weintrob & Bell P.C.**
Counsellors at Law
30 South New York Avenue
Atlantic City, New Jersey 08401
T: (609) 344-5161
John@hankinsandman.com
ColinG@hankinsandman.com
AmandaS@hankinsandman.com
*Attorneys for Plaintiff Asphalt Paving Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Zurich American Insurance Company**<br><br>*Plaintiff,*<br><br>vs.<br><br>**Asphalt Paving Systems, Inc.**<br><br>*Defendant,* | Civil Action No.: 1:22-cv-01535 |

**CERTIFICATION OF JOHN F. PALLADINO, ESQUIRE IN SUPPORT OF APPLICATION FOR PRO HAC VICE ADMISSION OF STEPHEN C. BAKER, ESQUIRE**

I, John F. Palladino, hereby certify:

1. I am an attorney-at-law of the State of New Jersey and a partner of the law firm Hankin Sandman Palladino Weintrob & Bell, P.C., attorneys for Defendant Asphalt Paving Systems, Inc. ("Movant"), and, as such am familiar with the facts and circumstances herein.

2. I submit this Certification in Support of Movant's Application for *Pro Hac Vice* Admission of Stephen C. Baker, in accordance with L. Civ. R. 101.1(c).

3. As supported by his Certification, Stephen C. Baker is a Senior Partner at Myers, Brier &

    Kelly, LLP, and is an active member in good standing of the bar of the Commonwealth of Pennsylvania.

4. Attorneys for Defendant Asphalt Paving Systems, Inc., are duly qualified to practice law in the State of New Jersey pursuant to New Jersey Court Rule 1:21-1 and are admitted to practice before this Court pursuant to L. Civ. R. 101.1.

5. Pursuant to L. Civ. R. 101.1(c)(4), I hereby agree that only the attorneys-at-law of this Court will file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

6. I hereby agree to be responsible for the conduct of Stephen C. Baker, Esq. upon his admission *pro hac vice* and to ensure that *pro hac vice* counsel complies with the Local Civil Rules of the Court, including, but not limited to Local Rule 101.1(c).

*I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.*

Dated: May 6, 2024

                                                         By: /s/ John F. Palladino
                                                                John F. Palladino, Esquire