John F. Palladino, Esquire
Attorney Id. No. 042771989
Colin G. Bell, Esquire
Attorney Id. No. 018552005
Amanda Szmuc, Esquire
Attorney Id. No. 409552022
**Hankin Sandman Palladino**
**Weintrob & Bell P.C.**
Counsellors at Law
30 South New York Avenue
Atlantic City, New Jersey 08401
T: (609) 344-5161
John@hankinsandman.com
ColinG@hankinsandman.com
AmandaS@hankinsandman.com
*Attorneys for Plaintiff Asphalt Paving Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Zurich American Insurance Company**<br><br>*Plaintiff,*<br><br>vs.<br><br>**Asphalt Paving Systems, Inc.**<br><br>*Defendant,* | Civil Action No.: 1:22-cv-01535 |

**CERTIFICATION OF STEPHEN BAKER, ESQUIRE IN SUPPORT OF APPLICATION FOR PRO HAC VICE ADMISSION OF STEPHEN C. BAKER, ESQUIRE**

I, Stephen C. Baker submit this Certification in support of Defendant's application for *pro hac vice* admission in the above-captioned matter, and hereby certify as follows:

1. I am an attorney-at-law in the Commonwealth of Pennsylvania and am a Senior Partner in the law firm Myers, Brier & Kelly, LLP, located at 585 East Swedesford Road, Suite 102, Wayne, Pennsylvania 19087.

2. I was admitted to practice before the Bar of the Commonwealth of Pennsylvania in

November 1980, and have maintained good standing therein since my admission. A copy of my online record with the Disciplinary Board of the Supreme Court of Pennsylvania showing that my status remains active with the bar of that Court.

3. I was also admitted to practice before the United States District Court for the Middle District of Pennsylvania since the early 2000's, the United States District Court for the Eastern District of Michigan in 2023 and similarly have maintained an active member in good standing of all aforementioned courts.

4. I have never been subject to attorney discipline, and no disciplinary proceedings have been instituted against me nor are any pending against me in any jurisdiction.

*I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.*

Dated: May 3, 2024

By: *[signature]*
Stephen C. Baker

  



FOR ATTORNEYS   FOR THE PUBLIC   CASES   NEWS & MEDIA   ABOUT

*In this Section*

File a Complaint

Look Up Attorney

FAQs & Resources

*Quick Links*

**BROWSE RULES**
*Browse the Rules that govern attorneys.*

**FILE A COMPLAINT**
*File a complaint against an attorney.*

**LOOK UP AN ATTORNEY**
*View an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**
*Search Supreme Court and Disciplinary Board Opinions.*

**RECENT CASES**
*Search Supreme Court and Disciplinary Board Actions.*

# Look Up an Attorney

*Search by last name, first name, ID number, city, or county to look up an attorney.*

| Search By | Also By |
|---|---|
| Last Name ⌄ | Attorney ID ⌄ |
| Baker | 32326 |

SEARCH

## Search Results (1)

| **Baker, Stephen C.**  ID: 32326 | City: Wayne  County: Montgomery | Status: Active |

PREV    1    NEXT