IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Zurich American Insurance Company**<br><br>*Plaintiff,*<br><br>vs.<br><br>**Asphalt Paving Systems, Inc.**<br><br>*Defendant,* | Civil Action No.: 1:22-cv-01535<br><br><br>**ORDER ADMITTING STEPHEN C. BAKER**<br>*PRO HAC VICE* |

**THIS MATTER** having been brought before the Court by Hankin Sandman Palladino Weintrob & Bell, P.C., attorneys for Defendant Asphalt Paving Systems, Inc. for an Order admitting Stephen C. Baker, Esq. *pro hac vice* in the above-captioned matter as counsel for Defendant and the Court having reviewed and considered the supporting papers, opposition papers and reply papers, if any, and argument, if any; and the Court having determined that, based upon the same, and for good cause shown;

IT IS on this _____ day of _____, 2024,

**ORDERED**, that Stephen C. Baker, Esquire is hereby admitted *pro hac vice* for all purposes of representing Plaintiff in the above-entitled matter; and it is

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c) Stephen C. Baker, Esquire shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if he has not already made contributions; and it is

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(3), Stephen C. Baker, Esquire shall make a payment of $150.00, payable to the Clerk, United States

District Court; and it is

**FURTHER ORDERED** that Stephen C. Baker, Esquire shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and the Local Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c), Stephen C. Baker, Esquire shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

**SO ORDERED**.

_____
United States Magistrate Judge