IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Zurich American Insurance Company

                         Plaintiff,

vs.

Asphalt Paving Systems, Inc.

                         Defendant,

Civil Action No.: 1:22-cv-01535

## STIPULATION OF CONSENT

COME NOW counsel for Plaintiff, Zurich American Insurance Company, and counsel for Defendant, Asphalt Paving Systems, Inc., and hereby stipulate that Plaintiff consents to the pro hac admission of Stephen Baker, Esq. as requested by Defendant's Motion for Pro Hac Admission of Stephen Baker, Esquire filed on May 7, 2024.

Dated: May 13, 2024

By: /s/ *Christopher B. Fontenelli*
Christopher B. Fontenelli, Esq.
Attorney Id. No. 082532014
Steven T. Whitmer, Esq., *pro hac vice*
Julie L. Young, Esq., *pro hac vice*
Hannah M. Oswald, Esq., *pro hac vice*
LOCKE LORD LLP
(973) 520-2300
cfontenelli@lockelord.com
swhitmer@lockelord.com
jyoung@lockelord.com
Hannah.oswald@lockelord.com
*Attorneys for Plaintiff Zurich American Insurance Company*

By: /s/ *John F. Palladino*
John F. Palladino, Esquire
Attorney Id. No. 042771989
Colin G. Bell, Esquire
Attorney Id. No. 018552005
Amanda Szmuc, Esquire
Attorney Id. No. 409552022
**Hankin Sandman Palladino Weintrob & Bell P.C.**
Counsellors at Law
30 South New York Avenue
Atlantic City, New Jersey 08401
T: (609) 344-5161
John@hankinsandman.com
ColinG@hankinsandman.com
AmandaS@hankinsandman.com
*Attorneys for Plaintiff Asphalt Paving Systems, Inc.*