June 18, 2024

<u>**VIA CM/ECF**</u>

Hon. Matthew J. Skahill
United States Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth and Cooper Streets
Camden, NJ 08101

    Re:    **Zurich American Insurance Company v. Asphalt Paving Systems, Inc.**
              **Docket No.: 1:22-cv-01535-CPO-MJS**
              **Joint Letter**

Dear Judge Skahill:

       As ordered by this Court on June 14, 2024, the parties jointly submit the following agreed upon dates for the depositions of Joseph Meola, Robert Capoferri, and Asphalt Paving Systems Inc.'s Rule (30)(b)(6) representative. Further, Asphalt Paving Systems, Inc. has elected to pursue a deposition of Karen Eckert. The dates for each deposition is set forth below.

| Deponent | Deposition Date |
|---|---|
| Joseph Meola | June 28, 2024 |
| Robert Capoferri | July 24, 2024 |
| Asphalt Paving Systems, Inc.'s Rule 30(b)(6) representative | July 25, 2024 |
| Karen Eckert | July 23, 2024 |

**JOINTLY SUBMITTED BY:**

**PLAINTIFF**                                       **DEFENDANT**

<u>*/s/ Christopher B. Fontenelli*</u>               <u>*/s/ John F. Palladino*</u>

June 18, 2024
Page 2

| | |
|---|---|
| Christopher B. Fontenelli (082532014)<br>LOCKE LORD LLP<br>60 Park Place<br>Suite 404<br>Newark, NJ 07102<br>T: 973-520-2300<br>cfontenelli@lockelord.com<br><br>*Attorneys for Plaintiff Zurich American Insurance Company* | John F. Palladino (042771989)<br>Colin G. Bell (018552005)<br>Amanda Szmuc (409552022)<br>HANKIN SANDMAN PALLADINO<br>WEINTROB & BELL, P.C.<br>30 S. New York Avenue<br>Atlantic City, NJ 08401<br>T: 609-344-5161<br>john@hankinsandman.com<br>coling@hankinsandman.com<br>amandas-h@hankinsandman.com<br><br>*Attorneys for Defendant Asphalt Paving Systems, Inc.* |

cc:  All Counsel of Record by ECF Notice