## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company | Civil Action No.: |
| Plaintiff, | 1:22-cv-01535-CPO-MJS |
| vs. | **[PROPOSED] ORDER ON EXTENSION OF DEADLINE TO COMPLETE DEPOSITIONS OF ROBERT CAPOFERRI AND ASPHALT 30(B)(6) REPRESENTATIVE** |
| Asphalt Paving Systems, Inc. | |
| Defendant. | |

This matter coming to be heard on the Joint Motion to Extend the Deadline to Complete Depositions of Robert Capoferri and Asphalt's 30(b)(6) Representative submitted by Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Asphalt Paving Systems, Inc. ("Asphalt"), good cause having been show, the Court extends the deadline to complete the depositions of Mr. Capoferri and Asphalt's 30(b)(6) deposition by 7 days up to and including August 1, 2024.

All other terms of the Scheduling Order remain in full force and effect.

ENTERED BY: _____

DATED:

**JOINTLY SUBMITTED BY:**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| /s/ *Christopher B. Fontenelli* | */s/ John F. Palladino* |
| Christopher B. Fontenelli (082532014) | John F. Palladino (042771989) |
| LOCKE LORD LLP | Colin G. Bell (018552005) |
| One Gateway Center | Amanda Szmuc (409552022) |
| Newark, NJ 07102 | HANKIN SANDMAN PALLADINO |

| | |
|---|---|
| T: 973-520-2300<br>cfontenelli@lockelord.com<br><br>Steven T. Whitmer (*pro hac vice*)<br>Julie L. Young (*pro hac vice*)<br>Hannah M. Oswald (*pro hac vice*)<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>T: 312-443-0254<br>swhitmer@lockelord.com<br>jyoung@lockelord.com<br>hannah.oswald@lockelord.com<br><br>*Attorneys for Plaintiff Zurich American Insurance Company* | WEINTROB & BELL, P.C.<br>30 S. New York Avenue<br>Atlantic City, NJ 08401<br>T: 609-344-5161<br>john@hankinsandman.com<br>coling@hankinsandman.com<br>amandas-h@hankinsandman.com<br><br>*Attorneys for Defendant Asphalt Paving Systems, Inc.* |

2