[ECF 66]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zurich American Insurance Company<br><br>Plaintiff,<br><br>vs.<br><br>Asphalt Paving Systems, Inc.<br><br>Defendant. | Civil Action No.:<br><br>1:22-cv-01535-CPO-MJS<br><br>[PROPOSED] ORDER ON EXTENSION OF DEADLINE TO COMPLETE DEPOSITIONS OF ROBERT CAPOFERRI AND ASPHALT 30(B)(6) REPRESENTATIVE |

This matter coming to be heard on the Joint Motion to Extend the Deadline to Complete Depositions of Robert Capoferri and Asphalt's 30(b)(6) Representative submitted by Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Asphalt Paving Systems, Inc. ("Asphalt"), good cause having been show, the Court extends the deadline to complete the depositions of Mr. Capoferri and Asphalt's 30(b)(6) deposition by 7 days up to and including August 1, 2024.

All other terms of the Scheduling Order remain in full force and effect.

ENTERED BY: _____

DATED: _____

SO ORDERED this 26th day of July 2024.

_____
Matthew J. Skahill, USMJ

**JOINTLY SUBMITTED BY:**

**PLAINTIFF**

/s/ Christopher B. Fontenelli

Christopher B. Fontenelli (082532014)
LOCKE LORD LLP
One Gateway Center
Newark, NJ 07102

**DEFENDANT**

/s/ John F. Palladino

John F. Palladino (042771989)
Colin G. Bell (018552005)
Amanda Szmuc (409552022)
HANKIN SANDMAN PALLADINO

T: 973-520-2300
cfontenelli@lockelord.com

Steven T. Whitmer (*pro hac vice*)
Julie L. Young (*pro hac vice*)
Hannah M. Oswald (*pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
T: 312-443-0254
swhitmer@lockelord.com
jyoung@lockelord.com
hannah.oswald@lockelord.com

*Attorneys for Plaintiff Zurich American Insurance Company*

WEINTROB & BELL, P.C.
30 S. New York Avenue
Atlantic City, NJ 08401
T: 609-344-5161
john@hankinsandman.com
coling@hankinsandman.com
amandas-h@hankinsandman.com

*Attorneys for Defendant Asphalt Paving Systems, Inc.*

2